Case Number: 2:21-cv-04405

# ATTACHMENT A

*Attorneys for Plaintiffs:*

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

Case Number: 2:21-cv-04405

# ATTACHMENT B

*Section VI Cause of Action:*

Plaintiffs bring their class-action Fourth and Fifth Amendment claims under the Administrative Procedure Act, 5 U.S.C. § 702, and the Declaratory Judgments Act, 28 U.S.C. §§ 2201, 2202, as well as directly under the U.S. Constitution. Plaintiffs seek declaratory and injunctive relief against the government's unconstitutional search, retention, and use of their property.

Case Number: 2:21-cv-04405

# ATTACHMENT C

*Related Cases:*

| Case Title | Case No. | Judge Assigned |
|---|---|---|
| *U.S. v. U.S. Private Vaults* | No. 21-cr-106 | Hon. Mark C. Scarsi |
| *John Doe v. U.S.* | No. 21-cv-2803 | Hon. R. Gary Klausner |
| *James Poe v. U.S.* | No. 21-cv-2900 | Hon. R. Gary Klausner |
| *Richard Roe v. U.S.* | No. 21-cv-2919 | Hon. R. Gary Klausner |
| *Michael Moe v. U.S.* | No. 21-cv-2990 | Hon. R. Gary Klausner |
| *Charles Coe v. U.S.* | No. 21-cv-3019 | Hon. R. Gary Klausner |
| *Does 1-6 v. U.S.* | No. 21-cv-3254 | Hon. R. Gary Klausner |
| *Michael Magee v. U.S.* | No. 21-cv-3294 | Hon. R. Gary Klausner |
| *Mitchell Magee v. U.S.* | No. 21-cv-3298 | Hon. R. Gary Klausner |
| *Louis Loe v. U.S.* | No. 21-cv-3348 | Hon. R. Gary Klausner |
| *Dr. Linda R. v. U.S.* | No. 21-cv-3554 | Hon. R. Gary Klausner |