**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No.   2:21-cv-04405<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES** |

Plaintiffs Paul Snitko, Jennifer Snitko, Joseph Ruiz, and Tyler Gothier hereby provide notice of related cases pursuant to Local Rule 83-1.3.1. This case is related to the following cases currently pending in this Court (which are also noted on the civil cover sheet):

| Case Title | Case No. | Date Filed |
| --- | --- | --- |
| *U.S. v. U.S. Private Vaults* | No. 21-cr-106 | 3/9/2021 |
| *John Doe v. U.S.* | No. 21-cv-2803 | 3/31/2021 |
| *James Poe v. U.S.* | No. 21-cv-2900 | 4/3/2021 |
| *Richard Roe v. U.S.* | No. 21-cv-2919 | 4/5/2021 |
| *Michael Moe v. U.S.* | No. 21-cv-2990 | 4/6/2021 |
| *Charles Coe v. U.S.* | No. 21-cv-3019 | 4/7/2021 |
| *Does 1-6 v. U.S.* | No. 21-cv-3254 | 4/15/2021 |
| *Michael Magee v. U.S.* | No. 21-cv-3294 | 4/16/2021 |
| *Mitchell Magee v. U.S.* | No. 21-cv-3298 | 4/16/2021 |
| *Louis Loe v. U.S.* | No. 21-cv-3348 | 4/19/2021 |
| *Dr. Linda R. v. U.S.* | No. 21-cv-3554 | 4/26/2021 |

All of these cases concern the same or closely related transaction, happening, or event. This case raises a number of claims related to the federal government's seizure and search of the contents of safe deposit boxes held at U.S. Private Vaults, Inc. ("USPV") in Beverly Hills. It is related to *U.S. v. U.S. Private Vaults*, No. 21-cr-106, because the search and seizure of the USPV safe deposit boxes grew out of the government's indictment of USPV in that criminal case. And it is related to the other listed cases because all of those cases were filed by property owners in order to challenge the search and seizure of their safe deposit boxes from USPV.

In addition, while the claims raised by this action differ from the claims in those other cases in important ways, some of the claims raised in this action may call for resolution of questions of law and fact that will also be determined in those other cases. These questions include (1) whether the government's search of the USPV safe deposit boxes violated the Fourth Amendment, (2) whether the government's attempt to extract information from USPV box holders violates the Fifth Amendment, and (3) what relief should be granted to remedy these Fourth and Fifth Amendment violations.

Finally, this action is also related to *Does 1-6 v. United States*, No. 21-cv-3254, insofar as both involve class actions on behalf of proposed classes of USPV box holders. The two class actions differ insofar as this action is limited to a subset of box holders and brings discrete claims that are particular to that subset of box holders. Nonetheless, substantial duplication of labor could result if those two class actions were heard by different judges.

PLAINTIFFS' NOTICE OF RELATED CASES

| | | |
|---|---|---|
| 1 | Dated: May 27, 2021 | Respectfully Submitted, |

/s/ Nilay U. Vora

**INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*