Name and address:

THE VORA LAW FIRM, P.C.
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,

| CASE NUMBER | 2:21-cv-04405 |
| --- | --- |

v.

Plaintiff(s)

UNITED STATES OF AMERICA, et al.

Defendant(s).

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Frommer, Robert, P. of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320          (703) 682-9321

*Telephone Number          Fax Number*

rfrommer@ij.org

*E-Mail Address*

Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Vora, Nilay, U. of

*Designee's Name (Last Name, First Name & Middle Initial)*

268339          (424) 258-5190

*Designee's Cal. Bar No.      Telephone Number          Fax Number*

nvora@voralaw.com

*E-Mail Address*

THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____          _____
**U.S. District Judge/U.S. Magistrate Judge**