# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT ROBERT PELLER FROMMER IS AN ACTIVE MEMBER OF THE VIRGINIA

STATE BAR IN GOOD STANDING. MR. FROMMER WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON

APRIL 22, 2005, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR

EXAMINERS.

Issued May 19, 2021

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER