# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT ROBERT EVERETT JOHNSON IS AN ASSOCIATE (INACTIVE) MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. JOHNSON WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 25, 2012**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued May 6, 2021*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER