**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405<br><br>**DECLARATION OF TYLER GOTHIER**<br><br>Date: June 28, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Action Filed: May 27, 2021 |

I, Tyler Gothier, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Roseville, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills.

4. My property was held in Box 5165. I hold the key to that box and would be able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained silver and other personal property.

6. I chose to keep my property at USPV because, after finding the company through a Google search, I realized that its location was convenient for me.

7. I learned of the government's seizure of the USPV security deposit boxes on approximately April 9 after reading the April 2, 2021 Los Angeles Time story on the seizure.

8. I submitted a claim form to the FBI on or about May 18, 2021 through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form.

9. I have had no contact with the FBI since I submitted my claim form. The FBI has not returned the contents of my USPV box, has not told me what more (if anything) I need to do to secure the return of the contents of my USPV box, and has not told me when (if ever) it intends to return my property.

1 | I declare under penalty of perjury under the laws of the United States that the
2 | foregoing is true and correct.
3 | Executed this  25Th  day of May, 2021.

*[signature]*

Tyler Gothier

3

DECLARATION OF TYLER GOTHIER

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, and am a member of the bar of the United States District Court for the Central District of California. I am over the age of 18 and not a party to this action. My business address is 201 Santa Monica Blvd., Santa Monica, CA 90401. My electronic service address is nvora@voralaw.com. On the execution date below and in the manner stated herein, I caused service of a true and correct copy of **DECLARATION OF TYLER GOTHIER,** on all interested parties in this action as follows:

[ X ]   BY MAIL. By depositing in a sealed envelope in the United States mail with postage thereon fully prepaid to the following address:

| | |
|---|---|
| Tracy L. Wilkison<br>Civil Process Clerk<br>United States Attorney's Office<br>Federal Building<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012 | United States of America<br>c/o U.S. Attorney General<br>Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |

Kristi Koons Johnson (in her official capacity)
Federal Bureau of Investigation
Assistant Director in Charge
11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

[ X ]   BY E-MAIL. By electronic mail transmission to the offices of the following addressee(s):

**andrew.brown@usdoj.gov**

[ X ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 27, 2021, at Los Angeles, California.


/s/ Nilay U. Vora

DECLARATION OF TYLER GOTHIER