**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405<br><br>**DECLARATION OF NILAY VORA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR PROVISIONAL CLASS CERTIFICATION**<br><br>Date: June 28, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Action Filed: May 27, 2021 |

I, Nilay U. Vora, submit the following declaration in support of Plaintiffs' Motion for Preliminary Injunction and for Provisional Class Certification:

1. I am an active member of the State Bar of California and of this Court and the founder of The Vora Law Firm, P.C. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction and for Provisional Class Certification.

2. Attached as Exhibit A is a copy of the seizure warrant authorizing the seizure of U.S. Private Vaults' property. This copy of the warrant was obtained via PACER from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.)

3. Attached as Exhibit B is a copy of the government's application for a warrant to seize U.S. Private Vaults' property. This copy of the warrant application was obtained via PACER from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.).

4. Attached as Exhibit C is a copy of the return for the seizure warrant for U.S. Private Vaults' property. This copy of the warrant return was obtained via PACER from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.).

5. Attached as Exhibit D is a copy of the Declaration of Benjamin N. Gluck in Support of First Amended Complaint in the related case of *In re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, No. 21-cv-3554, Dkt. 13-1 (C.D. Cal.). The copy of this declaration was obtained via PACER.

6. Attached as Exhibit E is a copy of the Declaration of Nicole R. Van Dyk in Support of First Amended Complaint in the related case of *In re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, No. 21-cv-3554, Dkt. 13-2 (C.D. Cal.). The copy of this declaration was obtained via PACER.

7. Attached as Exhibit F is a photograph of the notice posted outside of U.S. Private Vaults following the execution of the seizure warrant. This photograph

was obtained from the website of the *Los Angeles Times*.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of May, 2021.

_____
Nilay U. Vora

DECLARATION OF NILAY U. VORA

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, and am a member of the bar of the United States District Court for the Central District of California. I am over the age of 18 and not a party to this action. My business address is 201 Santa Monica Blvd., Santa Monica, CA 90401. My electronic service address is nvora@voralaw.com. On the execution date below and in the manner stated herein, I caused service of a true and correct copy of **DECLARATION OF NILAY U. VORA,** on all interested parties in this action as follows:

[ X ]   BY MAIL. By depositing in a sealed envelope in the United States mail with postage thereon fully prepaid to the following address:

| | |
|---|---|
| Tracy L. Wilkison<br>Civil Process Clerk<br>United States Attorney's Office<br>Federal Building<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012 | United States of America<br>c/o U.S. Attorney General<br>Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |

Kristi Koons Johnson (in her official capacity)
Federal Bureau of Investigation
Assistant Director in Charge
11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

[ X ]   BY E-MAIL. By electronic mail transmission to the offices of the following addressee(s):

**andrew.brown@usdoj.gov**

[ X ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 27, 2021, at Los Angeles, California.


/s/ Nilay U. Vora