# EXHIBIT F

to Declaration of Nilay Vora

