**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR PROVISIONAL CLASS CERTIFICATION**<br><br>Date: July 6, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

PLEASE TAKE NOTICE that on July 6, 2021 at 9:00 A.M. or as soon thereafter as this matter my be heard, in Courtroom 850 of this Court located at Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, 8th Floor, Los Angeles, CA 90012, Plaintiffs Paul Snitko, Jennifer Snitko, Joseph Ruiz, and Tyler Gothier will and hereby do move for a preliminary injunction pursuant to Fed. R. Civ. P. 65 in order to compel Defendants United State of America, Tracy Wilkinson (official capacity), and Kristi Koons Johnson (official capacity) to provide them with notice of the legal basis for the continued seizure of their property or—if it cannot provide such notice—to give the property back.

To the extent necessary to provide broad injunctive relief covering other USPV box holders, Plaintiffs also move for certification of a putative class comprising all renters of U.S. Private Vaults safe deposit boxes who have (a) had property within their safe-deposit box seized by the federal government on or around March 22, 2021; (b) identified themselves to the FBI since the seizure; (c) who have not been notified that their safe deposit boxes are the subject of a currently ongoing administrative or judicial forfeiture proceeding; and (d) whose property is still in the possession of the federal government. *See* Compl. ¶ 105 (defining this proposed class as a subclass of the broader putative class).

Under the Fifth Amendment's due process clause, Plaintiffs are entitled to notice of the government's legal basis for its seizure of their property. *See Al Haramain Islamic Found., Inc. v. U.S. Dep't of Treasury*, 686 F.3d 965, 987 (9th Cir. 2012); *Gete v. INS*, 121 F.3d 1285, 1297 (9th Cir. 1997). And, under the Fourth Amendment, the government must provide a valid justification for the ongoing seizure of Plaintiffs' property. *See Sandoval v. County of Sonoma*, 912 F.3d 509, 516 (9th Cir. 2018); *Brewster v. Beck*, 859 F.3d 1194, 1197 (9th Cir. 2017). Because the warrant authorized only a limited, temporary seizure of Plaintiffs' property and expressly contemplated that box holders' property would be returned,

the government cannot justify its ongoing detention of this property by pointing to the basis for its initial seizure warrant. The government must notify Plaintiffs of the legal basis for the ongoing seizure. And, if the government cannot meet that basic requirement, it must give the property back.

Other members of the putative class are entitled to this same relief, making this an appropriate case for preliminary certification under Fed. R. Civ. P. 23(b)(2). To be clear, the proposed preliminary injunction would not require the government to return property in *any* individual case; instead, the injunction would require the government to provide class members with notice of the government's purported legal basis for the ongoing seizure. The government would only be required to return property if it could not in good faith satisfy the requirement to state a basis for the ongoing seizure. As a result, the preliminary injunction would avoid any need to address individualized issues that are not common to the class, while also providing broad class-wide relief to remedy the constitutional violations at issue.

Plaintiffs are exempt from the meet and confer requirements imposed by Central District Rule 7-3 because they are seeking a preliminary injunction, and the Rule specifically exempts preliminary injunctions from the meet and confer requirement. Nonetheless, Plaintiffs reached out to Assistant United States Attorney Andrew Brown shortly after their initial filing of this motion on May 27, 2021. *See* D.E. 10. Plaintiffs scheduled a time to meet and confer with Mr. Brown on June 2, 2021, but Mr. Brown was forced to cancel the scheduled meeting because of the press of business on other cases. Plaintiffs will again seek to meet and confer as soon as possible following the re-filing of this motion.

Plaintiffs are re-filing this motion because the initial filing was struck based on the manner in which it was ECF filed. *See* D.E. 25. After the motion was first filed—and seemingly in response to the motion—the government has made some limited moves to return this illegally-seized property. Both the Snitkos and Tyler Gothier received voicemails from the FBI stating that they can expect to receive

"secondary phone calls" in another two to three weeks with more information about the return of their property. However, the FBI has not explained why the Snitkos and Tyler had to wait two months after the seizure of their property to receive a phone call about a future phone call, or why the property cannot simply be returned today. And Joseph Ruiz still has not received any notice from the FBI.

Plaintiffs' motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, and the accompanying Declarations of Nilay Vora, Robert Frommer, Paul Snitko, Jennifer Snitko, Joseph Ruiz, and Tyler Gothier, other pleadings and papers on file with the Court, and any further briefing and arguments of counsel.

Dated: June 3, 2021

Respectfully Submitted,

/s/ Nilay U. Vora

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, and am a member of the bar of the United States District Court for the Central District of California. I am over the age of 18 and not a party to this action. My business address is 201 Santa Monica Blvd., Santa Monica, CA 90401. My electronic service address is nvora@voralaw.com. On the execution date below and in the manner stated herein, I caused service of a true and correct copy of **NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR PROVISIONAL CLASS CERTIFICATION, MEMORANDUM OF POINTS AND AUTHORITIES, supporting DECLARATIONS and their EXHIBITS, and the PROPOSED ORDER,** on all interested parties in this action as follows:

[ X ]   BY MAIL. By depositing in a sealed envelope in the United States mail with postage thereon fully prepaid to the following address:

| | |
|---|---|
| Tracy L. Wilkison<br>Civil Process Clerk<br>United States Attorney's Office<br>Federal Building<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012 | United States of America<br>c/o U.S. Attorney General<br>Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |

Kristi Koons Johnson
Federal Bureau of Investigation
Assistant Director in Charge
11000 Wilshire Boulevard, Suite 1700
Los Angeles, CA 90024

[ X ]   BY E-MAIL. By electronic mail transmission to the offices of the following addressee(s):

**andrew.brown@usdoj.gov**

[ X ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 3, 2021, at Los Angeles, California.


/s/ Nilay U. Vora