**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF PAUL SNITKO**<br><br>Date: July 6, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021 |

DECLARATION OF PAUL SNITKO

I, Paul Snitko, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Pacific Palisades, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills.

4. My property was held in Box 7701. My wife and I hold the key to that box and would be able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained my flight log book, copies of legal documents, my father's antique Hamilton railroad watch, watches my father and I received from our respective employers in recognition of our years of service, my college class ring, backups of our home PC hard drives, miscellaneous coins from my wife's grandfather, and a few pieces of my wife's gold jewelry.

6. I chose to keep my property at USPV because our bank had a waiting list for a safe deposit box, we live in a wildfire prone area that makes our documents (e.g., flight log) vulnerable, and we require a place to store our wedding bands when engaging in sports activities such as skiing and sailing.

7. We chose USPV after finding it to be a safe and secure place to store our property. We found the staff professional and courteous, and the facilities pristine. We also appreciated that USPV's longer Saturday hours gave us more flexibility and convenience.

8. Based on advice given to me by USPV, I placed a letter containing our contact information on top of the plastic interior sleeve within our safe deposit box so that it would be immediately apparent that the box's contents contained our property. Attached as Exhibit A to this Declaration is a photograph of the envelope

containing that letter taped to the top of the plastic interior sleeve within our safe deposit box. Attached as Exhibit B to this Declaration is a redacted letter containing our contact information, which is substantially similar to the letter contained in the envelope depicted in Exhibit A. We updated the letter periodically, so I cannot be certain this is the precise letter contained in the box at the time of the seizure. However, the letter contained in the box at the time of the seizure was the same insofar as it had my contact information at the bottom.

9. I learned of the government's seizure of the USPV security deposit boxes from an April 2, 2021 story published in the Los Angeles Times that I read on or about April 8, 2021. A picture in the April 2, 2021 LA Times article showed a sign on the window of USPV with a link to an FBI website that had a form for people to claim their property.

10. As per the instructions on the FBI's posted notice, my wife and I submitted a claim on or about April 9, 2021 through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form.

11. After submitting a claim, my wife Jennifer received a form letter from the FBI via email on April 14, 2021 acknowledging the claim and stating that someone from the FBI would contact us within the next 30 to 60 days. Jennifer received a follow up voicemail from special agent "Blair F." requesting our box number. Jennifer spoke to special agent Blair F. on May 7, 2021 and gave her our box number; she (Blair F.) indicated that she was entering our information into a spreadsheet and that someone would be contacting us from the FBI either by phone or email. She (Blair) did not provide a timeframe for a response.

12. Beyond the contacts described above, I have had no additional contact with the FBI since my wife's call on May 7, 2021. The FBI has not returned the contents of my USPV box, has not said what more (if anything) I need to do to secure the return of the contents of my USPV box, and has not said when (if ever) it intends to return my property.

DECLARATION OF PAUL SNITKO

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of May, 2021.

*/s/ Paul Snitko*

Paul Snitko