# EXHIBIT A

to Declaration of Paul Snitko

