**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF JENNIFER SNITKO**<br><br>Date: July 6, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021 |

DECLARATION OF JENNIFER SNITKO

I, Jennifer Snitko, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Pacific Palisades, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills.

4. My property was held in Box 7701. My husband and I hold the key to that box and would be able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained my husband's flight log book, copies of legal documents, my father-in-law's antique Hamilton railroad watch, watches my father-in-law and my husband each received from their respective employers in recognition of their years of service, my husband's college class ring, backups of our home PC, miscellaneous coins from my grandfather, and a few pieces of gold jewelry that I had received as gifts from my parents around the time I was in high school or college.

6. I chose to keep my property at USPV because our bank had a waiting list for a safe deposit box, we live in a wildfire prone area that makes our documents (e.g., flight log) vulnerable, and we require a place to store our wedding bands when engaging in sports activities such as sailing and skiing.

7. We chose USPV after finding it to be a safe and secure place to store our property. We found the staff professional and courteous, and the facilities pristine. We also appreciated that USPV's longer Saturday hours gave us more flexibility and convenience.

8. I learned of the government's seizure of the USPV security deposit boxes from a story in the Los Angeles Times that my husband happened to read on or about April 8, 2021. A picture in the LA Times article dated April 2, 2021

showed a sign on the window of USPV with a link to an FBI website that had a form for people to claim their property.

9. As per the instructions on the FBI's posted notice, my husband and I submitted a claim on or about April 9, 2021 through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form.

10. After submitting a claim, I received an email from the FBI on April 14, 2021 acknowledging the claim and stating that someone from the FBI would contact me within the next 30 to 60 days. On May 6, 2021, I received a voicemail from a special agent Blair F. requesting our box number. I spoke to special agent Blair F. on May 7, 2021 and gave her my name and box number, 7701. During that same call, I asked what the process would be for returning the contents of our security deposit box. Special agent Blair F. responded that she did not know. She indicated that she was entering our information into a spreadsheet and said that someone from the FBI would be contacting us either by phone or email. I asked if there was any anticipated time frame, and Special Agent Blair F. indicated that currently there was none.

11. Beyond the contacts described above, I have had no additional contact with the FBI since the telephone conversation with Blair F. on May 7, 2021. The FBI has not returned the contents of my USPV box, has not said what more (if anything) I need to do to secure the return of the contents of my USPV box, and has not said when (if ever) it intends to return my property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of May, 2021.

*[signature]*

Jennifer Snitko