**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF JOSEPH RUIZ**<br><br>Date: July 6, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021 |

I, Joseph Ruiz, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Los Angeles, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills.

4. My property was held in Box 7622. I hold the key to that box and would be able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained approximately $57,000.

6. I chose to keep my property at USPV because, after finding the company through a Google search, I realized that its location was convenient for me.

7. I learned of the government's seizure of the USPV security deposit boxes on March 22, 2021 when I drove to the USPV facility and saw the seizure in progress. The FBI instructed me to submit a claim form asking for my personal information so that I could be reunited with my property.

8. I submitted a claim form to the FBI on or about April 8, 2021 through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form.

9. After I submitted the claim form, I received an email from the FBI telling me that "calling the FBI Field Office to make individual inquiries will only slow the process" and that "someone from the FBI will contact you either to make arrangements to return your property, or to request additional information." A copy of this email is attached as Exhibit A.

10. Beyond the contacts described above, I have had no additional contact with the FBI since I submitted my claim form. The FBI has not returned the

contents of my USPV box, has not told me what more (if anything) I need to do to secure the return of the contents of my USPV box, and has not told me when (if ever) it intends to return my property.

11. I desperately need to have my money returned to me. I am currently unemployed, and I had been living off the funds in my USPV box prior to the seizure. The loss of access to my money means I do not have money that I need to pay for food and medical care.

12. I am suffering from serious medical issues, as a result of a back injury that I suffered at a former job, and I also recently had a finger amputated after I suffered a bad fall. Without access to my money, I cannot pay for needed medical care including physical therapy for my back and finger.

13. In addition, without access to my money I cannot pay for food. As a result, I am currently living off canned foods and other provisions that I stockpiled at the beginning of the pandemic.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26 day of May, 2021.

*Joseph Ruiz* (signature)

Joseph Ruiz