# EXHIBIT A

to Declaration of Joseph Ruiz

| From: | Joseph Ruiz |
| To: | Robert Johnson |
| Subject: | Fw: USPV Claims |
| Date: | Tuesday, May 25, 2021 12:15:26 PM |
| Attachments: | pastedImagebase640.png |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "USPVclaims@FBI.GOV" <USPVclaims@FBI.GOV>
**To:** ███████████████████████████████
**Sent:** Thu, Apr 8, 2021 at 3:33 PM
**Subject:** USPV Claims



Dear Claimant:

Thank you for submitting your claim with regard to property at
U.S. Private Vaults.  We understand that you are concerned about
your claim.  Currently, all property seized is in a secure FBI
facility.  FBI agents and staff are working diligently, in a
methodical and systematic way, to process all claims and address
each safe deposit box that is in our custody.  Because of the
large number of safe deposit boxes, this process takes time.
Submitting more than one claim or calling the FBI Field Office
to make individual inquiries will only slow the process.
Additionally, it is important to us that we ensure property is
returned to the lawful owner, and not someone making a
false claim.

Within the next 30 to 60 days, someone from the FBI will contact
you either to make arrangements to return your property, or to
request additional information.

We thank you for your patience.

Sincerely,

FBI Los Angeles