# EXHIBIT C

to Declaration of Nilay Vora

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 3/17/2021 | DATE AND TIME WARRANT EXECUTED 3/22/2021 - 7:59 AM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH AT THE BUSINESS |
| INVENTORY MADE IN THE PRESENCE OF | SA Lynne K. Zellhart | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. Asus Zen pad Model P023
2. Dell Inspiration
3. Dell Vostro P/N 40.3GA01.021
4. USPV Database Exports from Cloud
5. Money Counter - Cummins/Allison w/ power cord
6. Money Counter - Bill Counter + power cord
7. Iris ID icam 700 (1)
8. Iris ID icam 700 (2)
9. Schlange Biometric Hand Key CR (1)
10. Schlange Biometric Hand Key CR (2)
11. Nest of Safe Deposit boxes, including shelving, boxes, hardware and bond tins.
12. Box of Keys
13. Loose Keys

CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 4/9/2021

*Lynne K. Zellhart*
Executing officer's signature

SA Lynne K. Zellhart
Printed name and title