**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR PROVISIONAL CLASS CERTIFICATION**<br><br>Date: July 6, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021 |

On consideration of Plaintiffs' Motion for Preliminary Injunction and for Provisional Class Certification, it is hereby ORDERED that the motion is GRANTED. The Court further ORDERS:

1. For the limited purpose of granting preliminary injunctive relief, the Court certifies the following class: All renters of U.S. Private Vaults safe deposit boxes who (a) had property within their safe-deposit box seized by the federal government on or around March 22, 2021; (b) have identified themselves to the FBI since the seizure; (c) have not been notified that their safe deposit boxes are the subject of a currently ongoing administrative or judicial forfeiture proceeding; and (d) whose property is still in the possession of the federal government.

2. The Court hereby appoints Robert Frommer and Robert Johnson, of the Institute for Justice, and Nilay Vora and Jeffrey Atteberry, of The Vora Law Firm, P.C., as counsel for the provisionally certified class.

3. Within seven days of this Order, the government is directed to send notice letters to all members of the provisional class informing them of the government's asserted legal basis for the ongoing seizure of their property.

4. Because the warrant did not authorize the retention of property owned by U.S. Private Vaults' customers, the government must articulate a legal justification for the ongoing seizure of the property that is separate from the justification for the initial seizure of the property.

5. In order to verify compliance with this requirement, the government shall also serve copies of the notice letters on counsel for the provisionally certified class.

6. If the government is unable in good faith to articulate a legal basis for the ongoing seizure of a class member's property, separate from the justification for the initial seizure warrant, then the government is hereby ordered to return that property without any further delay. The government shall not impose any conditions on the property's return.

Dated this _____ day of _____, 2021.

_____

The Honorable R. Gary Klausner

United States District Judge