Name and address:
THE VORA LAW FIRM, P.C.
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401

LINK TO [8]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,

Plaintiff(s)

v.

UNITED STATES OF AMERICA, et al.

Defendant(s).

CASE NUMBER: 2:21-cv-04405-RGK-MAR

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Frommer, Robert, P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203

(703) 682-9320
*Telephone Number*

(703) 682-9321
*Fax Number*

rfrommer@ij.org
*E-Mail Address*

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,

*Name(s) of Party(ies) Represented*

[X] Plaintiff(s) [ ] Defendant(s) [ ] Other: ____

and designating as Local Counsel
Vora, Nilay, U.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401

268339
*Designee's Cal. Bar No.*

(424) 258-5190
*Telephone Number*

*Fax Number*

nvora@voralaw.com
*E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: ____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded [ ] not be refunded.

Dated   June 4, 2021

/s/ R. GARY KLAUSNER
**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1