**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**AFFIDAVIT OF SERVICE**<br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: May 27, 2021 |

I, Casey Nasca, declare and state as follows:

1. At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2. I am employed by the Institute for Justice in the County of Hennepin, State of Minnesota. My business address is Institute for Justice, 520 Nicollet Mall, Suite 550, Minneapolis, MN 55402.

3. I hereby certify that I was directed to serve defendants by lead counsel Nilay U. Vora, a member of the Bar of this Court with whom my firm is associated with as Local Counsel on this case.

4. I further certify that on **Friday, May 28, 2021** I caused to be served by Certified Mail true and correct copies of the following documents on Defendant the United States of America:

   ECF 1. Complaint
   ECF 2. Civil Cover Sheet
      ECF 2.1 Attachment to Civil Cover Sheet
   ECF 3. Summons – U.S. Attorney for the Central District of California
   ECF 4. Summons – U.S.A (Attorney General for the United States)
   ECF 5. Summons – Kristi Koon Johnson (in her official capacity)
   ECF 6. Notice of Interested Parties (L.R. 7.1-1)
      ECF 6.1 Attachment
   ECF 7. Notice of Related Filings (L.R. 83-1.3)
   ECF 8. Pro Hac Vice Motion – Rob Frommer
      ECF 8.1 Proposed order
      ECF 8.2 VA Certificate of Good Standing
      ECF 8.3 DC Certificate of Good Standing
   ECF 9. Pro Hac Vice Motion – Rob Johnson
      ECF 9.1 Proposed order
      ECF 9.2 VA Certificate of Good Standing

ECF 9.3 DC Certificate of Good Standing

ECF 9.4 OH Certificate of Good Standing

ECF 18  Notice of Judge Assignment to Judge Percy Anderson

ECF 19  Notice to Parties of Court-Directed ADR Program

Judge Anderson's Standing Order

ECF 22 – Issued Summons to U.S.A.

5. I served Defendant by mailing copies of the above documents to the following persons in accordance with Fed. R. Civ. P. 4(i)(1):

| | |
|---|---|
| United States of America<br>c/o U.S. Attorney General<br>Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | U.S. Attorney for the Central District of California<br>Civil Process Clerk<br>United States Attorney's Office<br>Federal Building<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012 |

6. I served true and correct copies of the documents listed in para. 4 on the persons and addresses listed in para. 5 via Certified Mail by placing the documents to be served in sealed and addressed envelopes, postage prepaid, and by personally depositing the envelopes with the U.S. Postal Service Office located in Maple Grove, Minnesota, with certified mail postage thereon and fully prepaid.

7. Attached to this affidavit as **Exhibit A** is a true and correct copy of the Certified Mail receipts for the above mailings reflecting tracking numbers: <u>7020 3160 0000 3292 8346</u> (U.S. Attorney General) and <u>7020 3160 0000 3292 8339</u> (U.S. Attorney for the Central District of California).

8. I received notification by email showing the package sent to the U.S. Attorney General (tracking no. 7020 3160 0000 3292 8346) is ready for pick-up at its designated post office on <u>June 4, 2021</u>.

9. I received notification by email showing the package sent to the U.S. Attorney for the Central District of California (tracking no. 7020 3160 0000 3292 8339) was delivered to the front desk, reception or mail room on <u>June 1, 2021</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of June, 2021.

_Casey Nasca_
Casey Nasca