# EXHIBIT A

To Affidavit of Service



