**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**AFFIDAVIT OF SERVICE**<br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: May 27, 2021 |

I, Casey Nasca, declare and state as follows:

1.     At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2.     I am employed by the Institute for Justice in the County of Hennepin, State of Minnesota. My business address is Institute for Justice, 520 Nicollet Mall, Suite 550, Minneapolis, MN 55402.

3.     I hereby certify that I was directed to serve defendants by lead counsel Nilay U. Vora, a member of the Bar of this Court with whom my firm is associated with as Local Counsel on this case.

4.     I further certify that on **Friday, May 28, 2021** I caused to be served by Certified Mail true and correct copies of the following documents on Defendant Tracy L. Wilkison, in her official capacity as Acting United States Attorney for the Central District of California:

> ECF 1. Complaint
>
> ECF 2. Civil Cover Sheet
>
> > ECF 2.1 Attachment to Civil Cover Sheet
>
> ECF 3. Summons – U.S. Attorney for the Central District of California
>
> ECF 4. Summons – U.S.A (Attorney General for the United States)
>
> ECF 5. Summons – Kristi Koon Johnson (in her official capacity)
>
> ECF 6. Notice of Interested Parties (L.R. 7.1-1)
>
> > ECF 6.1 Attachment
>
> ECF 7. Notice of Related Filings (L.R. 83-1.3)
>
> ECF 8. Pro Hac Vice Motion – Rob Frommer
>
> > ECF 8.1 Proposed order
> >
> > ECF 8.2 VA Certificate of Good Standing
> >
> > ECF 8.3 DC Certificate of Good Standing
>
> ECF 9. Pro Hac Vice Motion – Rob Johnson
>
> > ECF 9.1 Proposed order

AFFIDAVIT OF SERVICE

1    ECF 9.2 VA Certificate of Good Standing

2    ECF 9.3 DC Certificate of Good Standing

3    ECF 9.4 OH Certificate of Good Standing

4    ECF 18  Notice of Judge Assignment to Judge Percy Anderson

5    ECF 19  Notice to Parties of Court-Directed ADR Program

6    Judge Anderson's Standing Order

7    ECF 20 – Issued Summons to Tracy Wilkison in her official capacity

8    5.    I served Defendant by mailing copies of the above documents to the

9    following persons in accordance with Fed. R. Civ. P. 4(i)(2):

10   Tracy Wilkison, U.S. Attorney          Tracy Wilkison
     for the Central District of            c/o U.S. Attorney for the Central
11   California                             District of California
     Civil Process Clerk                    Civil Process Clerk
12   United States Attorney's Office        United States Attorney's Office
     Federal Building                       Federal Building
13   300 N. Los Angeles Street,             300 N. Los Angeles Street,
     Suite 7516                             Suite 7516
14   Los Angeles, California 90012          Los Angeles, CA 90012

15   Tracy Wilkison
     c/o U.S. Attorney General
16   Merrick Garland
     U.S. Department of Justice
17   950 Pennsylvania Ave. NW
     Washington, DC 20530-0001
18

19   6.    I served true and correct copies of the documents listed in para. 4 on

20   the persons and addresses listed in para. 5 via Certified Mail by placing the

21   documents to be served in sealed and addressed envelopes, postage prepaid, and by

22   personally depositing the envelopes with the U.S. Postal Service Office located in

23   Maple Grove, Minnesota, with certified mail postage thereon and fully prepaid.

24   7.    Attached to this affidavit as **Exhibit A** is a true and correct copy of the

25   Certified Mail receipts for the above mailings reflecting tracking numbers: 7020

26   3160 0000 3292 8179 (Tracy Wilkison, in her official capacity), 7020 3160 0000

27   3292 8186 (U.S. Attorney for the Central District of California), and 7020 3160

28   0000 3292 8377 (U.S. Attorney General).

8.     I received notification by email showing the package sent to Tracy L. Wilkison in her official capacity (tracking no. 7020 3160 0000 3292 8179) was delivered to the front desk, reception, or mail room on <u>June 1, 2021</u>.

9.     I received notification by email showing the package sent to the U.S. Attorney for the Central District of California (tracking no. 7020 3160 0000 3292 8186) was delivered to the front desk, reception or mail room on <u>June 1, 2021</u>.

10.     I received notification by email showing the package sent to the U.S. Attorney General (tracking no. 7020 3160 0000 3292 8377) is ready for pick-up at its designated post office on <u>June 4, 2021</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __4th__ day of June, 2021.

_Casey Nasca_
Casey Nasca

AFFIDAVIT OF SERVICE