**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, and TYLER GOTHIER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**AFFIDAVIT OF SERVICE**<br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: May 27, 2021 |

I, Casey Nasca, declare and state as follows:

1. At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2. I am employed by the Institute for Justice in the County of Hennepin, State of Minnesota. My business address is Institute for Justice, 520 Nicollet Mall, Suite 550, Minneapolis, MN 55402.

3. I hereby certify that I was directed to serve defendants by lead counsel Nilay U. Vora, a member of the Bar of this Court with whom my firm is associated with as Local Counsel on this case.

4. I further certify that on **Friday, May 28, 2021** I caused to be served by Certified Mail true and correct copies of the following documents on Defendant <u>Kristi Koons Johnson, in her official capacity as an Assistant Director of the Federal Bureau of Investigation</u>:

 ECF 1. Complaint
 ECF 2. Civil Cover Sheet
  ECF 2.1 Attachment to Civil Cover Sheet
 ECF 3. Summons – U.S. Attorney for the Central District of California
 ECF 4. Summons – U.S.A (Attorney General for the United States)
 ECF 5. Summons – Kristi Koon Johnson (in her official capacity)
 ECF 6. Notice of Interested Parties (L.R. 7.1-1)
  ECF 6.1 Attachment
 ECF 7. Notice of Related Filings (L.R. 83-1.3)
 ECF 8. Pro Hac Vice Motion – Rob Frommer
  ECF 8.1 Proposed order
  ECF 8.2 VA Certificate of Good Standing
  ECF 8.3 DC Certificate of Good Standing
 ECF 9. Pro Hac Vice Motion – Rob Johnson
  ECF 9.1 Proposed order

       ECF 9.2 VA Certificate of Good Standing

       ECF 9.3 DC Certificate of Good Standing

       ECF 9.4 OH Certificate of Good Standing

   ECF 18 Notice of Judge Assignment to Judge Percy Anderson

   ECF 19 Notice to Parties of Court-Directed ADR Program

   Judge Anderson's Standing Order

   ECF 21 – Issued Summons to Kristi Koons Johnson in her official capacity

5. I served Defendant by mailing copies of the above documents to the following persons in accordance with Fed. R. Civ. P. 4(i)(2):

| | |
|---|---|
| Kristi Koons Johnson, Assistant Director in Charge<br>Federal Bureau of Investigation<br>11000 Wilshire Boulevard, Suite 1700<br>Los Angeles, CA 90024 | Kristi Koons Johnson<br>c/o U.S. Attorney for the Central District of California<br>Civil Process Clerk<br>United States Attorney's Office<br>Federal Building<br>300 N. Los Angeles Street, Suite 7516<br>Los Angeles, CA 90012 |
| Kristi Koons Johnson<br>c/o U.S. Attorney General Merrick Garland<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | |

6. I served true and correct copies of the documents listed in para. 4 on the persons and addresses listed in para. 5 via Certified Mail by placing the documents to be served in sealed and addressed envelopes, postage prepaid, and by personally depositing the envelopes with the U.S. Postal Service Office located in Maple Grove, Minnesota, with certified mail postage thereon and fully prepaid.

7. Attached to this affidavit as **Exhibit A** is a true and correct copy of the Certified Mail receipts for the above mailings reflecting tracking numbers: <u>7020 3160 0000 3292 8131</u> (Kristi Koons Johnson, in her official capacity), <u>7020 3160 0000 3292 8162</u> (U.S. Attorney for the Central District of California), and <u>7020 3160 0000 3292 8155</u> (U.S. Attorney General).

8. I received notification by email showing the package sent to Kristi Koons Johnson in her official capacity (tracking no. 7020 3160 0000 3292 8131) was delivered to the front desk, reception, or mail room on <u>June 3, 2021</u>.

9. I received notification by email showing the package sent to the U.S. Attorney for the Central District of California (tracking no. 7020 3160 0000 3292 8162) was delivered to the front desk, reception or mail room on <u>June 1, 2021</u>.

10. I received notification by email showing the package sent to the U.S. Attorney General (tracking no. 7020 3160 0000 3292 8155) is ready for pick-up at its designated post office on <u>June 4, 2021</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of June, 2021.

*[Signature: Casey Nasca]*

Casey Nasca