| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| THE INSTITUTE FOR JUSTICE<br>Robert Frommer*<br>rfrommer@ij.org<br>901 N. Glebe Rd., Suite 900<br>Arlington, Virginia  22203<br>Tel. (703) 682-9320<br>*Admitted Pro Hac Vice<br>(See attachment for full list of attorneys) | |
| ATTORNEY(S) FOR:  Plaintiffs | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, et al.<br><br>Plaintiff(s),<br>v.<br>UNITED STATES OF AMERICA, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:21-cv-04405-RGK-MAR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| See Attachment | See Attachment |

6/9/2021
Date

s/ Robert Frommer
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                                                   **NOTICE OF INTERESTED PARTIES**