**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>          Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**ATTACHMENT TO CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

| PARTY | CONNECTION/INTEREST |
|---|---|
| 1. Paul Snitko, Plaintiff | 1. Is seeking relief in connection with the seizure of their property. |
| 2. Jennifer Snitko, Plaintiff | 2. Is seeking relief in connection with the seizure of their property. |
| 3. Joseph Ruiz, Plaintiff | 3. Is seeking relief in connection with the seizure of their property. |
| 4. Tyler Gothier, Plaintiff | 4. Is seeking relief in connection with the seizure of their property. |
| 5. Jeni Verdon-Pearsons, Plaintiff | 5. Is seeking relief in connection with the seizure of their property. |
| 6. Michael Storc, Plaintiff | 6. Is seeking relief in connection with the seizure of their property. |
| 7. Travis May, Plaintiff | 7. Is seeking relief in connection with the seizure of their property. |
| 8. United States of America, Defendant | 8. Has a possessory interest in Plaintiffs' seized property. |
| 9. Tracy L. Wilkison, Defendant | 9. Has a possessory interest in Plaintiffs' seized property. |
| 10. Kristi Koons Johnson, Defendant | 10. Has a possessory interest in Plaintiffs' seized property. |