**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd. Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd. Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**AFFIDAVIT OF SERVICE**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed: May 27, 2021<br><br>Amended Complaint Filed: June 9, 2021 |

I, Casey Nasca, declare and state as follows:

1. At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2. I am employed by the Institute for Justice in the County of Hennepin, State of Minnesota. My business address is Institute for Justice, 520 Nicollet Mall, Suite 550, Minneapolis, MN 55402.

3. I hereby certify that I was directed to serve defendants by lead counsel Nilay U. Vora, a member of the Bar of this Court with whom my firm is associated with as Local Counsel on this case.

4. I further certify that on **Thursday, June 10, 2021** I caused to be served by Certified Mail true and correct copies of the following documents on Defendant <u>Tracy L. Wilkison, in her official capacity as Acting United States Attorney for the Central District of California</u>:

    ECF 33 Plaintiffs Amended Complaint

    ECF 34 Summons – U.S.A (Attorney General for the United States)

    ECF 35 Summons – Tracy L. Wilkison, U.S. Attorney for the Central District of California (in her official capacity)

    ECF 36 Summons – Kristi Koon Johnson (in her official capacity)

    ECF 37 Notice of Interested Parties

        ECF 37-1 Attachment to Notice of Interested Parties

    ECF 39 Summons – Issued to Tracy L. Wilkison in her official capacity as Acting United States Attorney for the Central District of California.

5. I served Defendant by mailing copies of the above documents to the following persons in accordance with Fed. R. Civ. P. 4(i)(2):

| | | |
|---|---|---|
| 1 | Tracy Wilkison, U.S. Attorney for the Central District of California | Tracy Wilkison c/o U.S. Attorney for the Central District of California |
| 2 | Civil Process Clerk | Civil Process Clerk |
| 3 | United States Attorney's Office Federal Building | United States Attorney's Office Federal Building |
| 4 | 300 N. Los Angeles Street, Suite 7516 | 300 N. Los Angeles Street, Suite 7516 |
| 5 | Los Angeles, California 90012 | Los Angeles, CA 90012 |

Tracy Wilkison
c/o U.S. Attorney General
Merrick Garland
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

6. I served true and correct copies of the documents listed in para. 4 on the persons and addresses listed in para. 5 via Certified Mail by placing the documents to be served in sealed and addressed envelopes, postage prepaid, and by personally depositing the envelopes with the U.S. Postal Service Office located in Butler Square, Minneapolis, Minnesota, with certified mail postage thereon and fully prepaid.

7. Attached to this affidavit as **Exhibit A** is a true and correct copy of the Certified Mail receipts for the above mailings reflecting tracking numbers: 7020 3160 0000 3292 8292 (Tracy Wilkison, in her official capacity), 7020 3160 0000 3292 8285 (U.S. Attorney for the Central District of California), and 7020 3160 0000 3292 8278 (U.S. Attorney General).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of June, 2021.

_____
Casey Nasca