1  **THE INSTITUTE FOR JUSTICE**
   Robert Frommer*
2  rfrommer@ij.org
   901 N. Glebe Rd. Suite 900
3  Arlington, VA 22203
   Tel. (703) 682-9320
4
   Robert E. Johnson*
5  rjohnson@ij.org
   16781 Chagrin Blvd. Suite 256
6  Shaker Heights, OH 44120
   Tel. (703) 682-9320
7
   * Admitted pro hac vice.
8
   **THE VORA LAW FIRM, P.C.**
9  Nilay U. Vora (SBN 268339)
   nvora@voralaw.com
10 Jeffrey Atteberry (SBN 266728)
   jatteberry@voralaw.com
11 201 Santa Monica Blvd., Suite 300
   Santa Monica, CA 90401
12 Tel. (424) 258-5190

13 *Attorneys for Plaintiffs*

14           IN THE UNITED STATES DISTRICT COURT

15          FOR THE CENTRAL DISTRICT OF CALIFORNIA

16                      WESTERN DIVISION

| | |
|---|---|
| 17 **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC,** AND **TRAVIS MAY,** | Case No. 2:21-cv-04405-RGK-MAR |
| 18 | **ROBERT E. JOHNSON DECLARATION IN SUPPORT OF PLAINTIFFS JENI VERDON-PEARSONS, MICHAEL STORC, TRAVIS MAY, AND JOSEPH RUIZ'S NOTICE OF *EX PARTE* APPLICATION FOR TEMPORARY RESTAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES** |
| 19 | |
| 20 Plaintiffs, | |
| **v.** | |
| 21 | |
| 22 **UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,** | |
| 23 | |
| 24 | (*Filed Concurrently with Notice of Ex Parte Application; Memorandum of Points and Authorities; Declaration of Robert Frommer; and Proposed Orders*) |
| 25 | |
| 26 Defendants. | Judge: Hon. R. Gary Klausner |
| 27 | Complaint Filed: May 27, 2021 |
| | Amended Complaint Filed: June 9, 2021 |
| 28 | |

I, Robert E. Johnson, submit the following declaration in support of Plaintiffs' Application for a Temporary Restraining Order:

1.      I am an active member of the State Bars of Ohio and Washington, D.C. and a senior attorney at the Institute for Justice. I am admitted *pro hac vice* in this proceeding, and I submit this declaration in support of Plaintiffs' application for a temporary restraining order.

2.      Attached as Exhibit A is a copy of the seizure warrant authorizing the seizure of U.S. Private Vaults' property. This copy of the warrant was obtained via PACER from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.).

3.      Attached as Exhibit B is a copy of a redacted excerpt of the government's application for a warrant to seize U.S. Private Vaults' property. This copy of the redacted excerpt of the warrant application was obtained via PACER from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.).

4.      Attached as Exhibit C is a true and correct copy of a photograph that fairly and accurately portrays the notice posted by the FBI outside the U.S. Private Vaults location in Beverly Hills, California. I took this photo on June 10, 2021.

5.      Attached as Exhibit D is a true and correct copy of the claims website posted by the FBI at https://forms.fbi.gov/u-s-private-vaults-claim-form.  On May 18, 2021, I visited the site forms.fbi.gov/uspvclaims (the address listed in the notice posted outside of U.S. Private Vaults, as seen in Exhibit C) and that site automatically redirected to this form.  I printed a copy of the site in order to generate the attached PDF. As of the date of this declaration, the website forms.fbi.gov/uspvclaims continues to automatically redirect to this form.

6.      Attached as Exhibit E is a true and correct copy of the email sent by the FBI to Joseph Ruiz on April 8, 2021, after he filed a claim through the FBI's claims website. This email was provided to me by Mr. Ruiz.

7.      Attached as <u>Exhibit F</u> is a true and correct copy of the email sent by the FBI to Jeni Verdon-Pearsons on April 19, 2021, after she filed a claim through the FBI's claims website. This email was provided to me by Ms. Verdon-Pearsons.

8.      Attached as <u>Exhibit G</u> is a true and correct copy of the forfeiture notice that was posted to the website <u>www.usprivatevaults.com.</u> I downloaded this copy of the notice from the U.S. Private Vaults website on June 14, 2021.

9.      Attached as <u>Exhibit H</u> is a true and correct copy of the forfeiture notice that was sent by the government to Jeni Verdon-Pearsons. This notice letter was provided to me by Ms. Verdon-Pearsons.

10.     Attached as <u>Exhibit I</u> is a true and correct copy of the forfeiture notice that was sent by the government to Michael Storc. This notice letter was provided to me by Mr. Storc's wife, Ms. Verdon-Pearsons.

11.     Attached as <u>Exhibit J</u> is a true and correct copy of the forfeiture notice that was sent by the government to Travis May. This notice letter was provided to me by Mr. May.

12.     Attached as <u>Exhibit K</u> is a true and correct copy of the email that was sent to me by the government after I filed a claim at the forfeiture.gov website on behalf of Jeni Verdon-Pearsons.


Executed this 15th day of June, 2021.


Robert E. Johnson

DECLARATION OF ROBERT E. JOHNSON