# Exhibit C

## to Declaration of Robert Johnson

