# Exhibit D

## to Declaration of Robert Johnson



Home • U.S. Private Vaults Claim Form

# U.S. Private Vaults Claim Form

To make a claim for property stored at U.S. Private Vaults in Beverly Hills, California, please provide the following information. An FBI agent will contact you for additional details.

**Contact Information**

First Name

Middle Name

Last Name

Best Contact Number

Alternate Contact Number

Email Address

Address Line 1

Address Line 2

City

State  --------N/A---------

Country

ZIP/Postal Code

**I/We fully understand that it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning the facts on this form as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.**

**Captcha**

☐ I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

Accessibility | eRulemaking | Freedom of Information/Privacy Act | Legal Notices | Legal Policies and Disclaimers | Links | Privacy Policy | USA.gov | White House
FBI.gov is an official site of the U.S. government, U.S. Department of Justice

14

15