# Exhibit F

## to Declaration of Robert Johnson

| | |
|---|---|
| **From:** | Jeni Verdon-Pearsons |
| **To:** | Robert Frommer; Robert Johnson; Michael Storc |
| **Subject:** | Fwd: USPV Claims |
| **Date:** | Sunday, June 6, 2021 11:32:03 AM |
| **Attachments:** | pastedImagebase640.png |

Sent from my iPhone

Begin forwarded message:

> **From:** USPVclaims@fbi.gov
> **Date:** April 19, 2021 at 9:44:10 AM PDT
> **To:** ███████████
> **Subject: USPV Claims**
>
> 
>
> Dear Claimant:
>
> Thank you for submitting your claim with regard to property at U.S. Private Vaults.  We understand that you are concerned about your claim.  Currently, all property seized is in a secure FBI facility.  FBI agents and staff are working diligently, in a methodical and systematic way, to process all claims and address each safe deposit box that is in our custody.  Because of the large number of safe deposit boxes, this process takes time.  Submitting more than one claim or calling the FBI Field Office to make individual inquiries will only slow the process.  Additionally, it is important to us that we ensure property is returned to the lawful owner, and not someone making a false claim.
>
> Within the next 30 to 60 days, someone from the FBI will contact you either to make arrangements to return your property, or to request additional information.
>
> We thank you for your patience.
>
> Sincerely,
>
> FBI Los Angeles

19