```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANDREW BROWN (Cal. Bar No. 172009)
 4  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 5  Assistant United States Attorneys
    Major Frauds/Asset Forfeiture/
 6  General Crimes Sections
         1100/1400/1200 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-0102/2569/1785
         Facsimile: (213) 894-6269/0142/0141
 9       E-mail: Andrew.Brown@usdoj.gov
                 Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov

11  Attorneys for Defendants
    UNITED STATES OF AMERICA, et al.
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>　　　　Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND REQUEST TO FILE A SUR-REPLY** |
|---|---|

**OBJECTION AND REQUEST FOR OPPORTUNITY TO FILE SUR-REPLY**

Defendants United States of America and Tracy Wilkison and Kristi Koons Johnson in their official capacity (collectively, the "government") have received Plaintiffs reply in further support of their ex parte application for a temporary restraining order and order to show cause re preliminary injunction.  Plaintiffs reply reaises new arguments and is not authorizied under Local Rule 7-19 and the Court's Standing Order, which permit the filing of ex parte applications and oppositions, but not replies.  *See* Standing Order {"The moving party shall serve the opposing party and shall notify the opposition that opposing papers must be filed not later than 3:00 p.m. on the first business day following service").  The government respectfully requests that it be granted the opportunity to file a sur-reply, no greater than 5 pages in length, to respond to the new arguments, by 12:00 noon tomorrow (June 18, 2021).  As the government has set forth in its opposition brief, this is not a situation that requires TRO relief in 24 hours - - deadlines to file a claim or petition for remission can be extended, so there is no urgency or need for this matter to be resolved on the emergency basis that plaintiffs request.

Dated: June 17, 2021         TRACY L. WILKISON
                             Acting United States Attorney
                             SCOTT M. GARRINGER
                             Assistant United States Attorney
                             Chief, Criminal Division


                                      /s/
                             ANDREW BROWN/VICTOR RODGERS/MAXWELL COLL
                             Assistant United States Attorneys

                             Attorneys for Defendants
                             UNITED STATES OF AMERICA, et al.