TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>      Defendants. | Case No. 2:21-CV-04405-RGK-MAR<br><br>**DECLARATION OF AUSA VICTOR A. RODGERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION AND FOR PROVISIONAL CLASS CERTIFICATION FILED BY MOVING PLAINTIFFS PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ AND TYLER GOTHIER**<br><br>Date:      July 12, 2021<br>Time:      9:00 a.m.<br>Courtroom: 850, the Honorable<br>           R. Gary Klausner |

**DECLARATION OF AUSA VICTOR A. RODGERS**

I, Victor A. Rodgers, declare as follows:

1. I am one of the AUSAs representing defendants United States of America, et al. in this action.

2. Attached hereto as Exhibit A is a copy of a January 13, 2021 USAO notice letter that was sent at my direction to a potentially interested party with respect to *United States of America v. $40,620.00 in U.S. Currency*, Case No. 2:20-cv-11103-SVW(PVCx). *See* docket no. 14-2 (exhibit to application for a clerk's default pages 7 through 10 of 29)  I have placed handwritten brackets around the pertinent portions of the USAO notice letter.

3. Attached hereto as Exhibit B is a copy of the complaint filed in the above-refenced action.  *See* docket no. 1.  As reflected therein, the criminal statutes violated and the forfeiture statute that permits forfeiture based on that violation are set forth in the first and second claims for relief contained on page 11 of the complaint).  In addition, the potentially interested party to whom Exhibit A was sent is discussed in paragraphs 7 through 10 of the complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 21, 2021.

```
            /s/
    AUSA VICTOR A. RODGERS
```