# EXHIBIT A
# to Declaration of
# AUSA Victor Rodgers



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Victor A. Rodgers:tbv*

*United States Courthouse*
*312 North Spring Street, 14th Floor*
*Los Angeles, CA   90012*

January 13, 2021

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Jermaine Taylor
The UPS Store #0852
9674 Colerain Avenue
Cincinnati, OH, 45251

      Re:    United States v. $40,620.00 in U.S. Currency; 2:20-cv-11103-SVW (PVCx)

Dear Mr. Taylor:

      This is to advise you that a Complaint for Forfeiture has been filed against the above-referenced property.   Enclosed with this letter are copies of (1) the Complaint for Forfeiture, (2) the Notice, (3) the Notice of Assignment to United States Judges, (4) the Notice to Parties of Court Directed ADR Program, and (5) the New Case Order.   Also enclosed is a pamphlet issued by the District Court for the Central District of California concerning Civility and Professionalism Guidelines, which should guide the conduct of these proceedings.   This letter is being sent to you on January 13, 2021.

      You are receiving notice of the filing of the enclosed Complaint because you may have the right to appear in this action and contest the forfeitability of the defendant property.   If you intend to contest forfeitability, you must file a Claim identifying your right or interest with the Clerk of the United States District Court for the Central District of California on or before **February 17, 2021,** and a separate Answer or a Motion pursuant to Federal Rule of Civil Procedure 12 (the "Rule 12 Motion") within 21 days thereafter.   Contemporaneously with your filing of these documents, you must serve this office with a copy of each pleading filed, directed to the attention of the undersigned.   You may serve these documents by personal delivery to the 14th Floor of the Federal Courthouse, as stated above, or by regular mail.

      You are further notified that the Claim must comply with the provisions of Rule G (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, which Rules are a supplement to the Federal Rules of Civil Procedure.   The Claim must identify the claimant and the specific property claimed; describe the claimant's claimed interest in the

Jermaine Taylor
January 13, 2021

defendant property, *i.e.*, as owner, lienholder, *etc.*; and must be verified, *i.e.*, signed by the claimant under penalty of perjury. Please note that you are also required to comply with the Local Rules of the District Court for the Central District of California.

It is essential that the Claim and Answer (or Rule 12 Motion in lieu of an Answer) be filed within the times noted above or within an extended time to which this office agrees and which the court approves. If no Claim is filed with the Clerk and a copy served on this office by **February 17, 2021**, or if a Claim is filed on time, but an Answer (or Rule 12 Motion) is not filed and served within 21 days thereafter (and this office has not agreed to an extension of either or both of said deadlines), the government will assume that you do not intend to contest the forfeiture of the defendant property, and will seek entry of default and default judgment against any interest that you may have in the property. This will prohibit you from taking any future steps to prevent the forfeiture without specific permission from the court.

This letter is also to inform you that you may submit a Petition for Remission or Mitigation of Forfeiture to the Department of Justice with respect to this property. The regulations governing Petitions for Remission or Mitigation of Forfeiture are set out at Title 28, Code of Federal Regulations ("C.F.R."), section 9.1 *et seq.*, and the specific requirements for a Petition are set out at 28 C.F.R. § 9.4. In general, the Petition must include the following information in clear and concise terms: (1) your name, address and social security number (or taxpayer ID number, as appropriate); (2) the seizing agency, asset identifier number, and date and place of seizure; (3) the district court case number (*see* above); (4) a detailed description of the property claimed, including the amount of any currency, the address or legal description of real property, and the make, model number and serial (or vehicle identification or hull) number of personal property, as appropriate; and (5) a description of your claimed interest in the property you are seeking to recover, supported by copies of receipts, bills of sale, contracts, mortgages, deeds, or other documentary evidence. In addition, you should describe all extenuating and mitigating circumstances and other reasons why you believe the Petition should be granted. The Petition must be sworn to by the petitioner or by the petitioner's attorney. If sworn by an attorney, the Petition must be accompanied by the petitioner's sworn notice of representation pursuant to 28 U.S.C. § 1746, and must be attested to by the attorney as set forth in 28 C.F.R. § 9.9(g). The Petition must be submitted to this office promptly.

The Petition, **which is not to be filed with the Court**, may be submitted either electronically or my mail. To submit a Petition electronically, please visit https://www.forfeiture.gov/FilingPetition.htm, which provides access to a standard Petition and a link that you can use to file your Petition online. If you choose to submit your Petition by mail, it should be addressed to the Attorney General of the United States, and the original, together with two copies, should be forwarded to the attention of the undersigned. You must also submit a separate copy of the Petition to the seizing agency in the district in which the seizure occurred, except in cases involving seizures by the Drug Enforcement Administration (in which case a copy of the Petition must be mailed to "Forfeiture Counsel, Asset Forfeiture Section, Drug Enforcement Administration, Headquarters Forfeiture Response," P.O. Box 1475, Quantico, VA 22134-1475) or the Bureau of Alcohol, Tobacco, Firearms and Explosives (in which case a copy of the Petition must be mailed to "Special Agent in Charge, Asset Forfeiture and Seized Property

Jermaine Taylor
January 13, 2021

Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives," 650 Massachusetts Avenue, NW., Washington, D.C. 20226).

Upon receipt of a Petition by this office (or the electronic submission of a Petition online), the Petition will be investigated and a decision to grant or deny the Petition will be made by the Chief of the Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice, without a hearing. Please note that the Petition process is entirely separate from the judicial action in which the enclosed complaint has been filed. There are no specific time limits for the granting or denial of a Petition. The filing of a Petition will not protect any rights that you may have with respect to the defendant property. **If you wish to contest the forfeiture of the defendant property, you must file a Claim, Answer (or Rule 12 Motion in lieu of an Answer) with the Court within the time limits set out herein.**

Pursuant to the Local Rules of the United States District Court for the Central District of California, you are further notified that this action is subject to the Electronic Case Filing System ("ECF"). If you are not already registered as an ECF User, then registration can be accomplished at http://www.pacer.gov/.

Very truly yours,

TRACY L. WILKISON
Acting United States Attorney

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture Section

Enclosures



3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CJG | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>EM CARMIER | C. Date of Delivery<br>9-16 |
| 1. Article Addressed to:<br>Jermaine Taylor<br>The UPS Store #0852<br>9674 Colerain Avenue<br>Cincinnati, OH, 45251 | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5386 9189 6060 96 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™ |
| 2. Article Number (Transfer from service label)<br>7019 1120 0000 3484 0341 | ☐ Collect on Delivery Restricted Delivery<br>Mail<br>Mail Restricted Delivery<br>(over $500) | ☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053  (VR) $40,620 | | Domestic Return Receipt |

4