**DECLARATION OF SUPERVISORY SPECIAL AGENT JESSIE MURRAY**

I, Supervisory Special Agent Jessie Murray, declare as follows:

1. I am a Supervisory Special Agent with the FBI.

2. The FBI receives claims to contest administrative forfeiture electronically. With respect to the submitted claims, the FBI receives the claim form, and generates a document titled "Claim Details" which sets forth the date the claim was received by the FBI, identifies the claimant and the person who filed the claim on behalf of the claimant.

3. Attached hereto as Exhibit A is the claim form, without exhibits, dated June 8, 2021 and signed by claimant Jeni Pearsons and attached hereto as Exhibit B is page 1 to 5 of 26 pages of the claim details form that reflects that the claim was filed June 9, 2021 by Robert Johnson on behalf of Jeni Pearsons. Attached hereto as Exhibit C is the claim form, without exhibits, dated June 8, 2021 and signed by claimant Michael Storc and attached hereto as Exhibit D is pages 1 to 5 of 26 pages of the claim details form that reflects that the claim was filed June 9, 2021 by Robert Johnson on behalf of Michael Storc. Attached hereto as Exhibit E is the claim form, without exhibits, dated June 22, 2021 and signed by claimant Travis May and attached hereto as Exhibit F is pages 1 to 5 of 14 pages of the claim details form that reflects that the claim was filed June 9, 2021 by Robert Johnson on behalf of Travis May. The documents have been redacted to eliminate social security numbers and home addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California, on June 29, 2021.

SSA JESSIE MURRAY