# CLAIM DETAILS

**Tracking Number:** 214O-6A4-574-C6D
**Filed on:** June 23, 2021
**Claimant:** May, Travis
**Filed By:** Johnson, Robert E.

## Documents included:

* Standard Online Claim Form
* Copy of signed beneficiary letter for USPV box; receipt for USPV box. - Box Receipt (May).pdf
* Sworn Notice - May Notice of Representation (TO FILE).pdf
* Signed Claim with Cover Letter - May Claim with Cover Letter (TO FILE).pdf



# CLAIM FORM

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

**Note:** There is no legal form or format required for filing a claim; this document is provided for your convenience. Please visit https://www.forfeiture.gov/FilingClaim.htm for more specific guidance on filing your claim with the appropriate seizing agency.

**Frivolous Claim Statement:** If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Privacy Act Notice:** The Department of Justice is collecting this information for the purpose of processing your claim. Providing this information is voluntary; however, the information is necessary to process your application. Information collected is covered by Privacy Act System of Records Notice Department of Justice (DOJ), DOJ-002-DOJ Computer Systems Activity & Access Records, Federal Register (71 FR 29170). This information may be disclosed to contractors when necessary to accomplish an agency function, to law enforcement when there is a violation or potential violation of law, or in accordance with other published routine uses. For a complete list of routine uses, see the system of records notice listed above.

## SECTION I - CONTACT INFORMATION

### CLAIMANT INFORMATION

**Claimant/Contact Name:** (Last, First)
May, Travis

**Business/Institution Name:** (if applicable)

**Prisoner ID:** (if applicable)

**Address:** (Include Street, City, State, and Zip Code)
▮▮▮▮▮▮▮▮▮
Hermosa Beach, CA ▮▮▮▮

**Social Security Number/Tax Identification Number:** (Enter N/A if you do not have one)
▮▮▮▮▮▮▮▮

**Phone:** (optional)

**Email:** (optional)

### ATTORNEY INFORMATION (if applicable)

**Attorney Name:** (Last, First)
Johnson, Robert E.

**Attorney Title:**

**Firm Name:** (if applicable)
Institute for Justice

**Attorney Address:** (Include Street, City, State, and Zip Code)
16781 Chagrin Blvd. #256
Shaker Heights, OH 44120

**Are you an attorney filing this claim on behalf of your client?** [X] Yes  [ ] No

**Attorney Phone:** (optional)
703.682.9320

**Attorney Email:** (optional)
rjohnson@ij.org

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II - ASSET LIST

*List each asset ID and asset description that you are claiming.*

| # | Asset ID | Asset Description |
|---|----------|-------------------|
| 1 | 21-FBI-003006 | $63,260.00 U.S. Currency, SN: **** seized by the FBI on March 22, 2021 in Beverly Hills, CA. |
| 2 | 21-FBI-003388 | Jewelry/Precs Item - Value = $2.00, SN: **** seized by the FBI on March 22, 2021 in Beverly Hills, CA. Items described as: Jewelry/Precs Item; Jewelry/Precs Item. |

## SECTION III - INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION | |
|---|---|
| Asset ID | Asset Description |
| 21-FBI-003006 | $63,260.00 U.S. Currency, SN: ****                    seized by the FBI on March 22, 2021 in Beverly Hills, CA. |
| 21-FBI-003388 | Jewelry/Precs Item - Value = $2.00, SN: ****                    seized by the FBI on March 22, 2021 in Beverly Hills, CA. Items described as: Jewelry/Precs Item; Jewelry/Precs Item. |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset:**

I own the contents of U.S. Private Vaults safe deposit box #713. I am the Founder and CEO of a successful business, IFN.com Inc. d/b/a www.TollFreeForwarding.com. My U.S. Private Vaults box contains approximately $63,000 in cash that I lawfully earned through my business, as well as gold worth approximately $100,000 (1 kilo PAMP bar worth approximately $60,000 and a tube of twenty 1 oz Gold Eagles worth approximately $40,000) that I purchased with money lawfully earned through my business. The attached receipts demonstrate that I was the lawful renter of safe deposit box #713 and thus my ownership of the contents of the box. I am submitting this claim only because I am being required to do so in order to avoid the forfeiture of my property and, in doing so, I expressly reserve all rights and claims asserted by me in the case of Snitko v. United States, No. 21-cv-4405 (C.D. Cal.).

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

\* Copy of signed beneficiary letter for USPV box; receipt for USPV box. - Box Receipt (May).pdf

214O-6A4-574-C6D                                                                                                                                                6/23/21

EXHIBIT F
4 of 14
52

## SECTION IV - RECOVERY OF LOSS

No Recovery of Loss exists.

## SECTION V - DECLARATION AND REPRESENTATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

Claim electronically signed by the attorney for the claimant
_____
**Signature**

May, Travis
_____
**Printed Name**

6/23/21
_____
**Date**

## Sworn Notice of Representation

*This section must be completed only by claimants who are represented by an attorney.*

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under penalty of perjury that the foregoing information is true and correct.

Claim electronically signed by the attorney for the claimant
_____
**Signature**

May, Travis
_____
**Printed Name**

6/23/21
_____
**Date**

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.

**Attached Document List:**

* Sworn Notice - May Notice of Representation (TO FILE).pdf
* Signed Claim with Cover Letter - May Claim with Cover Letter (TO FILE).pdf

2140-6A4-574-C6D                                                                                                          6/23/21