**DECLARATION OF AUSA VICTOR A. RODGERS**

I, Victor A. Rodgers, declare as follows:

1. I am one of the AUSAs representing defendants United States of America, et al. in this action.

2. Attached hereto as Exhibit A is a copy of a March 10, 2021 USAO notice letter that was sent at my direction to a potentially interested party with respect to <u>United States of America v. $763,533.33 Seized From One Bank of America Account</u>, Case No. 2:21-cv-2028-DOC(PDx).  <u>See</u> docket no. 12-2 (this is one of the exhibits to the government's application for a clerk's default filed in that case).  I have placed handwritten brackets around the pertinent portions of the USAO notice letter regarding the filing of a claim in court to contest the judicial forfeiture of an asset, and the submission of a petition for remission for adjudication by a federal agency.

3. Attached hereto as Exhibit B is a copy of the complaint filed in the above-refenced action.  The criminal statutes violated and the forfeiture statute that permits forfeiture based on that violation are set forth therein.  For example, the first claim for relief identifies the forfeiture trigger statutes (<u>i.e.</u>, 18 U.S.C. §§ 981(a)(1)(C) and 984) and the underlying criminal statutes violated (<u>i.e.</u>, 18 U.S.C. §§ 1014 (loan fraud), 1343 (wire fraud) and 1344 (bank fraud)) that support forfeiture of the defendant asset.  <u>See</u> ¶ 22.  Likewise, the other claims for relief in the complaint contain similar information.  In addition, paragraph 7 of the complaint identifies the parties who might potentially have an interest in the defendant asset, and the complaint in its entirety details the facts and circumstances giving rise to forfeiture of the defendant asset based on the criminal statutes violated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 29, 2021.

                                                            /s/
                                       Victor A. Rodgers