**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**ROBERT E. JOHNSON DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Robert E. Johnson, submit the following declaration in support of Plaintiffs' Reply to Defendants' Response to the Court's Order to Show Cause re: Preliminary Injunction.

1. I am an active member of the State Bars of Ohio and Washington, D.C. and a senior attorney at the Institute for Justice. I am admitted *pro hac vice* in this proceeding, and I submit this declaration in support of Plaintiffs' Reply to Defendants' Response to the Court's Order to Show Cause re: Preliminary Injunction.

2. Attached as Exhibit A is a true and correct copy of the cover letter that I submitted as an attachment to the claim of Travis May when I submitted Travis's claim through www.forfeiture.gov on June 23, 2021.

3. Attached as Exhibit B is a true and correct copy of the cover letter that I submitted as an attachment to the claim of Joseph Ruiz when I submitted Joseph's claim through www.forfeiture.gov on June 23, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of June, 2021.

Robert E. Johnson