**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**AFFIDAVIT OF SERVICE**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed: May 27, 2021<br><br>Amended Complaint Filed: June 9, 2021 |

I, Kyndra Griffin, declare and state as follows:

1. At the time of service, I was over 18 years of age and not a party to the above-captioned action.

2. I am employed by the Institute for Justice in the County of Arlington, State of Virginia. My business address is Institute for Justice, 901 N. Glebe Road, Suite 900, Arlington, VA 22203.

3. I hereby certify that I was directed to serve Defendants pursuant to the civil minutes of the (In Chambers) Order Re: Request for Preliminary Injunction, a copy of the recently filed order.

4. I further certify that on **Saturday, July 24, 2021** I caused to be served via USPS mail a true and correct copy of the following document on Defendants United States of America, Tracy L. Wilkison, in her official capacity, and Kristi Koons Johnson, in her official capacity:

ECF 60 - Minutes (In Chambers) Order Re: Request for Preliminary Injunction, granting in part and denying in part Plaintiffs' Request for a Preliminary Injunction.

5. I served Defendants by mailing a copy of the above document to the following persons in accordance with Fed. R. Civ. P. 5(b)(1) and 5(b)(2)(C):

Andrew Brown
AUSA – Office of US Attorney
Major Frauds Section
312 North Spring Street, 11th Floor
Los Angeles, CA 90012

Maxwell K. Coll
AUSA – Office of US Attorney
Criminal Division – US Courthouse
312 North Spring Street, Suite 1200
Los Angeles, CA 90012

Victor A. Rodgers, Jr.
AUSA – Office of the US Attorney
Asset Forfeiture Division
312 North Spring Street, 14th Floor
Los Angeles, CA 90012

6. I served a true and correct copy of the document listed in para. 4 on the persons and addresses listed in para. 5 via USPS mail by placing the document to

be served in sealed and addressed envelopes, postage prepaid, and by personally depositing the envelopes with the U.S. Postal Service Office located in Silver Spring, MD.

7. A true and correct copy of the document listed in para. 4 was also provided to the persons listed in para. 5 via an email sent from Robert Frommer (rfrommer@ij.org), an attorney for Plaintiffs, on July 24, 2021 to the following email addresses:

    Andrew.Brown@usdoj.gov; Maxwell.Coll@usdoj.gov;

    Victor.Rodgers@usdoj.gov; and usacac.civil-tronotice@usdoj.gov

Executed this 26th day of July, 2021.

_____
Kyndra Griffin