**DECLARATION OF SUPERVISORY SPECIAL AGENT JESSIE MURRAY**

I, Supervisory Special Agent Jessie Murray, declare as follows:

1. I am a Supervisory Special Agent with the FBI.

2. On July 21, 2021, the FBI informed Travis May's attorney that the government was returning Travis May's property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on July 26, 2021.

_____
SSA JESSIE MURRAY