UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNIKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA. ET AL,,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>Date:         August 30, 2021<br>Time:        9:00 a.m.<br>Courtroom: 850, the Honorable<br>                    R. Gary Klausner |

The motion of Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacities (collectively, "the government") to Dismiss the First Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) came on regularly for hearing before this Court on August 30, 2021.  The Court, having considered the papers submitted by the parties, arguments of counsel and all other matters presented to the Court in connection with the motion,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the government's motion is granted. Plaintiffs' first amended complaint is dismissed without leave to amend.

Dated: _____    _____
                                  THE HONORABLE R. GARY KLAUSNER
                                  UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


      /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.