TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL SOTRC, and TRAVIS MAY,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS' RESPONSE TO COURT'S JULY 23, 2021 ORDER TO SHOW CAUSE REGARDING THE GOVERNMENT'S CONTINUED SEIZURE OF THE CONTENTS OF BOX 7622 AND DECLARATION OF FBI SPECIAL AGENT LYNNE ZELLHART** |
|---|---|

1    Defendants United States of America and Tracy L. Wilkison
2 and Kristi Koons Johnson in their official capacities
3 respectfully submit the attached declaration of FBI Special
4 Agent Lynne Zellhart in response to the Court's July 23, 2021
5 order to show cause regarding the government's continued seizure
6 of the contents of Box 7622.

Dated: July 30, 2021                Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                            /s/
                                    ANDREW BROWN
                                    VICTOR A. RODGERS
                                    MAXWELL COLL
                                    Assistant United States Attorneys

                                    Attorneys for Defendants
                                    UNITED STATES OF AMERICA, et al.