**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF JOSEPH RUIZ**<br><br>Judge: Hon. R. Gary Klausner<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Joseph Ruiz, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Los Angeles, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills, California.

4. My property was held in Box 7622. I hold the key to that box and would be able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained approximately $57,000.

6. The funds that I kept in my security deposit box at USPV largely consisted of the proceeds from two settlements that I received in 2019 and 2021.

7. In 2019, I received a $100,000 settlement for a 2017 auto accident. After attorneys' fees and other expenses, I received a net amount of $52,576.67. A true and accurate copy of the $100,000 settlement check is attached to this Declaration as Exhibit A.

8. In February 2021, I received a $25,000 settlement check from my landlord's insurance company for an ongoing dispute regarding living conditions at my residence. A true and accurate copy of the letter sent to my attorney along with that $25,000 settlement is attached to this Declaration as Exhibit B. After attorneys' fees and other expenses, I received a net amount of $14,230.54.

9. Once I received a check for the net settlement amount from my attorney in February 2021, I deposited the funds in my account at JP Morgan Chase, where I have had an account for several years.

10. Once the check for the net settlement amount cleared, however, I became concerned that the COVID pandemic would make withdrawing my money from JP Morgan Chase or another bank difficult or impossible.

11. Acting on my concern, I withdrew most of my funds from my account at JP Morgan Chase. Because the amount of my withdrawal was above $10,000, the teller told me that she had to file a report and asked me some questions, including my employment status and last occupation. I told her that I was unemployed but had previously worked in the food business.

12. Once I withdrew my funds from JP Morgan Chase, I immediately placed them in my safety deposit box at U.S. Private Vaults so that I would be able to access my money whenever I wished. Unfortunately, the contents of the box were seized by the FBI not long after, in March 2021, and the FBI continues to hold my money.

13. I was depending on using those seized funds to pay for medical care, including medical care related to the injuries that I sustained in the 2017 accident that led to the 2019 settlement. In addition, I would like to move out of my residence, both due to the living conditions that led to the February 2021 settlement and acts of physical violence against me by the landlord, but I cannot pay for new housing without access to my funds.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of August, 2021.

*/s/ Joseph Ruiz*

Joseph Ruiz

3
DECLARATION OF JOSEPH RUIZ