# Exhibit A

## To Declaration of Joseph Ruiz

**Exhibit A**
**4**

```
CLAIM OFFICE ADDRESS
2000 WESTWOOD DRIVE
WAUSAU, WI 54401
CONTACT: WALLS, C
PHONE: 1-770-814-9002
```



| CHECK NUMBER | CHECK DATE |
|---|---|
| 17918355 | 09/13/19 |
| CHECK AMOUNT | BLOCK NUMBER |
| $100000.00 | 000314 |

```
ACCIDENT DATE: 09/12/17                    CLAIM NO.
INSURED: MERCURY AIR GROUP                 POLICY NO

CLAIMANT:                                  INSURED OPERATOR:
RUIZ, JOSEPH                               DRIVER, IDENTITY UNKNOWN 1
```

| COV TYPE | PROVIDER | SERVICE FROM - THRU | CHARGE | ADJUST CODE | PAID AMOUNT |
|---|---|---|---|---|---|
| LIBI | BARNES | 09/13/19 - 09/13/19 | 100000.00 | | 100000.00 |

```
PAYMENT SENT TO:                           SUB TOTAL 1        100000.00
BARNES FIRM                                DEDUCTIBLE              0.00
                                           SUB TOTAL 2        100000.00
                                           WITHHOLDING TAX         0.00
COPY OF PAYMENT EXPLANATION TO:            CHECK AMOUNT       100000.00
```

COVERAGE TYPES
LIBI: LIABILITY - BODILY INJURY

ADJUSTMENT CODE NOTES

EOP NOTES
FULL AND FINAL SETTLEMENT FOR JOSEPH RUIZ (BI RELEASE SENT VIA EMAIL ON 09/13/2019)

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS
VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

```
ANA * 000311                                           B. CODE        51-44/119
2000 WESTWOOD DRIVE                                                   CHECK NUMBER
WAUSAU, WI 54401                                                      17918355

                                                                      PAY ▶ $100000.00**

DATE OF CHECK        PAYMENT IDENTIFICATION                           VOID IF NOT PRESENTED WITHIN
                                                                      6 MONTHS OF DATE OF CHECK
09/13/19

BANK OF AMERICA HARTFORD, CT

PAY TO THE      BARNES FIRM
ORDER OF        633 W 5TH ST STE 1750
                LOS ANGELES, CA 90071

OFFICE NO.                                                            NOT VALID IN EXCESS OF $100,000
949
```

**Exhibit A**
5