# Exhibit B

## To Declaration of Joseph Ruiz



**FARMERS**
INSURANCE

National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994

February 18, 2021

012034

JOSEPH RUIZ

LOS ANGELES CA 90016-1824



**FARMERS**
INSURANCE

Toll Free: (800) 435-7764
Fax: (877) 217-1389
Email: myclaim@farmersinsurance.com
National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994

February 18, 2021

LAW OFFICE OF JACOB O PARTIYELI
4751 WHITTIER BLVD
LOS ANGELES CA 90022-3027

RE:     Claim Number:
        Insured:               Kinneth Jung
        Policy Number:
        Loss Date:             03/06/2020
        Your Client:           Joseph Ruiz
        Subject:               State Required Notice

Dear Mr. Partiyeli :

We're writing to confirm your client's claim settlement. We sent a $25,000.00 settlement check to you in exchange for the Release and Dismissal.

Since California Business and Professions Code Section 6149.5 requires an insurer to notify a third party claimant directly of a settlement check transmission greater than $100 to the claimant's lawyer or other representative, we sent a copy of this letter to your client.

If you have any questions or concerns, call me at ▮▮▮▮▮▮▮▮. My scheduled office hours are Monday through Friday from 8:00 a.m. to 4:30 p.m. Pacific Time.

Thank you.

Farmers Insurance Exchange

Jose Tano
Environmental & Specialized Adjuster
▮▮▮▮▮@farmersinsurance.com
▮▮▮▮▮▮

COVID-19 Notice – In light of the national health emergency, I am currently working from home. I can be reached by telephone and e-mail; my phone number and email address have not changed. E-mail communications are preferred to avoid any potential delays caused by mailing. If you are unable to email and hard copies of communications are required, they may be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994. We are unable to receive deliveries at any location from FedEx, UPS or any other courier at this time, as our claims office locations have been temporarily closed.

        CC: JOSEPH RUIZ

**Exhibit B**
**8**

X60HAMJS3