**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted pro hac vice.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF JENI VERDON-PEARSONS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**<br><br>(*Filed Concurrently with Plaintiffs' Response to Defendants' Motion to Dismiss and Proposed Order Denying Defendants' Motion to Dismiss*)<br><br>Date: August 30, 2021<br>Time:  9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Jeni Pearsons, declare and state as follows:

1.  I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2.  I am a citizen of the United States and a resident of Marina Del Rey, California.

3.  I work as the Director of Operations at a nonprofit theater in Los Angeles. My husband, Michael Storc, works as a transportation coordinator in the film industry.

4.  I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the USPV facility, on March 22, 2021, I was holding my property in a safe deposit box at USPV.

5.  My property was held in Box 4301.  My husband and I hold the key to that box and would be able to produce that key upon request.

6.  Our box held approximately $2,000 in cash, as well as approximately $20,000 worth of silver that we purchased as a retirement nest egg.

7.  Shortly after learning of the seizure of my property by the FBI, I submitted a claim through the FBI's online claim form, at https://forms.fbi.gov/u-s-private-vaults-claim-form. In doing so, I provided my contact information in order to seek the return of my seized property.

8.  In response, the FBI sent me an email on April 19, 2021, stating that, "Within the next 30 to 60 days, someone from the FBI will contact you either to make arrangements to return your property, or to request additional information."

9.  An FBI agent subsequently called me to ask for my box number. When I asked what I needed to do to get my property back, he told me that the FBI was "busy" and that I should just wait for an email with further information.

10.  On May 21, 2021, the FBI sent me an administrative forfeiture notice seeking to forfeit my property. I understand that a copy of that forfeiture notice has

DECLARATION OF JENI VERDON-PEARSONS

already been submitted to the Court in connection with a filing seeking a temporary restraining order.

11.     In response to the administrative forfeiture notice, I filed a claim to my property on June 9, 2021.

12.     Today, the FBI continues to hold the contents of my safe deposit box.

13.     Nobody from the FBI has explained why the FBI is continuing to hold my property. I have no idea what—if anything—the FBI thinks that I did wrong.

14.     I understand that the FBI has agreed to return property seized from some other USPV box holders, but the FBI has never agreed to return my property.

15.     The FBI has never explained why it has agreed to return property to other box holders, but not to me.

16.     The FBI has now held my property over four months. These months have been incredibly stressful for me, and I do not understand how the FBI can continue to hold my property without accusing me of wrongdoing.

17.     I feel like I am being treated like a criminal, but I have no idea why.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Executed this 6th day of August, 2021.


Jeni Pearsons

3