## DECLARATION OF SA LYNNE ZELLHART

I, SA Lynne Zellhart, declare as follows:

1. I am a Special Agent with the FBI and have been so employed since 2004. I have participated in the investigation of U.S Private Vaults ("USPV") and am familiar with all aspects of the investigation.

2. The only reason Plaintiff Tyler Gothier's items from his box have not been returned is that he will not pick them up. The FBI has made its best efforts to ask him to do so. Paragraph 17 of my Declaration filed June 21, 2021 (docket no. 51-1) noted that Plaintiff Tyler Gother had not responded to attempts to return his box, and provides "In late May and early June, the FBI made several attempts to contact Plaintiff Tyler Gothier in order to schedule the return of his property. The FBI was not able to reach him at the phone number he provided. In June the FBI sent a certified letter inviting Gothier to make an appointment to receive his property. On June 15, 2021, Gothier's attorney contacted me [and left a voicemail] and an appointment is being made." Since June 15, 2021, this is what has occurred.

3. On June 16, 2021, the FBI contacted Gothier's attorney to make an appointment, and was told by the attorney that he (the attorney) had to check with Gothier. After several days passed, the attorney called and stated that Gothier would be out of town until early July and that the FBI needed to coordinate with Gothier's local attorney to schedule the appointment. The FBI called the local attorney on June 29 and left a voicemail, and after some voicemail exchanges the local attorney's partner called and scheduled the return for July 8, 2021. After work hours on July 7, 2021 the local attorney called and left a voicemail cancelling the July 8, 2021 appointment and stating that the attorney would call the next day to reschedule. The FBI did not hear back from the attorney; so the FBI called the attorney to reschedule and left voicemail, but received no response. While arranging the return of another, unrelated USPV box with

Gothier's attorney, agents were able to coordinate the return of both boxes. Gothier's box return is scheduled for August 17, 2021.

    4.    The government is in the process of returning the property seized from the box of Jeni Verdon-Pearsons and Michael Storc, and forfeiture proceedings are not going forward as to those items.

    5.    The currency seized from the named plaintiffs' boxes was deposited into a bank account, and the currency will be wired to them, together with the interest earned thereon, when they provide wire transfer information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 16, 2021.

                                                               SA LYNNE ZELLHART