**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted pro hac vice.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>                                     Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>                                     Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**PLAINTIFFS' NOTICE REGARDING RETURN OF PROPERTY**<br><br><br><br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

Plaintiffs submit the following Notice in order to keep the Court apprised of factual developments relevant to the pending motion to dismiss. Yesterday, August 17, 2021, Plaintiffs Travis May and Tyler Gothier visited FBI headquarters in order to recover property from the FBI. Following that visit, the status of the individual named Plaintiffs is as follows:

- Paul and Jennifer Snitko: The FBI has returned the contents of the Snitkos' box.
- Joseph Ruiz: The FBI has said that it is returning Joseph's $57,000, but it cannot return the cash as it has been deposited into the bank. Joseph submitted paperwork with bank routing information on August 9, 2021, to facilitate a wire transfer, but the government has not yet wired the funds.
- Tyler Gothier: The FBI has returned the contents of Tyler's box.
- Jeni Verdon-Pearsons and Michael Storc: The FBI stated in its reply in support of the motion to dismiss that it is returning Jeni and Michael's property. However, at this time the FBI has not made any other move to return the property.
- Travis May: The FBI has returned the gold seized from Travis's box. The FBI has also said that it will return Travis's $63,260, but it cannot return the cash as it has been deposited into the bank. Travis submitted paperwork with bank routing information on August 9, 2021, to facilitate a wire transfer, but the government has not yet wired the funds.

As Plaintiffs explained in their response to Defendants' Motion to Dismiss, Count I is not moot as to any of the Plaintiffs because Defendants will continue to retain records of the contents of all the Plaintiffs' boxes even after their property has been returned. *See* Doc. 67 at 8-9. Counts II through VI are likewise not moot because Plaintiffs retain standing to pursue class certification; once a class is certified, Plaintiffs may serve as class representatives so long as their claims were

PLAINTIFFS' NOTICE REGARDING RETURN OF PROPERTY

live at the time the complaint was filed. *See id.* at 9-10.[1] And Count VII, seeking return of property, remains live for all Plaintiffs other than the Snitkos and Tyler Gothier because—even if the government has said that it intends to return other Plaintiffs' property—the property has not actually been returned. *See id.* at 11. Thus, notwithstanding these developments, none of the claims in the case are moot.

Dated: August 18, 2021                    Respectfully Submitted,

                                          /s/ Robert Frommer

                                          **THE INSTITUTE FOR JUSTICE**
                                          Robert Frommer*
                                          rfrommer@ij.org
                                          901 N. Glebe Rd., Suite 900
                                          Arlington, VA 22203
                                          Tel. (703) 682-9320

                                          Robert E. Johnson*
                                          rjohnson@ij.org
                                          16781 Chagrin Blvd., Suite 256
                                          Shaker Heights, OH 44120
                                          Tel. (703) 682-9320

                                          *Admitted pro hac vice.*

                                          **THE VORA LAW FIRM, P.C.**
                                          Nilay U. Vora (SBN 268339)
                                          nvora@voralaw.com
                                          Jeffrey Atteberry (SBN 266728)
                                          jatteberry@voralaw.com
                                          201 Santa Monica Blvd., Suite 300
                                          Santa Monica, CA 90401
                                          Tel. (424) 258-5190

                                          *Attorneys for Plaintiffs*

---

[1] Plaintiffs previously argued that Counts III, V, and VI continued to present a live case or controversy for Jeni and Michael, as the government was still threatening to forfeit their property. *See* Doc. 67 at 9-10. Given the FBI's statement in its reply that it now intends to return Jeni and Michael's property, those Counts now escape mootness for the same reasons that Plaintiffs previously set forth for Counts II and IV. *See id.* at 10.
At this time, Plaintiffs expect to file their motion for class certification on August 26, 2021, and Plaintiffs will provide additional briefing on the issue of mootness for the class claims in that motion. Plaintiffs' response to the motion to dismiss erroneously stated that Plaintiffs intended to file their class certification motion no later than August 25, but, in fact, Plaintiffs intend to file by August 26— which is the deadline set by the Court's standing order.