**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF PAUL SNITKO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM IN SUPPORT**<br><br>(*Filed Concurrently with Plaintiffs' Notice of Motion for Class Certification; Memorandum in Support; Declarations in Support of Plaintiffs' Motion for Class Certification; and Proposed Order Granting Plaintiffs' Motion*)<br><br>Date: September 27, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Paul Snitko, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Pacific Palisades, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills.

4. My property was held in Box 7701. My wife and I held the key to that box and were able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained my flight log book, copies of legal documents, my father's antique Hamilton railroad watch, watches my father and I received from our respective employers in recognition of our years of service, my college class ring, backups of our home PC hard drives, miscellaneous coins from my wife's grandfather, and a few pieces of my wife's gold jewelry.

6. I chose to keep my property at USPV because our bank had a waiting list for a safe deposit box, we live in a wildfire prone area that makes our documents (e.g., flight log) vulnerable, and we required a place to store our wedding bands when engaging in sports activities such as skiing and sailing.

7. We chose USPV after finding it to be a safe and secure place to store our property. We found the staff professional and courteous, and the facilities pristine. We also appreciated that USPV's longer Saturday hours gave us more flexibility and convenience.

8. After learning of the government's seizure of the USPV security deposit boxes, my wife and I submitted a claim on or about April 9, 2021 through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form. In response, we received an email form letter on April 14 and a call on May 6 from an

agent who left a voicemail. My wife spoke with the agent on May 7; the agent was unable to tell us when our property would be returned.

9. On May 27, 2021, my wife and I, along with other Plaintiffs, filed this class action lawsuit. At that point, it had been over two months since the FBI seized my property, and they had neither explained when they would return it or why they were continuing to hold it. We brought this lawsuit to require the government to behave in a constitutional manner towards both us and all other USPV box holders.

10. On May 27, the FBI called my wife within hours of us filing this action and offered to return the property it had seized from us.

11. My wife and I went to the FBI headquarters on June 10, 2021 to retrieve our property. After we verified that our key worked in the safe deposit box door, agents brought out our property in evidence bags. A review of the bags showed that FBI agents had opened envelopes we had placed in our box and removed the documents inside for examination. This occurred even though I had placed a letter containing our contact information on top of the plastic interior sleeve within our safe deposit box so that it would have been immediately apparent to the FBI that the box's contents contained our property.

12. It is my understanding that the FBI videotaped its search of my box. I also understand that the FBI retained copies of records and other documents, sometimes by holding up the document to the video camera so that its contents could be captured.

13. My wife and I also placed two external hard drives and two memory cards in the box. My wife and I place an extraordinarily high value on our privacy, and the digital archives placed in the box contain decades of private information. Based on the FBI's conduct in opening envelopes and recording physical documents, I believe the FBI may well have made copies of our digital storage devices. I want the FBI to destroy all physical and digital records that they acquired in searching our box along with an attestation under oath to that effect.

14. The government's actions towards me and other USPV box holders have been deplorable. Even though I have my property back, I remain committed to bringing the government to account by vigorously representing the class in this action. I have no conflicts-of-interest with any other class members. My sole goal is to help the class secure a declaration and injunction requiring the government to behave constitutionally with respect to them and their property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of August, 2021.

*[signature]*

Paul Snitko