**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF JOSEPH RUIZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM IN SUPPORT**<br><br>(*Filed Concurrently with Plaintiffs' Notice of Motion for Class Certification; Memorandum in Support; Declarations in Support of Plaintiffs' Motion for Class Certification; and Proposed Order Granting Plaintiffs' Motion*)<br><br>Date: September 27, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Joseph Ruiz, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Los Angeles, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills.

4. My property was held in Box 7622. I hold the key to that box and would be able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained approximately $57,000.

6. I chose to keep my property at USPV because, after finding the company through a Google search, I realized that its location was convenient for me.

7. I learned of the government's seizure of the USPV security deposit boxes on March 22, 2021, when I drove to the USPV facility and saw the seizure in progress. The FBI instructed me to submit a claim form asking for my personal information so that I could be reunited with my property.

8. I submitted a claim form to the FBI on or about April 8, 2021, through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form. In response, I received a form email that told me not to contact the FBI Field Office and that did not say when my property would be returned.

9. I desperately needed my money returned to me. I was and am unemployed, and I had been living off the funds in my USPV box prior to the seizure. The loss of access to my money meant I did not have money that I needed to pay for food and medical care.

10. On May 27, 2021, I, along with other Plaintiffs, filed this class action lawsuit. At that point, it had been over two months since the FBI seized my property, and they had neither explained to me when they would return it or why they were continuing to hold it. We brought this lawsuit to require the government to behave in a constitutional manner towards both us and all other USPV box holders.

11. On August 3, 2021, the government offered to return my property. The government wired funds corresponding to the seized cash into my attorneys' trust account as of August 20, 2021.

12. It was my understanding that the government was only supposed to look inside each USPV box so that it could figure out how to return it to its owner. But that is not what happened to me. Instead, the government treated me like a criminal. I have now learned that the government did not return my property for almost five months because it was investigating me and because I had not proven to the government that I legally obtained the property in my USPV box.

13. Based on what I have learned about the FBI's investigation of me, I am concerned that the government has intruded into my personal and financial affairs, including at least pulling information about me from employment databases, insurance claims records, and currency transaction reports. I want the FBI to destroy all physical and digital records that it created pursuant to its investigation of me and of my USPV box, along with an attestation under oath to that effect.

14. The government's actions towards me and other USPV box holders have been deplorable. Even though I have my property back, I remain committed to bringing the government to account by vigorously representing the class in this action. I have no conflicts-of-interest with any other class members. My sole goal is to help the class secure a declaration and injunction requiring the government to behave constitutionally with respect to them and their property.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed this 24 day of August, 2021.

_____
Joseph Ruiz