**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF TYLER GOTHIER IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM IN SUPPORT**<br><br>(*Filed Concurrently with Plaintiffs' Notice of Motion for Class Certification; Memorandum in Support; Declarations in Support of Plaintiffs' Motion for Class Certification; and Proposed Order Granting Plaintiffs' Motion*)<br><br>Date: September 27, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

DECLARATION OF TYLER GOTHIER

I, Tyler Gothier, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Roseville, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills.

4. My property was held in Box 5165. I held the key to that box and was able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained silver and other personal property.

6. I kept my property at USPV because, after finding the company through a Google search, I realized that its location was convenient for me.

7. I learned of the government's seizure of the USPV security deposit boxes on or about April 9 after reading the April 2, 2021 Los Angeles Times story on the seizure.

8. After learning of the government's seizure of the USPV security deposit boxes, I submitted a claim form to the FBI on or about May 18, 2021 through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form.

9. On May 27, 2021, I, along with other Plaintiffs, filed this class action lawsuit. At that point, it had been over two months since the FBI seized my property, and they had neither explained when they would return it or why they were continuing to hold it. We brought this lawsuit to require the government to behave in a constitutional manner towards both us and all other USPV box holders.

10. After launching this lawsuit, the FBI sent a letter to me on or about June 11, 2021 concerning the return of my property. Strangely, they sent the letter to a prior address, one that I had never provided to them, which left me feeling

disturbed and surveilled. My landlord for that previous address scanned and forwarded me a copy of the letter from FBI Special Agent Lynne Zellhart, which stated that the FBI was willing to return my property.

11. I went to the FBI headquarters on August 17, 2021, to retrieve my property. After I verified that my key worked in the safe deposit box door, agents brought out my property in evidence bags.

12. It is my understanding that the FBI videotaped its search of my box. I also understand the FBI retained copies of records and other documents, sometimes by holding up the document to the video camera so that its contents could be captured. I want the FBI to destroy all physical and digital records that they made in the course of searching my box, along with an attestation under oath to that effect.

13. The government's actions towards me and other USPV box holders have been deplorable. Even though I have my property back, I remain committed to bringing the government to account by vigorously representing the class in this action. I have no conflicts-of-interest with any other class members. My sole goal is to help the class secure a declaration and injunction requiring the government to behave constitutionally with respect to them and their property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24 day of August, 2021.

_____
Tyler Gothier