**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF MICHAEL STORC IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM IN SUPPORT**<br><br>(*Filed Concurrently with Plaintiffs' Notice of Motion for Class Certification; Memorandum in Support; Declarations in Support of Plaintiffs' Motion for Class Certification; and Proposed Order Granting Plaintiffs' Motion*)<br><br>Date: September 27, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Michael Storc, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Marina Del Rey, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at USPV.

4. My property was held in Box 4301. My wife and I hold the key to that box and would be able to produce that key upon request.

5. Our box held approximately $2,000 in cash, as well as approximately $20,000 worth of silver that we purchased as a retirement nest egg. In addition, our box also held copies of personal documents, such as receipts for purchases of silver.

6. We chose to keep our property at USPV because we were looking for a safe place to keep our silver. Our residence does not have room to install a safe, and, in any event, we thought it would be better and safer to keep our silver in a secure facility outside of our home.

7. Shortly my wife and I learned of the seizure of our property by the FBI, my wife submitted a claim through the FBI's online claim form, at https://forms.fbi.gov/u-s-private-vaults-claim-form. In doing so, she provided her contact information in order to seek the return of our seized property.

8. In response, the FBI sent my wife an email on April 19, 2021, stating that, "Within the next 30 to 60 days, someone from the FBI will contact you either to make arrangements to return your property, or to request additional information."

9. On May 21, 2021, the FBI sent me an administrative forfeiture notice seeking to forfeit the silver contained in my box. The government's forfeiture notice did not list my $2,000 in cash or my personal documents.

10. In response to the administrative forfeiture notice, I filed a claim to my property on June 9, 2021.

11. Later that same day, I, along with others, joined this class action lawsuit as a plaintiff. At that point, it had been over two-and-a-half months since the FBI seized my property, and they had neither explained to me when they would return it, why they were continuing to hold it, nor why they sought to forfeit it. I joined this lawsuit to require the government to behave in a constitutional manner towards both me and all other USPV box holders.

12. I understand that, as late as July 27, 2021, the government stated in a filing in this case that it had not yet decided whether to file a judicial forfeiture action against my property. Then, in a filing in this case on August 16, 2021, the government stated for the first time that it had decided not to file a judicial forfeiture action against my property. That August 16 filing was the first notice that I received that my property would be returned.

13. I understand that an FBI agent called my attorneys on August 19 in order to schedule the return of my property. The agent called after work hours on the East Coast, where my attorneys are located, and left a voicemail stating that he would call back to schedule the property return. It is my understanding that, as of today, the agent has not yet called back.

14. Today, the FBI continues to hold the contents of my safe deposit box.

15. It is my understanding that the FBI videotaped its search of my box. I also understand that the FBI retained copies of records and other documents, sometimes by holding up the document to the video camera so that its contents could be captured.

16. It is important to me that the government not keep information that it gathered during its search of my box. I feel that the government's possession of that information is an invasion of my privacy. I want the FBI to destroy all physical and

1 | digital records that they acquired in searching my box along with an attestation
2 | under oath to that effect.
3 |     17.    The government's actions towards me and other USPV box holders
4 | have been deplorable. Even after I have recovered my property, I will remain
5 | committed to bringing the government to account by vigorously representing the
6 | class in this action. I have no conflicts-of-interest with any other class members.
7 | My sole goal is to help the class secure a declaration and injunction requiring the
8 | government to behave constitutionally with respect to them and their property.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 24 day of August, 2021.

*/s/ Michael Storc*

Michael Storc