**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF TRAVIS MAY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM IN SUPPORT**<br><br>(*Filed Concurrently with Plaintiffs' Notice of Motion for Class Certification; Memorandum in Support; Declarations in Support of Plaintiffs' Motion for Class Certification; and Proposed Order Granting Plaintiffs' Motion*)<br><br>Date: September 27, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Travis May, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Los Angeles, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in a security deposit box at the USPV facility in Beverly Hills.

4. My property was held in Box 713. I held the key to that box and was able to produce that key upon request.

5. As of March 22, 2021, my security deposit box at USPV contained approximately $63,000 in cash, gold worth approximately $100,000, and documents in sealed envelopes.

6. I chose to keep my property at USPV as a rainy-day fund, that is, an alternative location to access valuables in case of emergencies.

7. I submitted a claim form to the FBI on or about June 8, 2021, through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form. In response, I received a form email that told me not to contact the FBI Field Office and did not say when my property would be returned.

8. I received a notice from the FBI dated May 20, 2021, informing me that the government was initiating administrative forfeiture proceedings for the cash I stored in my USPV box. The notice did not say why the government was seeking to forfeit my cash, nor did it inform me whether the government was initiating administrative forfeiture proceedings for my gold.

9. On June 9, 2021, I, along with others, joined this class action lawsuit as a plaintiff. At that point, it had been over two-and-a-half months since the FBI seized my property, and they had neither explained to me when they would return it, why they were continuing to hold it, nor why they sought to forfeit some of it. I

joined this lawsuit to require the government to behave in a constitutional manner towards both me and all other USPV box holders.

10. On about July 21, 2021, the government informed me in a letter dated July 20, 2021, that it would return my property. I received my gold and documents back on August 17, 2021, and the government wired funds corresponding to the seized cash into my attorneys' trust account as of August 20, 2021.

11. The sealed envelopes I placed in my box were returned to me opened. It is my understanding that the FBI videotaped its search of my box. I also understand that the FBI retained copies of records and other documents, sometimes by holding up the document to the video camera so that its contents could be captured.

12. I value my privacy. I want the FBI to destroy all physical and digital records that they acquired in searching my box along with an attestation under oath to that effect.

13. The government's actions towards me and other USPV box holders have been deplorable. Even though I have my property back, I remain committed to bringing the government to account by vigorously representing the class in this action. I have no conflicts-of-interest with any other class members. My sole goal is to help the class secure a declaration and injunction requiring the government to behave constitutionally with respect to them and their property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 25th day of August, 2021.

_____
Travis May