**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF ROBERT E. JOHNSON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND MEMORANDUM IN SUPPORT**<br><br>(*Filed Concurrently with Plaintiffs' Notice of Motion for Class Certification; Memorandum in Support; Declarations in Support of Plaintiffs' Motion for Class Certification; and Proposed Order Granting Plaintiffs' Motion*)<br><br>Date: September 27, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

DECLARATION OF ROBERT E. JOHNSON

I, Robert E. Johnson, submit the following declaration in support of Plaintiffs' Motion for Class Certification.

1. I am an active member of the State Bars of Ohio and Washington, D.C. and a senior attorney at the Institute for Justice. I am admitted *pro hac vice* in this proceeding, and I submit this declaration in support of Plaintiffs' Motion for Class Certification.

1. Attached as Exhibit A is a copy of a redacted excerpt of the government's application for a warrant to seize U.S. Private Vaults' property. This copy of the redacted excerpt of the warrant application was obtained via PACER from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.).

2. Attached as Exhibit B is a copy of the seizure warrant authorizing the seizure of U.S. Private Vaults' property. This copy of the warrant was obtained via PACER from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.).

3. Attached as Exhibit C is a copy of the [Redacted] Declaration of Benjamin N. Gluck in Support of First Amended Complaint in the related case of *In re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, No. 21-cv-3554, Dkt. 16 (C.D. Cal.). The copy of this declaration was obtained via PACER.

4. Attached as Exhibit D is a copy of the Declaration of Nicole R. Van Dyk in Support of First Amended Complaint in the related case of *In re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, No. 21-cv-3554, Dkt. 13-2 (C.D. Cal.). The copy of this declaration was obtained via PACER.

5. Attached as Exhibit E is a true and correct copy of Exhibit B to the Declaration of Nicole R. Van Dyk in Support of First Amended Complaint in the related case of *In re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, No. 21-cv-3554, Dkt. 13-4 (C.D. Cal.). The copy of this exhibit was obtained via PACER.

6. Attached as Exhibit F is a true and correct copy of the forfeiture notice that was posted to the website www.usprivatevaults.com. I downloaded this copy of the notice from the U.S. Private Vaults website on June 14, 2021.

7. Attached as Exhibit G is a true and correct copy of the forfeiture notice that was sent by the government to Jeni Verdon-Pearsons. This notice letter was provided to me by Ms. Verdon-Pearsons.

8. Attached as Exhibit H is a true and correct copy of the forfeiture notice that was sent by the government to Michael Storc. This notice letter was provided to me by Mr. Storc's wife, Ms. Verdon-Pearsons.

9. Attached as Exhibit I is a true and correct copy of the forfeiture notice that was sent by the government to Travis May. This notice letter was provided to me by Mr. May.

10. Attached as Exhibit J is a true and correct copy of the FBI's July 20, 2021 letter regarding the return of property seized from Travis May. I received a copy of this letter from the FBI via email on July 21, 2021.

11. Attached as Exhibit K is a true and correct copy of Defendants' Response to Plaintiffs' First Request for Admissions Related to Class Certification. Defendants agreed to accept discovery pertaining to class certification prior to the Rule 26(f) conference on July 20, 2021, and Plaintiffs served Defendants with these Requests for Admission on July 21, 2021. Defendants served their responses on August 20, 2021.

12. Attached as Exhibit L is a true and correct copy of Defendants' Response to Plaintiffs' First Request for Interrogatories Related to Class Certification. Defendants agreed to accept discovery pertaining to class certification prior to the Rule 26(f) conference on July 20, 2021, and Plaintiffs served Defendants with these Interrogatories on July 21, 2021. Defendants served their responses on August 20, 2021.

13.  Attached as <u>Exhibit M</u> is a true and correct copy of Defendants' Response to Plaintiffs' First Request for Document Production Related to Class Certification. Defendants agreed to accept discovery pertaining to class certification prior to the Rule 26(f) conference on July 20, 2021, and Plaintiffs served Defendants with these Requests for Production on July 21, 2021. Defendants served their responses on August 20, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of August, 2021.

*[signature]*

Robert E. Johnson

DECLARATION OF ROBERT E. JOHNSON