# Exhibit A

## to Declaration of Robert Johnson

1 ███████████████████████
2 ███████████████████████
3 ███████████████████████
4 ███████████████████████
5 ███████████████████████
6 ████████ ████████████████
7 ██████████████ ██████████
8 ███████████████████████
9 ███████████████████████
10 ████████████

11     T.   **NOTIFYING USPV CUSTOMERS HOW TO CLAIM THEIR PROPERTY**

12     108. The search and seizure warrants the government seeks list
13 the nests of safety deposit boxes at USPV among the items to be
14 seized. These nests of safety deposit boxes are evidence and
15 instrumentalities of USPV's criminality. The warrants authorize the
16 seizure of the nests of the boxes themselves, <u>not</u> their contents. By
17 seizing the nests of safety deposit boxes, the government will
18 necessarily end up with custody of what is inside those boxes
19 initially. Agents will follow their written inventory policies to
20 protect their agencies from claims of theft or damage to the contents
21 of the boxes, and to ensure that no hazardous items are unknowingly
22 stored in a dangerous manner. Agents will attempt to notify the
23 lawful owners of the property stored in the boxes how to claim their
24 property, such as by posting that information on the internet or at

25 ─────────────
26  39 ████████████████████████
27 ████████████████████████
28

USPV itself, or by contacting the owners directly. In order to notify the owners directly, agents will, in accordance with their policies regarding an unknown person's property, look for contact information or something which identifies the owner.[40]  (USPV recommends that box renters include their or their designees' telephone numbers on a note in the box in the event that USPV removes the contents for nonpayment of rental fees.)

U. 

---

[40] The FBI policy regarding taking custody of an unknown person's property provides, in part, that agents "inspect the property as necessary to identify the owner and preserve the property for safekeeping." The inspection "should extend no further than necessary to determine ownership."