# Exhibit E

## to Declaration of Robert Johnson

**Exhibit E**
**49**

# EXHIBIT B

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# Receipt for Property

Case ID: 272E-LA-▓▓▓▓▓▓▓▓▓▓

On (date): 04/21/2021

item (s) listed below were:
☐ Collected/Seized
☐ Received From
☑ Returned To
☐ Released To

(Name) Linda █. R█████

(Street Address) ▓▓▓▓▓▓▓▓▓▓

(City) ▓▓▓▓▓▓▓▓▓▓

Description of Item (s): 1. Misc. coins

2. Misc. coins

3. Misc. coins

4. Misc. coins

5. Misc. coins

6. Misc. coins

7. Misc. coins

8. Misc. coins

9. Misc. documents

10. Misc. packaging materials

11. Misc. packaging materials

☆ claim of 2 20-coin tubes of 1oz $50 gold american eagle coins
red tops
4/21/21 1:52 pm

Received By: ▓▓▓▓▓▓▓▓▓▓ (Signature)

Received From: ▓▓▓▓▓▓▓▓▓▓ (Signature)

Printed Name/Title: ▓▓▓▓▓▓▓▓▓▓

Printed Name/Title: Cody Bescript / FBI

**Exhibit E**
**51**