# Exhibit J

## to Declaration of Robert Johnson



**U.S. Department of Justice**

Federal Bureau of Investigation
Suite 1700, FOB
11000 Wilshire Boulevard
Los Angeles, California  90024-3672

In Reply, Please Refer to
File No. 272E-LA-3123472-FF_713_C & V

July 20, 2021

Mr. Travis May
c/o Robert E. Johnson, Esq.
16781 Chagrin Blvd., Ste. 256
Shaker Heights, OH 44120

RE:   Seizure of $63,260.00 in U.S.
      Currency
      Seizure Number:   3410-21-F-272;
      Asset ID Number: 21-FBI-003006
      20 Misc. Coins & 1 gold colored bar
      Seizure Number:  3410-21-F-654
      Asset ID Number: 21-FBI-003388
      Party ID Number:  **2144328**

Dear Mr. Johnson:

    This is to inform you that the U.S. Attorney's Office will not proceed with a judicial civil forfeiture against the above seized property and will be returned to you as the legal authorized representative of Travis May.

    It is now the policy to release the above property through the U.S. Treasure Department. They require the Social Security or Tax ID number and the banking information in order to process this request for funds.

    In order to expedite payment, you must complete and submit a UFMS Vendor Request Form which can be found on the U.S. Marshals Service website at https://www.usmarshals.gov/foia/Forms/UFMS-Vendor-Request.pdf. From there click on the form titled "Vendor Request Form." The second page contains specific instructions that will assist you with completing the form. You must include your Party ID Number, as listed in the caption above, in Box 24 (NCIC/TPID Code).

**Exhibit J**

**86**

Please electronically compete the UFMS Vendor Request Form and e-mail it to the U.S. Marshals Service within 30 days at AFD.ACHForms@usdoj.gov. Questions regarding this form should be directed to the U.S. Marshals Service, Financial Operations Unit at (703) 740-9326 or AFD.ACHForms@usdoj.gov. You may also contact PS Judy Scott at (714) 939-3254 for any questions regarding this process.

Sincerely,

Kristi K. Johnson
Assistant Director in Charge

By:
Jessie T. Murray
Supervisory Special Agent

**Exhibit J**
**87**