# Exhibit K

## to Declaration of Robert Johnson

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | No. 2:21-CV-4405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS RELATED TO CLASS CERTIFICATION** |

    Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendants United States of America, Tracy L. Wilkison, in her official capacity as Acting United States Attorney for the Central District of California, and Kristi Koons Johnson, in her official capacity as an Assistant Director of the Federal Bureau of Investigation

**Exhibit K**
**89**

(collectively, "Defendants"), by their attorneys, submit their response to the Plaintiffs' First Request for Admissions Related to Class Certification propounded on Defendants.

**REQUEST FOR ADMISSION NO. 1:**

Admit that the federal government has in its possession an inventory reflecting the contents of all of the safe deposit boxes held at U.S. Private Vaults at the time of the March 2021 seizure.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct related criminal investigations or the prosecution of related criminal cases. Defendants further object the term "inventory" is vague and ambiguous. Defendants object to the Request as vague and ambiguous with respect to whether it addresses a single inventory or multiple inventories.

Subject to the foregoing objections, the government responds as follows:

Deny.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the federal government has in its possession one or more videotapes showing the search of the contents of the U.S. Private Vaults safe deposit boxes and that these videotape(s) depict the contents of the boxes.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct related criminal investigations or the prosecution of related criminal cases. Defendants further object to the extent that this Request seeks information protected by the attorney-client privilege or work product doctrine. Defendants object to the terms "search" and "contents" as vague and ambiguous.

Subject to the foregoing objections, the government responds as follows:

Admit.

1 **REQUEST FOR ADMISSION NO. 3:**

2 Admit that, in the course of producing the videotape(s) referenced in the foregoing Request for Admission, government agents held documents contained in the boxes up to the camera, with the result that the contents of those documents are captured in the videotape.

6 **RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

7 Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct related criminal investigations or the prosecution of related criminal cases. Defendants further object to the extent that this Request seeks information protected by the attorney-client privilege or work product doctrine. Defendants object to the terms "in the course of producing" and "contents" as vague and ambiguous, and object to this request as vague and ambiguous because it is not targeted to specific videos. Defendants object to the Request as compound.

Subject to the foregoing objections, the government responds as follows:

Admit with respect to one or more of the videotapes, consistent with the terms of the search warrant.

Dated: August 20, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

    /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.