# Exhibit L

## to Declaration of Robert Johnson

Exhibit L
92

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
          Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | No. 2:21-CV-04405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR INTERROGATORIES RELATED TO CLASS CERTIFICATION** |

    Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants United States of America, Tracy L. Wilkison, in her official capacity as Acting United States Attorney for the Central District of California, and Kristi Koons Johnson, in her official capacity as an Assistant Director of the Federal Bureau of Investigation (collectively.

**Exhibit L**

93

1  "Defendants"), by their attorneys, submit their responses to the Plaintiffs' First Request
2  for Interrogatories Related to Class Certification propounded on Defendants.
3  **INTERROGATORY NO. 1:**
4      State the total number of U.S. Private Vaults boxes that contained property seized
5  by the FBI during the March 2021 raid. Of that total, state the number of boxes:
6          a.    Whose contents have been returned to their owners as of the
7              date of the discovery response;
8          b.    Whose contents are still in the possession of the FBI as of the date of
9              the discovery response.
10 **RESPONSE TO INTERROGATORY NO. 1:**
11     Defendants object to this Request on the ground that proceeding with civil
12 discovery in this case will adversely affect the ability of the government to conduct a
13 related criminal investigation or the prosecution of a related criminal case. Defendants
14 further object to the extent this Request (1) seeks information protected by the
15 attorney-client privilege or work product doctrine; and (2) seeks information protected
16 by the law enforcement evidentiary privilege or the investigatory file privilege.
17 Defendants also object to this Request as not narrowly tailored to class certification or
18 the proposed class definitions. Defendants object to the term "raid" as vague and
19 ambiguous. Defendants object to this Interrogatory as compound.
20     Subject to the foregoing objections, the government responds as follows:
21     The government has provided information within the scope of permitted discovery
22 in response to Interrogatories 4 and 5.
23 **INTERROGATORY NO. 2:**
24     State the total number of individuals who have identified themselves to the FBI
25 following the March 2021 raid at U.S. Private Vaults as having an interest in property
26 seized from the safe deposit boxes at U.S. Private Vaults, including by submitting a
27 claim to the FBI as described in Interrogatory #3, submitting a forfeiture claim to the
28

Exhibit L
94

FBI as described in Interrogatory #4, or submitting a petition for remission or mitigation to the FBI as described in Interrogatory #5. Of that total, state the number of individuals:

    a.    Who have had seized property returned to them as of the date of the discovery response;

    b.    Who have not had seized property returned to them as of the date of the discovery response.

    c.    Whom Defendants have determined do not have any interest in property seized from any safe deposit box at U.S. Private Vaults.

When providing these totals, separately provide the numbers of individuals who have proceeded in their own names or anonymously through counsel. If any of these individuals raised a property interest other than an ownership interest, please state that fact and break those individuals out separately as well.

**RESPONSE TO INTERROGATORY NO. 2:**

Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal case. Defendants further object to the extent this Request (1) seeks information protected by the attorney-client privilege or work product doctrine; and (2) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege. Defendants also object to this Request as not narrowly tailored to class certification or the proposed class definitions. Defendants object to the term "raid" as vague and ambiguous. Defendants object to this term as compound and duplicative.

Subject to the foregoing objections, the government responds as follows:

The government has provided information within the scope of permitted discovery in response to Interrogatories 4 and 5.

**INTERROGATORY NO. 3:**

State the number of individuals who have submitted claims to the FBI through the claim form posted on the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-

Exhibit L
95

form and https://forms.fbi.gov/uspvclaims. Then, of that total, state the number of individuals:

    a. Who (i) have not had their property listed in a forfeiture notice and (ii) have had their property returned as of the date of the discovery response;

    b. Who (i) have not had their property listed in a forfeiture notice and (ii) have not had their property returned as of the date of the discovery response;

    c. Who (i) have had their property listed in a forfeiture notice and (ii) have had their property returned as of the date of the discovery response;

    d. Who (i) have had their property listed in a forfeiture notice and (ii) have not had their property returned as of the date of the discovery response.

When providing these totals, separately provide the numbers of individuals who filed claims in their own names or anonymously through counsel. If any of these individuals raised a property interest other than an ownership interest, please state that fact and break those individuals out separately as well.

**RESPONSE TO INTERROGATORY NO. 3:**

    Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal case.  Defendants further object to the extent this Request (1) seeks information protected by the attorney-client privilege or work product doctrine; and (2) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege. Defendants also object to this Request as not narrowly tailored to class certification or the proposed class definitions.  Defendants object to this term as compound and duplicative.

**Exhibit L**
96

1    Subject to the foregoing objections, the government responds as follows:

2    The government has provided information within the scope of permitted discovery
3 in response to Interrogatories 4 and 5.

4 **INTERROGATORY NO. 4:**

5    State the number of individuals who have submitted forfeiture claims to property
6 seized from U.S. Private Vaults during the March 2021 raid, either by submitting a claim
7 through the www.forfeiture.gov website or by mailing a claim to the address identified
8 on the forfeiture notice letters. Of that total, state the number of individuals:

9    a.  Who have had their claimed property returned as of the date of the
10       discovery response;
11   b.  Who have had their claimed property named in a judicial civil
12       forfeiture complaint as of the date of the discovery response;
13   c.  Who have neither had their claimed property returned nor had their
14       claimed property named in a judicial civil forfeiture complaint as of
15       the date of the discovery response.

16 When providing these totals, separately provide the numbers of individuals who filed
17 claims in their own names or anonymously through counsel. If any of these individuals
18 raised a property interest other than an ownership interest, please state that fact and break
19 those individuals out separately as well.

20 **RESPONSE TO INTERROGATORY NO. 4:**

21    Defendants object to this Request on the ground that proceeding with civil
22 discovery in this case will adversely affect the ability of the government to conduct a
23 related criminal investigation or the prosecution of a related criminal case.  Defendants
24 further object to the extent this Request (1) seeks information protected by the
25 attorney-client privilege or work product doctrine; and (2) seeks information protected
26 by the law enforcement evidentiary privilege or the investigatory file privilege.
27 Defendants also object to this Request as not narrowly tailored to class certification or
28 the proposed class definitions.  Defendants object to this term as compound and

Exhibit L
97

duplicative. Defendants object to the term "raid" as vague and ambiguous.

Subject to the foregoing objections, the government responds as follows:

As of the date of this response, the information regarding the number of individuals who have submitted a claim or petition through the www.forfeiture.gov website or by mailing a claim to the addresses identified on a forfeiture notice letter is the following. The information is by box. About 245 boxes have only a claim filed; six have only a petition filed; and 38 have both a claim and petition filed. As to the 245 boxes with only a claim filed, 18 are marked for return and about nine have been returned, but these numbers change daily as the deadlines for the government to file a judicial civil forfeiture action approach. As to the cases for which only petitions have been filed, two have been returned. In addition, as to boxes for which both a claim and petition are filed (meaning that the claim takes precedence and requires the filing of a judicial forfeiture action), five are marked for return and six more have been returned.

No box has been named in a judicial civil forfeiture complaint yet, as the filing deadlines for these proceedings range from late August to mid-October.

**INTERROGATORY NO. 5:**

State the number of individuals who have submitted petitions for remission or mitigation as to property seized from U.S. Private Vaults during the March 2021 raid, either by submitting a petition through the www.forfeiture.gov website or by mailing a petition to the address identified on the forfeiture notice letters. Of that total, state the number of individuals:

    a.    Who have had their property returned in whole as of the date of the discovery response;

    b.    Who have had their property returned in part as of the date of the discovery response;

    c.    Whose property has been declared forfeit in whole by the federal government as of the date of the discovery response;

Exhibit L
98

|   |   |
|---|---|
| 1 |       d.      Who have not yet received a decision on their petition for remission |
| 2 |                or mitigation. |

When providing these totals, separately provide the numbers of individuals who filed petitions in their own names or anonymously through counsel. If any of these individuals raised a property interest other than an ownership interest, please state that fact and break those individuals out separately as well.

**RESPONSE TO INTERROGATORY NO. 5:**

Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal case. Defendants further object to the extent this Request (1) seeks information protected by the attorney-client privilege or work product doctrine; and (2) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege. Defendants also object to this Request as not narrowly tailored to class certification or the proposed class definitions. Defendants object to this term as compound and duplicative. Defendants object to the term "raid" as vague and ambiguous.

Subject to the foregoing objections, the government responds as follows:

As of the date of this response, the information regarding the number of individuals who have submitted a claim or petition through the www.forfeiture.gov website or by mailing a claim to the addresses identified on a forfeiture notice letter is the following. The information is by box. About 245 boxes have only a claim filed; six have only a petition filed; and 38 have both a claim and petition filed. As to the 245 boxes with only a claim filed, 18 are marked for return and about nine have been returned, but these numbers change daily as the deadlines for the government to file a judicial civil forfeiture action approach. As to the cases for which only petitions have been filed, two have been returned. In addition, as to boxes for which both a claim and petition are filed (meaning that the claim takes precedence and requires the filing of a judicial forfeiture action), five are marked for return and six more have been returned.

Exhibit L
99

1  No box has been named in a judicial civil forfeiture complaint yet, as the filing
2  deadlines for these proceedings range from late August to mid-October.

3  **INTERROGATORY NO. 6:**

4  Describe the procedures followed by the federal government to inventory the
5  contents of all of the safe deposit boxes held at U.S. Private Vaults at the time of the
6  March 2021 seizure, including the production of any video recording or other visual
7  record of the contents of the U.S. Private Vaults safe deposit boxes. Further describe
8  what types of video recordings or other visual records agents made of the contents of
9  documents contained within the U.S. Private Vaults safe deposit boxes.

10  **RESPONSE TO INTERROGATORY NO. 6:**

11  Defendants object to this Request on the ground that proceeding with civil
12  discovery in this case will adversely affect the ability of the government to conduct a
13  related criminal investigation or the prosecution of a related criminal case. Defendants
14  further object to the extent this Request (1) seeks information protected by the
15  attorney-client privilege or work product doctrine; and (2) seeks information protected
16  by the law enforcement evidentiary privilege or the investigatory file privilege.
17  Defendants also object to this Request as not narrowly tailored to class certification or
18  the proposed class definitions. Defendants object to the term "raid" as vague and
19  ambiguous. Defendants object to this term as compound and duplicative.

20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

Exhibit L
100

Subject to the foregoing objections, the government responds as follows:

The government has provided information within the scope of the permitted discovery in response to Interrogatories 4 and 5.

Dated: August 20, 2021  Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

           /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

Exhibit L
101

**VERIFICATION**

I, Lynne K. Zellhart, hereby declare that:

I am a Special Agent with the Federal Bureau of Investigation. I have read the above DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR INTERROGATORIES RELATED TO CLASS CERTIFICATION. As to the answers, the information contained in the responses are either known to me personally, was furnished by official government sources, or was obtained pursuant to subpoena. As a result, I am informed and believe that the answers are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2021 in Los Angeles, California.

*Lynne Zellhart*
LYNNE K. ZELLHART

Exhibit L
102