# Exhibit M

## to Declaration of Robert Johnson

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
          Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>      Defendants. | No. 2:21-CV-04405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S RESPONSE TO PLAINTIFFS' FIRST REQUEST FOR DOCUMENT PRODUCTION RELATED TO CLASS CERTIFICATION** |

      Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants United States of America, Tracy L. Wilkison, in her official capacity as Acting United States Attorney for the Central District of California, and Kristi Koons Johnson, in her official capacity as an Assistant Director of the Federal Bureau of Investigation

**Exhibit M**

**104**

(collectively. "Defendants"), by their attorneys, submit their responses to the Plaintiffs' First Request for Document Production Related to Class Certification propounded on Defendants.

**REQUEST FOR PRODUCTION NO. 1:**

All forfeiture notices sent with respect to property seized from U.S. Private Vaults safe deposit boxes during the FBI's March 2021 raid.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal case. Defendants further object to the extent this Request (1) seeks information protected by the attorney-client privilege or work product doctrine; and (2) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege. Defendants also object to the Request as vague with respect to the "FBI's March 2021 raid." Defendants object to this Request as overbroad and unduly burdensome and not narrowly tailored to class certification. Defendants also object to this Request as seeking personally identifiable information without a protective order.

Subject to the foregoing objections, the government responds as follows:

The government will produce the forfeiture notice sent to USPV and the forfeiture notices sent to the named plaintiffs.

**REQUEST FOR PRODUCTION NO. 2:**

All claims that have been submitted to the FBI through the claim form posted on the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form and https://forms.fbi.gov/uspvclaims.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal case. Defendants

Exhibit M
105

further object to the extent this Request (1) seeks information protected by the attorney-client privilege or work product doctrine; and (2) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege. Defendants also object to this Request as overbroad and unduly burdensome and not narrowly tailored to class certification. Defendants also object to this Request as seeking personally identifiable information without a protective order.

Subject to the foregoing objections, the government responds as follows:

Defendants will not produce documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 3:**

All forfeiture claims for property seized from U.S. Private Vaults safe deposit boxes that have been submitted to the FBI either through the www.forfeiture.gov website or by mailing a claim to the address identified on the forfeiture notice letters.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

Defendants object to this Request on the ground that proceeding with civil discovery in this case will adversely affect the ability of the government to conduct a related criminal investigation or the prosecution of a related criminal case. Defendants further object to the extent this Request (1) seeks information protected by the attorney-client privilege or work product doctrine; and (2) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege. Defendants also object to this Request as overbroad and unduly burdensome and not narrowly tailored to class certification. Defendants also object to this Request as seeking personally identifiable information without a protective order.

Subject to the foregoing objections, the government responds as follows:

Defendants will produce the forfeiture claims submitted to the FBI by the named plaintiffs.

**REQUEST FOR PRODUCTION NO. 4:**

All petitions for remission or mitigation relating to property seized from U.S. Private Vaults safe deposit boxes that have been submitted to the FBI either through the

1  www.forfeiture.gov website or by mailing a petition to the address identified on the
2  forfeiture notice letters.
3  **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**
4  　　　Defendants object to this Request on the ground that proceeding with civil
5  discovery in this case will adversely affect the ability of the government to conduct a
6  related criminal investigation or the prosecution of a related criminal case. Defendants
7  further object to the extent this Request (1) seeks information protected by the
8  attorney-client privilege or work product doctrine; and (2) seeks information protected
9  by the law enforcement evidentiary privilege or the investigatory file privilege.
10 Defendants also object to this Request as overbroad and unduly burdensome and not
11 narrowly tailored to class certification. Defendants also object to this Request as seeking
12 personally identifiable information without a protective order.
13 　　　Subject to the foregoing objections, the government responds as follows:
14 　　　Defendants will produce any petitions for remission or mitigation submitted to the
15 FBI by the named plaintiffs.
16 **REQUEST FOR PRODUCTION NO. 5:**
17 　　　All documents provided to law enforcement officers in order to communicate the
18 procedures to be followed when conducting the March 2021 search of the contents of the
19 U.S. Private Vaults safe deposit boxes.
20 **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**
21 　　　Defendants object to this Request on the ground that proceeding with civil
22 discovery in this case will adversely affect the ability of the government to conduct a
23 related criminal investigation or the prosecution of a related criminal case. Defendants
24 further object to the extent this Request (1) seeks information protected by the
25 attorney-client privilege or work product doctrine; and (2) seeks information protected
26 by the law enforcement evidentiary privilege or the investigatory file privilege.
27 Defendants also object to this Request as overbroad and unduly burdensome and not
28 narrowly tailored to class certification.

Subject to the foregoing objections, the government responds as follows:

Defendants will not produce documents in response to this Request.

Dated: August 20, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

          /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.