**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>(*Filed Concurrently with Plaintiffs' Notice of Motion for Class Certification; Memorandum in Support; and Declarations in Support of Plaintiffs' Motion for Class Certification*)<br><br>Date: September 27, 2021<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Trial Date: TBD<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

On consideration of Plaintiffs' Motion for Class Certification, the related responsive documents filed in support and opposition, and the hearing on September 27, 2021,

The Court hereby ORDERS that Plaintiffs' Motion is GRANTED. The Court finds that Plaintiffs have satisfied the requirements of Federal Rule of Civil Procedure 23(a), and that this case may proceed pursuant to Rule 23(b)(2) because the government "has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole."

The Court therefore certifies the following class of persons pursuant to Federal Rule of Civil Procedure 23(b)(2): "All renters of U.S. Private Vaults safe deposit boxes who (a) had property within their safe-deposit box seized by the federal government on or around March 22, 2021; and (b) have identified themselves to the FBI since the seizure." The Court certifies the class with respect to the claims in Count I of Plaintiffs' First Amended Complaint and furthermore appoints Plaintiffs Paul Snitko, Jennifer Snitko, Tyler Gothier, Jeni Verdon-Pearsons, Michael Storc, Travis May, and Joseph Ruiz as representatives for the class.

The Court simultaneously certifies two Rule 23(b)(2) subclasses: The first, entitled the "No-Notice Subclass," shall be defined as "All renters of U.S. Private Vaults safe deposit boxes who (a) had property within their safe-deposit box seized by the federal government on or around March 22, 2021; (b) have identified themselves to the FBI since the seizure; (c) have not been notified that their safe deposit boxes are the subject of a currently ongoing administrative or judicial forfeiture proceeding; and (d) whose property is still in the possession of the federal government." The Court certifies the No-Notice Subclass with respect to the claims in Counts II, IV, and VI of Plaintiffs' First Amended Complaint and furthermore appoints Plaintiffs Paul Snitko, Jennifer Snitko, Tyler Gothier, and Joseph Ruiz as representatives for the No-Notice Subclass.

The second, entitled the "Forfeiture Subclass," shall be defined as "All renters of U.S. Private Vaults safe deposit boxes who (a) had property within their safe-deposit box seized by the federal government on or around March 22, 2021; (b) have identified themselves to the FBI since the seizure; (c) whose property is now the subject of a purported administrative forfeiture proceeding; and (d) whose property is still in the possession of the federal government." The Court certifies the Forfeiture Subclass with respect to the claims in Counts III, V, and VI of Plaintiffs' First Amended Complaint and furthermore appoints Plaintiffs Jeni Verdon-Pearsons, Michael Storc, Travis May, and Joseph Ruiz as representatives for the Forfeiture Subclass.

The Court furthermore appoints Plaintiffs' Counsel—Robert Frommer and Robert Johnson, of the Institute for Justice, and Nilay Vora and Jeffrey Atteberry, of the Vora Law Firm, P.C.—as Class Counsel upon a finding that they satisfy the criteria identified in Federal Rule of Civil Procedure 23(g).

Dated this _____ day of _____, 2021.

_____
The Honorable R. Gary Klausner
United States District Judge