```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
     1100/1400/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0102/2569/1785
     Facsimile: (213) 894-6269/0142/0141
     E-mail: Andrew.Brown@usdoj.gov
             Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 2:21-cv-4405-RGK-MAR<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FROM SEPTEMBER 27, 2021 TO OCTOBER 25, 2021 AND TO SET A BRIEFING SCHEDULE** |

Plaintiffs Paul Snitko, Jennifer Snitko, Joseph Ruiz, Tyler Gothier, Jeni Verdon-Pearsons, Michael Storc, and Travis May ("plaintiffs"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their

official capacity only (collectively, the "government"), on the other hand, hereby stipulate and agree, by their respective counsel, as follows:

Plaintiffs filed a motion for class certification on August 26, 2021, with a hearing date noticed for September 27, 2021 (docket no. 71).  Under the local rules, the current deadline for the government to oppose the motion for class certification is September 6, 2021. During the meet and confer held prior to the filing of the motion for class certification, the parties agreed that a briefing schedule other than that contemplated by the local rules should be set.

Accordingly, the parties respectfully request the Court continue the hearing on the motion for class certification from September 27, 2021, at 9:00 a.m. to October 25, 2021, at 9:00 a.m.  Moreover, the parties respectfully request that the Court set the following briefing schedule: The government shall file its response

//
//
//
//
//
//
//
//
//
//
//
//
//

to the motion for class certification by October 4, 2021; and Plaintiffs shall file any reply in support of their motion for class certification by October 18, 2021.

Dated: September 1, 2021         Respectfully submitted,

                                              TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

                                              /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS JOHNSON IN THEIR OFFICIAL CAPACITY ONLY

Dated: September 1, 2021

                                              /s/ (per email authorization)

Robert Frommer*
The Institute for Justice
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320
Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.

THE VORA LAW FIRM, P.C.
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

Attorneys for Plaintiffs