TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
          Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-4405-RGK-MAR<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FROM SEPTEMBER 27, 2021 TO OCTOBER 25, 2021 AND SETTING A BRIEFING SCHEDULE** |

    Pursuant to the stipulation between plaintiffs Paul Snitko, Jennifer Snitko, Joseph Ruiz, Tyler Gothier, Jeni Verdon-Pearsons, Michael Storc, and Travis May ("plaintiffs"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi

Koons Johnson in their official capacity only (collectively, the "government"), on the other hand, and good cause appearing therefor, IT IS HEREBY ORDERED that:

The hearing on the motion for class certification is continued from September 27, 2021, at 9:00 a.m. to October 25, 2021, at 9:00 a.m. The government shall file its response to the motion for class certification by October 4, 2021. Plaintiffs shall file any reply in support of their motion for class certification by October 18, 2021.

IT IS SO ORDERED.

_____  _____
DATE                          THE HONORABLE R. GARY KLAUSNER
                              UNITED STATES DISTRICT JUDGE

Presented By:

_____/s/_____
MAXWELL COLL
Assistant United States Attorney

2