**DENIED BY ORDER OF THE COURT**

*[signature: Jay Klausner]*

9/2/2021

```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    ANDREW BROWN (Cal. Bar No. 172009)
 4  VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
 5  Assistant United States Attorneys
    Major Frauds/Asset Forfeiture/
 6  General Crimes Sections
         1100/1400/1200 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-0102/2569/1785
         Facsimile: (213) 894-6269/0142/0141
 9       E-mail: Andrew.Brown@usdoj.gov
                 Victor.Rodgers@usdoj.gov
10               Maxwell.Coll@usdoj.gov

11  Attorneys for Defendants
    UNITED STATES OF AMERICA and
12  TRACY L. WILKISON AND KRISTI KOONS JOHNSON
    IN THEIR OFFICIAL CAPACITY ONLY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 2:21-cv-4405-RGK-MAR<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FROM SEPTEMBER 27, 2021 TO OCTOBER 25, 2021 AND SETTING A BRIEFING SCHEDULE** |

Pursuant to the stipulation between plaintiffs Paul Snitko, Jennifer Snitko, Joseph Ruiz, Tyler Gothier, Jeni Verdon-Pearsons, Michael Storc, and Travis May ("plaintiffs"), on the one hand, and defendants United States of America and Tracy L. Wilkison and Kristi

Koons Johnson in their official capacity only (collectively, the "government"), on the other hand, and good cause appearing therefor, IT IS HEREBY ORDERED that:

The hearing on the motion for class certification is continued from September 27, 2021, at 9:00 a.m. to October 25, 2021, at 9:00 a.m.  The government shall file its response to the motion for class certification by October 4, 2021.  Plaintiffs shall file any reply in support of their motion for class certification by October 18, 2021.

IT IS SO ORDERED.

**xxxxxxxxxxxxxxxxx**                                   **DENIED**
DATE                                                    THE HONORABLE R. GARY KLAUSNER
                                                        UNITED STATES DISTRICT JUDGE

Presented By:

_____/s/_____
MAXWELL COLL
Assistant United States Attorney

2