UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-04405-RGK-MARx | Date | November 8, 2021 |
|---|---|---|---|
| Title | Paul Snitko et al v. United States of America, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Joseph Remigio | Sheri Kleeger | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert Frommer | Victor Rodgers |

**Proceedings:**     **SCHEDULING CONFERENCE**

Case called. Court and counsel confer. The Scheduling Conference is held and the Court sets the following dates:

| | |
|---|---|
| Court Trial: | July 26, 2022 at 9:00 a.m. |
| Opening Brief: | June 21, 2022 |
| Opposition Brief: | July 12, 2022 |
| Reply Brief: | July 19, 2022 |

The parties shall advise the Court should any further dates need to be set.

**IT IS SO ORDERED.**

                                                                                        :     02

                                                    Initials of Preparer    jre