**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES AND ENTER PROTECTIVE ORDER**<br><br>(*Filed Concurrently with Parties' Rule 37-2 Joint Stipulation; Declarations of Robert Frommer, Victor A. Rodgers, and Madison MacDonald; Proposed Protective Order; and Proposed Order*)<br><br>DISCOVERY MATTER<br><br>Date: March 30, 2022<br>Time: 10:00 A.M.<br>Courtroom: 790<br>Judge: Hon. Margo A. Rocconi<br>Discovery cutoff date: TBD<br>Pre-Trial Conference Date: TBD<br>Trial Date: July 26, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

PLAINTIFFS' NOTICE OF MOTION TO COMPEL

**PLEASE TAKE NOTICE** that on March 30, 2022, at 10:00 A.M., or as soon thereafter as this matter may be heard, before the Honorable Margo A. Rocconi, United States Magistrate Judge for the Central District of California, Western Division, located at 255 E. Temple St., Los Angeles, CA, 90012, in Courtroom 790, Plaintiffs Paul Snitko, Jennifer Snitko, Tyler Gothier, Joseph Ruiz, Jeni Verdon-Pearsons, Michael Storc, and Travis May (collectively "Plaintiffs") will, and hereby do, move for an order (1) entering Plaintiffs' proposed Protective Order Governing the Exchange of Confidential Information and (2) compelling Defendants the United States of America, Tracy L. Wilkison (in her official capacity as Acting United States Attorney for the Central District of California), and Kristi Koons Johnson (in her official capacity as an Assistant Director of the Federal Bureau of Investigation) (collectively "Defendants" or the "government") to respond to Plaintiffs' pending discovery requests within three days of entry of the protective order.

First, entry of Plaintiffs' proposed protective order is appropriate because it would permit Plaintiffs to share inventory records produced by the government about a class member's box with that specific class member. The government insists instead that Plaintiffs must first notify the government about which class members Plaintiffs are talking to about the inventories, revealing to the government the progress of Plaintiffs' factual investigation and which boxes that investigation is focusing on. That restriction would violate basic tenets of attorney work-product protection. *See* Fed. R. Civ. P. 26(b)(3)(B). The government also wants to bar class members from using any inventory information they receive to assert claims against the government for lost, misplaced, or stolen property. But that restriction would violate Ninth Circuit guidance that discovery materials should be available to parties engaged in collateral litigation, and the more general principle that protective orders are not intended to shield the government from claims or embarrassment. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003); *Glenmede Tr. Co. v. Thompson*, 56 F.3d 476, 485 (3d Cir. 1995).

1    Second, ordering Defendants to respond to Plaintiffs' pending discovery requests within three days of the Court's entry of the protective order is appropriate considering the imminent case deadlines. As of today, Defendants have provided virtually nothing in response to Plaintiffs' discovery requests—more than four months after Plaintiffs served them, with just over two months left to complete discovery, and with only six to seven weeks remaining for discovery by the time of the Court's hearing on this motion. Defendants initially delayed responding to Plaintiffs' November 6 discovery requests because of the holidays and expected vacations by government employees, explaining that they could not even formulate objections until they had all the responsive documents and information at hand. Defendants now refuse to respond to most discovery until a protective order is entered. But they unreasonably delayed raising the request for a protective order until the last moment and have further indicated that it will take additional weeks to respond to Plaintiffs' discovery requests even after entry of the protective order. Defendants should not be permitted to prejudice Plaintiffs' and the class's ability to conduct discovery necessary for their claims by further delaying their responses.

This motion is made following the conference of counsel pursuant to Local Rule 37-1 on January 24 and February 10, 2022.

Plaintiffs' motion is based on the accompanying Local Rule 37-2 Joint Stipulation regarding Plaintiff's Motion to Compel Discovery Responses and Enter Protective Order; Declaration of Robert Frommer dated March 8, 2022, and accompanying exhibits; other pleadings and papers on file with the Court; and any further briefing and arguments of counsel. The government's portion of the Joint Stipulation is supported by the Declaration of Victor A. Rodgers dated March 7, 2022, and accompanying exhibits; the Declaration of Madison MacDonald dated March 7, 2022, and accompanying exhibits; and other pleadings and papers on file with the Court.

Dated: March 9, 2022

Respectfully Submitted,

/s/ Robert Frommer

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.

^Motion for pro hac vice pending.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*