**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF ROBERT FROMMER IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND ENTER PROTECTIVE ORDER**<br><br>(*Filed Concurrently with Plaintiffs' Notice of Motion to Compel; Parties' Rule 37-2 Joint Stipulation; Declarations of Victor A. Rodgers and Madison MacDonald; Proposed Protective Order; and Proposed Order*)<br><br>DISCOVERY MATTER<br><br>Date: March 30, 2022<br>Time: 10:00 A.M.<br>Courtroom: 790<br>Judge: Hon. Margo A. Rocconi<br>Discovery cutoff date: TBD<br>Pre-Trial Conference Date: TBD<br>Trial Date: July 26, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

DECLARATION OF ROBERT FROMMER

I, Robert Frommer, submit the following declaration in support of Plaintiffs' Motion to Compel Discovery Responses and Enter Protective Order.

1. I am an active member of the State Bar of Virginia and a senior attorney at the Institute for Justice. I am admitted *pro hac vice* in this proceeding, and I submit this declaration in support of Plaintiffs' Motion to Compel Discovery Responses and Enter Protective Order.

2. On November 5, 2021, I served, by email and first-class mail, Plaintiffs' Second Set of Interrogatories and Second Set of Requests for Production on Victor Rodgers, counsel for Defendants the United States of America, Tracy L. Wilkison (in her official capacity as Acting United States Attorney for the Central District of California), and Kristi Koons Johnson (in her official capacity as an Assistant Director of the Federal Bureau of Investigation) (collectively, the "government). Plaintiffs had previously served limited discovery related solely to class certification, but these were the first requests addressed to the merits of Plaintiffs' claims.

3. On November 8, 2021, I attended in-person the Court's scheduling conference in this matter. After the conference, I personally told counsel for the government about the need for the parties to work expeditiously on discovery given the short timeframe the Court established for discovery.

4. Attached as Exhibit A is a copy of the Minutes of the Scheduling Conference (D.E. 83) establishing the initial case schedule. This copy of the warrant was obtained via PACER from the docket in this case.

5. On November 29, 2022, the government requested an extension of time to respond to Plaintiffs' second set of discovery requests. Attached as Exhibit B is a copy of my email correspondence with counsel for the government about that request.

6. On the morning of January 10, 2022, I emailed the government about the email courtesy copies it had agreed to provide for the discovery responses due

1  on January 7, 2022. That evening, I received by email the government's responses
2  to Plaintiff's second set of discovery requests that Plaintiffs served on November 5,
3  2021.
4      7.    Attached as <u>Exhibit C</u> is a copy of the government's responses to
5  Plaintiffs' Second Set of Interrogatories.
6      8.    Attached as <u>Exhibit D</u> is a copy of the government's responses to
7  Plaintiff's Second Set of Requests for Production.
8      9.    Attached as <u>Exhibit E</u> is a copy of the letter I sent to the government
9  on January 12, 2022, describing the government's deficient discovery responses
10 and requesting a discovery conference under Local Rule 37-1 within 10 days.
11 Counsel for the government responded that he would be available to discuss the
12 government's discovery responses on January 24, 2022.
13     10.    On January 14, 2022, I received by email the government's sole
14 production of documents in this matter. The production consisted of 246 pages
15 constituting the warrant application and warrants relating to the government's
16 March 22, 2021, search and seizure at U.S. Private Vaults in Beverly Hills,
17 California, which the government produced in response to Request for Production
18 No. 11, and which had previously been unsealed in a related action.
19     11.    As of the date of this declaration, and other than limited responses to
20 Interrogatory No. 12 and Request for Production No. 11, the government has not
21 provided any substantive discovery in response to Plaintiffs' second set of
22 discovery requests.
23     12.    On January 24, 2022, I attended a conference call with counsel for the
24 government about the government's discovery responses. During that meeting,
25 counsel for the government stated that the government would respond to most of
26 Plaintiffs' discovery responses, but that it would only do so after the entry of a
27 protective order governing the exchange of confidential information. Counsel for
28 the government also stated that the government would produce documents in waves

following entry of the protective order. The government estimated that documents relating to written inventories the government took of class members' boxes would take a few more weeks following entry of the protective order. The government also estimated that interrogatory responses identifying class members and government agents who supervised or participated in the search of class members' USPV boxes would take about week following entry of the protective order. During this call, I reiterated several times my concerns about moving diligently so that the parties could complete discovery before the Court's deadlines expired.

13. Attached as Exhibit F is a copy of the letter I sent to counsel for the government on January 24, 2022, discussing discovery in this case and summarizing our conference call earlier that day.

14. Attached as Exhibit G is a copy of my email correspondence with counsel for the government about the language of the proposed protective order. Following these communications, I conferred with counsel for the government by phone and we agreed that we were at an impasse regarding the language of the protective order.

15. The government returned the silver that Plaintiffs Jeni Verdon-Pearsons and Michael Storc stored in their box, but it has never returned the $2,000 in cash they stored there. I have spoken to other class members who are concerned that the government lost, misplaced, or stole property that class members stored in their USPV boxes.

16. Attached as Exhibit H is a copy of the seizure warrant authorizing the seizure of U.S. Private Vaults' property. This copy of the warrant was obtained via PACER from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.).

17. Attached as Exhibit I is a copy of a redacted excerpt of the government's application for a warrant to seize U.S. Private Vaults' property. This copy of the redacted excerpt of the warrant application was obtained via PACER

from the docket in the related case of *Does 1-6 v. United States*, No. 21-cv-3254, Dkt. 20 (C.D. Cal.).

18. Attached as Exhibit J is a copy of the [Redacted] Declaration of Benjamin N. Gluck in Support of First Amended Complaint in the related case of *In re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, No. 21-cv-3554, Dkt. 16 (C.D. Cal.). The copy of this declaration was obtained via PACER.

19. Attached as Exhibit K is a copy of the Declaration of Nicole R. Van Dyk in Support of First Amended Complaint in the related case of *In re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, No. 21-cv-3554, Dkt. 13-2 (C.D. Cal.). The copy of this declaration was obtained via PACER.

20. Attached as Exhibit L is a true and correct copy of Exhibit B to the Declaration of Nicole R. Van Dyk in Support of First Amended Complaint in the related case of *In re Search and Seizure of Box No. 8309 at U.S. Private Vaults*, No. 21-cv-3554, Dkt. 13-4 (C.D. Cal.). The copy of this exhibit was obtained via PACER.

21. Attached as Exhibit M is a true and correct copy of Defendants' Response to Plaintiffs' First Request for Admissions Related to Class Certification.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of March, 2022.

/s/ Robert Frommer
Robert Frommer