# Exhibit B

## to Declaration of Robert Frommer

| | |
|---|---|
| **From:** | Robert Frommer |
| **To:** | Rodgers, Victor (USACAC) |
| **Cc:** | Robert Johnson; Joe Gay; Kyndra Griffin |
| **Subject:** | RE: Snitko discovery |
| **Date:** | Monday, November 29, 2021 3:59:03 PM |

Victor,

In the spirit of cooperation, Plaintiffs are willing to give Defendants until January 7, the date you identified in your 2:56pm ET email below, to respond to the discovery requests.

Best,
Robert

**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Monday, November 29, 2021 3:24 PM
**To:** Robert Frommer <rfrommer@ij.org>
**Cc:** Robert Johnson <rjohnson@ij.org>; Joe Gay <jgay@ij.org>; Kyndra Griffin <KGriffin@ij.org>
**Subject:** RE: Snitko discovery

Robert,

I am not sure it advances the ball to debate this.  That is not what I said.  Am I correct that the longest extension you will grant is 2 weeks, until December 22?  I have to tell you your position is really not reasonable under the circumstances.  I would like to avoid having to bother the Magistrate Discovery Judge with an application to extend a deadline that is routinely granted, particularly since we previously allowed you to serve pre-certification discovery when none was allowed.  Can you let me know if two weeks is your bottom line or not.  Thanks.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov


**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Monday, November 29, 2021 12:07 PM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Cc:** Robert Johnson <rjohnson@ij.org>; Joe Gay <jgay@ij.org>; Kyndra Griffin <KGriffin@ij.org>
**Subject:** [EXTERNAL] RE: Snitko discovery

Victor,

**Exhibit B**
**9**

Your latest email implies that the FBI employees are not already in the process of assembling the necessary documents.  This is distressing given that Plaintiffs promulgated these requests on November 5, over three weeks ago, and I personally told you after the November 8 conference about the need for the parties to work expeditiously on discovery given the short timeframe.

Robert

**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Monday, November 29, 2021 2:56 PM
**To:** Robert Frommer <rfrommer@ij.org>
**Cc:** Robert Johnson <rjohnson@ij.org>; Joe Gay <jgay@ij.org>; Kyndra Griffin <KGriffin@ij.org>
**Subject:** RE: Snitko discovery

Thanks, Robert

I am not talking about my vacation time.  I do not intend to take a vacation this year.  I am referencing the FBI employees who must assemble the documents necessary to respond to the discovery.  Can you please grant the government at least the customary 30 day extension that is always granted in federal cases?  That would make the deadline January 7.  Again, we are in the holiday season, so this is a good faith request I am making and, quite frankly, I routinely grant opposing counsel 30 day extensions to respond to discovery (and I have done so over the last two weeks in other cases).   I really do not believe there is anything unreasonable about the request.  Please let me know.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Monday, November 29, 2021 11:49 AM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Cc:** Robert Johnson <rjohnson@ij.org>; Joe Gay <jgay@ij.org>; Kyndra Griffin <KGriffin@ij.org>
**Subject:** [EXTERNAL] RE: Snitko discovery

Victor,

I understand your desire to use your vacation time before it expires, but making Plaintiffs wait until the middle of January before receiving Defendants' objections and responses is untenable.  That would be more than doubling the time Defendants have to answer Plaintiffs' preliminary discovery requests.  Given the short discovery window the Court has scheduled in this matter, such a delay would prejudice Plaintiffs' ability to present the Court with a full and complete picture of

**Exhibit B**
**10**

Defendants' actions on and before the events of March 22.  That prejudice would only grow should Defendants raise objections to some or all of Plaintiffs' requests that necessitate bringing a motion to compel.  It was with that in mind that I proposed the compromise in my previous email.

Given that that compromise is unworkable for Defendants, Plaintiffs are instead willing to provide Defendants with a two-week extension to respond to Plaintiffs' requests.  As your previous email correctly noted, the requests are currently due on December 8; Plaintiffs' offered extension would make that date December 22.

Best,
Robert

---

**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Monday, November 29, 2021 2:27 PM
**To:** Robert Frommer <rfrommer@ij.org>
**Cc:** Robert Johnson <rjohnson@ij.org>; Joe Gay <jgay@ij.org>; Kyndra Griffin <KGriffin@ij.org>
**Subject:** RE: Snitko discovery

Robert,

Thank you for your suggestion.  However, I will not know what objections I will be asserting, until such time as I have all the documents I intend to produce and other information I have that is responsive and requires a substantive response to the interrogatories  Accordingly, I do not typically assert objections, without this information, which is why I have asked for the little-over 30 day extension to respond to the discovery.  Government employees have "use or lose" vacation time that makes it  impossible for me to comply with the current deadlines.  If you are willing to grant the extension I have requested, I will serve my responses via email, as that seems to have caused a problem in the past.  However, the extension I am requesting would not appear to me to be unreasonable in length, or unduly prejudice you in this matter.  Please let me know.  Thanks.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

---

**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Monday, November 29, 2021 11:05 AM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Cc:** Robert Johnson <rjohnson@ij.org>; Joe Gay <jgay@ij.org>; Kyndra Griffin <KGriffin@ij.org>
**Subject:** [EXTERNAL] RE: Snitko discovery

Exhibit B
11

Victor,

I understand your position, and think there is an appropriate compromise that can work for both parties.  Plaintiffs would ask that Defendants stick by the December 8 due date in terms of providing to Plaintiffs any objections they might have regarding Plaintiffs' discovery requests.  This will allow Plaintiffs to quickly evaluate the strength of those objections and to immediately begin work on a Motion to Compel to the extent one is needed.

To the extent that Defendants need time beyond December 8 to provide substantive responses to the interrogatories and to produce documents in response to Plaintiffs' RFDs, we most likely can agree to such an extension.  We would ask to tell us what documents will be produced and in what form (recalling that all documents produced should be in native electronic format or as searchable PDFs, should native format not be viable), and when Defendants can provide those responses and documents.

Best,
Robert

---

**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Monday, November 29, 2021 1:32 PM
**To:** Robert Frommer <rfrommer@ij.org>
**Cc:** Robert Johnson <rjohnson@ij.org>; Joe Gay <jgay@ij.org>; Kyndra Griffin <KGriffin@ij.org>
**Subject:** RE: Snitko discovery

Hello Robert:

By my calculations, our response is actually due Wednesday, December 8, as the discovery was served by mail and an additional three days are added when discovery were served by mail under Fed. R. Civ. P. 6(d)
The government is merely asking for an approximate 30 day extension to respond to discovery, which is a common courtesy granted in all federal cases, regardless of whether the case is a class action case, and particularly with discovery requests served that require responses during the holiday season.  While I certainly appreciate your willingness to grant a short 7 day extension, it is simply not enough, and sufficient available time will remain for you to complete discovery and work up your case. Can you at least grant an extension until sometime in early January, such as January 10?  I chose the January 14 date, because it was the day before the Martin Luther King Holiday.  Please let me know.  Thank you.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

**Exhibit B**
**12**

**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Monday, November 29, 2021 9:50 AM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Cc:** Robert Johnson <rjohnson@ij.org>; Joe Gay <jgay@ij.org>; Kyndra Griffin <KGriffin@ij.org>
**Subject:** [EXTERNAL] RE: Snitko discovery

Hello Victor,

Yes, I did, and I hope that you did as well.  I wanted to get back to you about your request for an extension.  As you know, Plaintiffs sent these two sets of requests at the beginning of November, with responses due on December 6.  Given this, I do not understand how the holidays would prevent a timely response to discovery issued in this major federal class action.  Moreover, it is imperative the parties keep to the schedule that the Court laid out at the November 8 scheduling conference, given the Court's reluctance to extend deadlines (as evidenced by its refusal to extend the time for class certification briefing).

Given all of the above, Plaintiffs can provide Defendants with a one-week extension of the discovery deadlines, which would make both requests due on Monday, December 13. Please let me and my colleagues know if this works for Defendants.

Best,
Robert

Robert Frommer
Senior Attorney, Institute for Justice
Director, IJ's Project on the Fourth Amendment
901 North Glebe Road, Suite #900
Arlington, VA 22203
Tel: (703) 682-9320
Email: rfrommer@ij.org


**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Monday, November 29, 2021 11:01 AM
**To:** Robert Frommer <rfrommer@ij.org>
**Subject:** Snitko discovery

Hello Robert:

I hope you had a good Thanksgiving.  I am writing about plaintiffs' second set of interrogatories and second request for the production of documents.  In light of the holidays and press of other business, it is not possible for the government to respond to the discovery by the current deadline.

**Exhibit B**
**13**

Accordingly, I am requesting an extension until January 14, 2021 to respond to that discovery.

Please let me know whether the government can have the extension.  Thank you.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

**Exhibit B**
**14**