# Exhibit D

## to Declaration of Robert Frommer

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
   1100/1400/1200 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0102/2569/1785
   Facsimile: (213) 894-6269/0142/0141
   E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 2:21-CV-04405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR DOCUMENT PRODUCTION** |

     Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendants United States of America, Tracy L. Wilkison, in her official capacity as Acting United States Attorney for the Central District of California, and Kristi Koons Johnson, in her official capacity as an Assistant Director of the Federal Bureau of Investigation (collectively,

"Defendants"), by their attorneys, hereby submit this response to the Plaintiffs' Second Set of Requests for Document Production, as set forth below.

## PRELIMINARY STATEMENT

Defendants have not at this time fully completed their discovery and investigation in this action. All responses contained herein are based solely upon such information and evidence as are presently available and specifically known to Defendants at this time and disclose only those factual contentions and legal conclusions which presently occur to Defendants at this time. Further discovery, investigation, research and analysis is expected to supply additional facts, add meaning to currently known facts, and establish entirely new factual contentions and legal conclusions, which may lead to substantial additions or changes to the information provided herein. Defendants reserve the right to add or change any and all responses herein as additional facts are ascertained, legal research is completed, and analyses are undertaken. The responses herein are made in a good faith effort to supply as much information as is presently known to Defendants in this action.

## RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 6:**

All written directions provided to law enforcement officials in connection with the March 2021 search of U.S. Private Vaults.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Defendants object that this request (1) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege; (2) fails to identify the documents sought with reasonable particularity; (3) is overly broad; (4) seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence; (5) may potentially seek information protected by the attorney-client privilege or work product doctrine; (6) is vague, ambiguous and unintelligible in its use of the words "directions" and "law enforcement officials;" and (7) seeks information protected by the right of privacy and the Privacy

1  Act, which will not be produced until such time as a mutually acceptable protective order
2  is entered in this case.
3  **REQUEST FOR PRODUCTION NO. 7:**
4      All internal policy documents applied to guide the conduct of law enforcement
5  officials during the March 2021 search of U.S. Private Vaults, including but not limited
6  to complete and unredacted copies of all pertinent provisions contained in the FBI's
7  2016 Domestic Investigations and Operations Guide.
8  **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**
9      Defendants objects that this request (1) seeks information protected by the law
10 enforcement evidentiary privilege or the investigatory file privilege; (2) seeks
11 information protected by the deliberative process privilege; (3) fails to identify the
12 documents sought with reasonable particularity; (4) is overly broad; (5) seeks
13 information neither relevant to the subject matter of this action nor reasonably calculated
14 to lead to the discovery of admissible evidence; and (6) seeks information protected by
15 the right of privacy and the Privacy Act, which will not be produced until such time as a
16 mutually acceptable protective order is entered in this case.
17 **REQUEST FOR PRODUCTION NO. 8:**
18     All written inventories produced during the March 2021 search of U.S. Private
19 Vaults boxes of the named Plaintiffs in this action and of all other individuals listed in
20 response to Interrogatory Number 9.
21 **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**
22     Defendants object that this request (1) seeks information protected by the law
23 enforcement evidentiary privilege or the investigatory file privilege; (2) fails to identify
24 the documents sought with reasonable particularity; (3) is overly broad; (4) seeks
25 information neither relevant to the subject matter of this action nor reasonably calculated
26 to lead to the discovery of admissible evidence; (5) is vague, ambiguous and
27 unintelligible in its use of the words "written inventories" because Defendants produced
28 documents as a result of inventorying the contents of safe deposit boxes; and (6) seeks

1 information protected by the right of privacy and the Privacy Act, which will not be
2 produced until such time as a mutually acceptable protective order is entered in this case.

**REQUEST FOR PRODUCTION NO. 9:**

All video recordings produced during the March 2021 search of U.S. Private Vaults boxes of the named Plaintiffs in this action and of all other individuals listed in response to Interrogatory Number 9.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Defendants object that this request (1) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege; (2) fails to identify the documents sought with reasonable particularity; (3) is overly broad; (4) seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence; and (5) seeks information protected by the right of privacy and the Privacy Act, which will not be produced until such time as a mutually acceptable protective order is entered in this case.

**REQUEST FOR PRODUCTION NO. 10:**

All internal policy documents that will be applied to govern the retention and subsequent use of inventories, video recordings, or other documents produced during and/or as a result of the March 2021 search of U.S. Private Vaults boxes of the named Plaintiffs in this action and of all other individuals listed in response to Interrogatory Number 9.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Defendants objects that this request (1) seeks information protected by the law enforcement evidentiary privilege or the investigatory file privilege; (2) seeks information protected by the deliberative process privilege; (3) fails to identify the documents sought with reasonable particularity; (4) is overly broad; (5) seeks information neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence; (4) seeks information protected by the attorney-client privilege or work product doctrine; (5) is vague, ambiguous and

1  unintelligible in its use of the words "subsequent use" and "inventories;" and (6) seeks
2  information protected by the right of privacy and the Privacy Act, which will not be
3  produced until such time as a mutually acceptable protective order is entered in this case.
4  **REQUEST FOR PRODUCTION NO. 11:**
5      A full copy of the seizure and search warrants issued for the search and seizure of
6  U.S. Private Vaults' business property by Defendants in March 2021, as well as all
7  applications for all such warrants, and all materials submitted in support of those
8  applications, including any affidavits submitted in support.
9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**
10      Defendants object that this request seeks information protected by the right of
11  privacy and the Privacy Act, which will not be produced until such time as a mutually
12  acceptable protective order is entered in this case. Defendants will produce the search
13  and seizure warrants, and the applications and affidavits for search and seizure warrants
14  redacted to eliminate residential addresses, vehicle license or registration numbers, and
15  portions of these documents explaining defendants' basis for believing that an individual
16  resides at a particular address.

17  Dated: January 7, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

    /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

# PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **January 7, 2022,** I served a copy of: **DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR DOCUMENT PRODUCTION** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**

THE INSTITUTE FOR JUSTICE
Robert Frommer
Joseph R. Gay
901 N. Glebe Road, Suite 900
Arlington, VA 22203

THE INSTITUTE FOR JUSTICE
Robert E. Johnson
16781 Chagrin Blvd, Suite 256
Shaker Heights, OH 44120

THE VORA LAW FIRM, P.C.
Nilay U. Vora
Jeffrey Atteberry
201 Santa Monica Blvd., Ste. 300
Santa Monica, CA 90401

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **January 7, 2022,** at Los Angeles, California.

/s/ *Paul J. Read*
PAUL J. READ
Paralegal, FSA

**Exhibit D**
**32**