TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142
    E-mail: Andrew.Brown@usdoj.gov
            Victor.Rodgers@usdoj.gov
            Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNIKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA. ET AL.,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF VICTOR A. RODGERS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND ENTER PROTECTIVE ORDER**<br><br>(Filed Concurrently with Plaintiffs' Notice of Motion to Compel; Parties' Rule 37-2 Joint Stipulation; Proposed Protective Order; and Proposed Order)<br><br>[DISCOVERY MATTER]<br><br>Date: March 30, 2022<br>Time: 10:00 a.m.<br>Courtroom: 790, the Honorable Margo A. Rocconi<br>Discovery Cutoff date: None set<br>Pre-Trial Conference date: None set<br>Trial Date: July 26, 2022<br>Complaint/FAC Filed: 5/27/21 and 6/9/21 |

I, Victor A. Rodgers, declare:

1. I am one of the Assistant United States Attorneys assigned to the representation of the defendants in this action. I have personal and first-hand knowledge of the facts in this declaration and, if called upon to testify, could and would testify competently hereto.

2. Attached hereto as Exhibit A is a true and correct copy of the stipulated protective order I provided to plaintiffs' counsel on January 27, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of the stipulated protective order I downloaded from the Court's website and used as a model to create the government's stipulated protective order for this case that I provided to plaintiffs' counsel on January 27, 2022.

4. Attached hereto as Exhibit C is docket no. 35 (preliminary injunction motion) in the Mellein's case.

5. Attached hereto as Exhibit D is docket no. 35-1 [plaintiffs' attorney in Mellein case's declaration].

6. Attached hereto as Exhibit E is docket no. 54 [notice of dismissal] in the Mellein case.

7. I have been told by a boxholder, through the boxholder's attorney, that the boxholder does not want the government to reveal the boxholder's identity to plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 7, 2022 at Los Angeles, California.

/s/
Victor A. Rodgers