TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
   1100/1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0102/2569/1785
   Facsimile: (213) 894-6269/0142
   E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNIKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA. ET AL.,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF FEDERAL BUREAU OF INVESTIGATION SPECIAL AGENT MADISON MACDONALD IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND ENTER PROTECTIVE ORDER**<br><br>(Filed Concurrently with Plaintiffs' Notice of Motion to Compel; Parties' Rule 37-2 Joint Stipulation; Proposed Protective Order; and Proposed Order)<br><br>[DISCOVERY MATTER]<br><br>Date: March 30, 2022<br>Time: 10:00 a.m.<br>Courtroom: 790, the Honorable Margo A. Rocconi<br>Discovery Cutoff date: None set<br>Pre-Trial Conference date: None set<br>Trial Date: July 26, 2022<br>Complaint/FAC Filed: 5/27/21 and 6/9/21 |

I, Madison MacDonald, declare:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2018. I personally participated in the inventorying of the contents of the safety deposit boxes at U.S. Private Vaults ("USPV"), and am also personally familiar with and have access to Sentinel, which is discussed below, through my duties and responsibilities as a Special Agent.

2. When the FBI returned property to boxholders that retrieved their property during their appointments to do so at the FBI, those boxholders were given a FBI Receipt for Property. I have reviewed Exhibit L, page 108 attached to the Declaration of Robert Frommer, and that is a FBI Receipt for Property provided by the FBI reflecting the items that were returned, regarding Linda R.'s box, at the FBI.

3. During the inventorying of the contents of the safe deposit boxes, officers found drugs (such as fentanyl and OxyContin), firearms including a Glock, and in the planning leading up to the search at USPV considered they might also find explosives.

4. In addition, during the inventorying of the contents of the boxes and videotaping of the process, officers sometimes found information about third parties that did not appear to be the owners of the box. For example, officers sometimes found an Executor/Conservator Notification letter, a redacted sample of which is attached hereto as Exhibit A, which provides a section for the box owner to set forth the residence address of the Executor, a different person, whom (according to the document) the boxholder authorized USPV to contact in the event of the boxholder's death or mental incompetence. Officers found in one box copies of over 25 passports, none of which were in the name of the boxholder, and those copies contained pictures of the passport holders, their dates of birth, places of birth, and the issuance and expiration dates for the passports.

5. The inventories created during the inventory search at USPV were inputted and are maintained into the FBI's electronic case management system, Sentinel. FBI personnel who participated in the March 2021 inventory search of USPV would generate

inventory lists, photographs, videos, chains of custody, and other documentation that memorialized what items of property were contained in each separate safe deposit box. Those records in turn are searchable and retrievable in the Sentinel system as described more fully below.

6. Sentinel enables the FBI to maintain information that is acquired in the course of fulfilling its mandated law enforcement responsibilities.  The records in Sentinel include, but are not limited to, investigative and administrative documents that are compiled for law enforcement purposes.  Upon approval, the Sentinel system serializes and uploads the documents into the Sentinel repositories, where the documents will become part of the official FBI case file.  Sentinel provides web-based access for all authorized users and an improved search and indexing capability, yielding access to all relevant data to which the user is permitted access.  Sentinel documents and manages cases from inception to closure.

7. In any given case, and specifically in the warrant execution at USPV in March 2021, Sentinel may include numerous types of information that could either directly identify an individual (such as name, address, Social Security number, telephone number, e-mail address, photograph, or other unique identifying number, code, or characteristic) or that will indirectly identify an individual (such as gender, race, date of birth, place of birth, geographic indicator, license number, vehicle identifier including license plate, and other descriptors).  Other information about individuals that may be in Sentinel includes financial account numbers.  Information may be about U.S citizens, legal permanent residents, or foreign nationals.  Information may also be about living or deceased individuals.  Some information may be about minors.  Some of these categories of information are contained in Sentinel about USPV boxholders.  Regarding the inventories of USPV boxes in Sentinel, these records contain only the identifying information physically housed inside each respective box or provided to the FBI by the boxholder himself or herself.  The USPV Sentinel records probably do not contain all of the categories of information listed above for each box.

8.  Once records are inputted into Sentinel, those records can be retrieved by authorized users. The FBI can determine what retrievable information, if any, it may have in its files on a particular subject matter or individual, by searching Sentinel. In the instant matter, users can retrieve Sentinel-housed records about USPV boxholders by the identifiers which are most likely present, usually of the boxholder's name and/or box number.

9.  All users with direct access to Sentinel data are responsible for protecting the privacy interest of individuals consistent with law enforcement business practice, including protection of government employees' and contractors' information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 7, 2022 at Los Angeles, California.

MADISON MacDONALD