TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
    1100/1400/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142/0141
    E-mail: Andrew.Brown@usdoj.gov
         Victor.Rodgers@usdoj.gov
         Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KIRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>    Defendants. | Case No. 2:21-CV-04405-RGK-MAR<br><br>**PLAINTIFFS AND DEFENDANTS' NOTICE OF LODGING OF PROTECTIVE ORDER WITH RESPECT TO COURT'S MARCH 30, 2022 ORDER ON PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES AND ENTER PROTECTIVE ORDER [DOCKET NO. 90]**<br><br>[Discovery Matter] |

1     Plaintiffs and Defendants hereby lodge their protective order relative to the Court's March 30, 2022 order regarding Plaintiffs' motion to compel discovery responses and enter protective order.  Docket No. 90.  The lodged protective order is attached as docket no. 91-1.  As reflected in the Court's March 30, 2022 order, the Court denied Plaintiffs' motion to compel and granted in part Plaintiffs' Motion to Enter Protective Order to the extent that it uses Defendants' proposed protective order.  <u>Id.</u> at page 1.  In order to reflect the Court's ruling as to the protective order, the parties are lodging herewith the attached protective order that contains the language of Defendants' proposed protective order, with a few additional modifications to the remainder of the protective order as discussed below.

    Plaintiffs', the government's and red-lined versions between the parties' respective requested <u>stipulated</u> protective orders were submitted in connection with Plaintiffs' motion.  The differences in the parties' <u>stipulated</u> protective orders were in paragraph 7.2(j).  Docket Nos. 85-2 (plaintiffs' version), 85-3 (defendants' version), 85-4 (red-line between the two versions) and 85-20 (defendants' version but without paragraph 7.2(j)).  However, the protective order is no longer a stipulated protective order, but is instead a protective order being issued pursuant to the Court's March 30, 2022 ruling.  Accordingly, the parties are lodging a protective order reflecting this fact, by essentially removing references to "stipulations" within the document.  Attached as docket no. 91-2 is a redline version comparing docket no. 85-20 (<u>i.e.</u>, defendants' version of the protective order that did not contain paragraph 7.2(j) as in docket no. 85-3) to the protective order lodged herewith that contains (1) defendants' version of paragraph 7.2(j); and (2) the modifications necessitated by the fact that the protective order is being entered based on the Court's March 22, 2022 ruling instead of by stipulation.

/ / /

/ / /

/ / /

Accordingly, the parties respectfully request that the Court enter the protective order, lodged herewith.

Respectfully submitted,

Dated: April 7, 2022

 /s/ Robert Frommer
THE INSTITUTE FOR JUSTICE
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.

THE VORA LAW FIRM, P.C.
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@vora.aw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

Attorneys for Plaintiffs

Dated: April 7, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

 /s/ Victor A. Rodgers
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Attorneys for Defendants
UNITED STATES OF AMERICA, et al.