# Exhibit A

to Declaration of Nilay U. Vora

Exhibit A
8

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**PLAINTIFFS' SECOND SET OF REQUESTS FOR DOCUMENT PRODUCTION**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed: May 27, 2021<br><br>Amended Complaint Filed: June 9, 2021 |

PLAINTIFFS' SECOND SET OF REQUESTS FOR DOCUMENT PRODUCTION

Exhibit A
9

1   Plaintiffs Paul Snitko, Jennifer Snitko, Joseph Ruiz, Tyler Gothier, Jeni
2   Verdon-Pearsons, Michael Storc, and Travis May, through their attorneys, hereby
3   propound this Second Set of Requests for Document Production pursuant to Fed.
4   Rs. Civ. P. 26 & 34.
5
6   Instruction:
7   Plaintiffs request that all documents be produced in electronic, searchable
8   format, such as a searchable PDF or native electronic file.
9
10  Requests:
11  6.   All written directions provided to law enforcement officials in
12  connection with the March 2021 search of U.S. Private Vaults.
13  *Answer:*
14
15
16  7.   All internal policy documents applied to guide the conduct of law
17  enforcement officials during the March 2021 search of U.S. Private Vaults,
18  including but not limited to complete and unredacted copies of all pertinent
19  provisions contained in the FBI's 2016 Domestic Investigations and Operations
20  Guide.
21  *Answer:*
22
23
24  8.   All written inventories produced during the March 2021 search of U.S.
25  Private Vaults boxes of the named Plaintiffs in this action and of all other
26  individuals listed in response to Interrogatory Number 9.
27  *Answer:*
28

9. All video recordings produced during the March 2021 search of U.S. Private Vaults boxes of the named Plaintiffs in this action and of all other individuals listed in response to Interrogatory Number 9.

*Answer:*

10. All internal policy documents that will be applied to govern the retention and subsequent use of inventories, video recordings, or other documents produced during and/or as a result of the March 2021 search of U.S. Private Vaults boxes of the named Plaintiffs in this action and of all other individuals listed in response to Interrogatory Number 9.

*Answer:*

11. A full copy of the seizure and search warrants issued for the search and seizure of U.S. Private Vaults' business property by Defendants in March 2021, as well as all applications for all such warrants, and all materials submitted in support of those applications, including any affidavits submitted in support.

*Answer:*

| | | |
|---|---|---|
| 1 | Dated: November 5, 2021 | Respectfully Submitted, |
| 2 | | |
| 3 | | _____ |
| 4 | | **THE INSTITUTE FOR JUSTICE**<br>Robert Frommer* |
| 5 | | rfrommer@ij.org<br>901 N. Glebe Rd., Suite 900 |
| 6 | | Arlington, VA 22203<br>Tel. (703) 682-9320 |
| 7 | | Robert E. Johnson* |
| 8 | | rjohnson@ij.org<br>16781 Chagrin Blvd.. Suite 256 |
| 9 | | Shaker Heights, OH 44120<br>Tel. (703) 682-9320 |
| 10 | | *Admitted pro hac vice. |
| 11 | | **THE VORA LAW FIRM, P.C.** |
| 12 | | Nilay U. Vora (SBN 268339)<br>nvora@voralaw.com |
| 13 | | Jeffrey Atteberry (SBN 266728)<br>jatteberry@voralaw.com |
| 14 | | 201 Santa Monica Blvd., Suite 300<br>Santa Monica, CA 90401 |
| 15 | | Tel. (424) 258-5190 |
| 16 | | *Attorneys for Plaintiffs* |

4

PLAINTIFFS' SECOND SET OF REQUESTS FOR DOCUMENT PRODUCTION

**Exhibit A**

**12**

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that the foregoing Plaintiffs' Second Set of Requests for Document Production are complete and correct, and were served on Defendants' counsel via electronic mail and First Class Mail on November 5, 2021 to the following:

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
victor.rodgers@usdoj.gov

_____
Robert Frommer
*Attorney for Plaintiffs*