# Exhibit G

## to Declaration of Nilay U. Vora

**Robert Frommer**

| | |
|---|---|
| **From:** | Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov> |
| **Sent:** | Monday, April 11, 2022 4:52 PM |
| **To:** | Robert Frommer |
| **Subject:** | RE: [EXTERNAL] RE: Protective Order |

Rob,

Thanks.  I will have an update to you either tomorrow or Wednesday.  I need to check a couple of things, again, with the FBI first.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

---

**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Monday, April 11, 2022 11:59 AM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Protective Order

Victor,

Thanks for the dates.  I'll check with the team and get back to you on which works best for us.

As to the documents and interrogatory responses, do you have any sort of date certain for production?  In particular, we need the documents to move forward, and many of the items we requested should not raise any PII/Privacy Act concerns.

Also, as to the joint stipulation and motion to continue the schedule, I should have something for you by Wednesday.

Best,
Rob

---

**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Friday, April 8, 2022 2:16 PM
**To:** Robert Frommer <rfrommer@ij.org>
**Subject:** RE: [EXTERNAL] RE: Protective Order

Rob,
We can do Palmerton April 26, 27 or 28.  Thanks.

Victor Rodgers
Assistant United States Attorney

**Exhibit G**
**54**

Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

**From:** Rodgers, Victor (USACAC)
**Sent:** Thursday, April 7, 2022 10:20 AM
**To:** Robert Frommer <rfrommer@ij.org>
**Subject:** RE: [EXTERNAL] RE: Protective Order

Thanks, Rob.  I will file this morning.
I am working on 1) and 2).  As to 1), I hope to get back to you today or tomorrow.  As to 2), assuming the PO is entered today or Friday, I will give you an update Monday or Tuesday.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov


**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Thursday, April 7, 2022 8:59 AM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Subject:** RE: [EXTERNAL] RE: Protective Order

Victor,

This looks generally good, although there's a misspelling on pg. 1, line 14 of the notice ("defendaants'").  You have my permission to sign and file.

Two other things:
1) Any update on when Agent Palmerton would be able to testify via zoom?
2) I'd like to get a firmer production schedule in place once the protective order is entered.  Part of that timing will turn on the judge granting the parties' stipulation to extend the briefing dates. As I mentioned, I'll be working on that and will hopefully have something to share in the next few days.

Best,
Rob


**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Wednesday, April 6, 2022 7:30 PM
**To:** Robert Frommer <rfrommer@ij.org>
**Subject:** RE: [EXTERNAL] RE: Protective Order

2

Exhibit G
55

Rob,

Here is what I have prepared - - the attached Notice of Lodging.  In addition, I am attaching the revised Protective Order to capitalize Plaintiffs and Defendants in the Introduction (and which will be docket no. 91-1 referenced in the notice of lodging) and a new red-line (which will be docket no. 91-2) that reflects the capitalization and is now in color.  If these documents are acceptable, please authorize me to sign on your behalf and file and I will do so.  Thanks.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

**From:** Rodgers, Victor (USACAC)
**Sent:** Wednesday, April 6, 2022 12:51 PM
**To:** Robert Frommer <rfrommer@ij.org>
**Subject:** Re: [EXTERNAL] RE: Protective Order

Great.  I will send you the notice of lodging later today.

Sent from my iPhone

> On Apr 6, 2022, at 12:22 PM, Robert Frommer <rfrommer@ij.org> wrote:
>
> Victor,
>
> I went through the redline version and noted that the language is the same as what you proposed, so we are good there.  I believe that Plaintiffs and Defendants needs to be capitalized in the introduction, but we're substantively fine otherwise.
>
> Best,
> Rob
>
> **From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
> **Sent:** Wednesday, April 6, 2022 12:54 PM
> **To:** Robert Frommer <rfrommer@ij.org>
> **Subject:** Protective Order
>
> Rob,
>
> Attached is the protective order, revised from the stipulated protective order.  This was a little more complicated then I thought it would be, as I anticipated I would only need to add one paragraph, but I instead had to make some minor changes as set forth in the red-line PDF.  If the Snitko Protective Order

is acceptable, please let me know, and I will work on and send you a Notice of Lodging for the parties to sign, that I will file, that explains what we are doing.  Thanks.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov