# Exhibit H

**to Declaration of Nilay U. Vora**

## Robert Frommer

| | |
|---|---|
| **From:** | Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov> |
| **Sent:** | Wednesday, April 13, 2022 4:45 PM |
| **To:** | Robert Frommer |
| **Subject:** | RE: USPV: Call to discuss discovery? |

Rob, here is the current update.  We will provide supplemental responses to the interrogatories by email on April 19, in response to interrogatory numbers 9 and 11.  As to 10, the information (i.e., identifying the officers who searched each box identified in response to interrogatory number 9) should be in the documents we produce – in other words, the identity of the officers who searched a specific box will be set forth in the documents that were prepared when the box was inventoried.  As to the document production, with respect to document request number 7, we will be producing the DIOG on April 19 by email.  As to document request number 8 (written inventories produced during the search), 9 (videos produced during the search) and 6 (written directions for the search), we will have to produce these documents in waves because they are not yet fully available for production.  The production of documents is a multi-step process within the FBI.  The FBI has a discovery unit that has reviewed materials resident in the Sentinel computer system and therefore require a Protective Order, which we now have, before production.  The FBI's Discovery Unit could not complete its review absent the Protective Order, as the nature of the order (what it covers, how and to whom it limits release, etc.) influences the codes that the Discovery Unit employs for redacts, withholding, etc.  Once coded, the documents will be  reviewed by FBI's Office of General Counsel and then produced.  I estimate that full production will be completed within three weeks, but I anticipate producing documents to you in waves as the review of documents from particular boxes is completed.  As to the videos, we are having problems burning them due to their size (we have about 200 of them), but we are working on the issue and how best to produce the videos to you.  Thanks.

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Wednesday, April 13, 2022 7:43 AM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USPV: Call to discuss discovery?

Victor,

Sure, 10am your time sounds fine.  Talk to you then.

Best,
Rob

**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Wednesday, April 13, 2022 10:22 AM
**To:** Robert Frommer <rfrommer@ij.org>
**Subject:** RE: USPV: Call to discuss discovery?

**Exhibit H
59**

How about tomorrow at 10 am PST?  FYI, I am going to send you later today a status report re our production.

---

**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Wednesday, April 13, 2022 6:55 AM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Subject:** [EXTERNAL] RE: USPV: Call to discuss discovery?

Victor,

Hope you are doing well.  I'd like to talk with you about a plan to complete both written discovery and depositions in time to meet the deadlines in the current briefing schedule.  Can you let me know if you have a time tomorrow morning when you can discuss?

Best,
Rob

---

**From:** Rodgers, Victor (USACAC) <Victor.Rodgers@usdoj.gov>
**Sent:** Tuesday, April 5, 2022 11:01 AM
**To:** Robert Frommer <rfrommer@ij.org>
**Subject:** RE: USPV: Call to discuss discovery?

Robert,
I can speak today at 3:30 PST

Victor Rodgers
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
E-mail  victor.rodgers@usdoj.gov

---

**From:** Robert Frommer <rfrommer@ij.org>
**Sent:** Monday, April 4, 2022 12:52 PM
**To:** Rodgers, Victor (USACAC) <VRodgers@usa.doj.gov>
**Subject:** [EXTERNAL] USPV: Call to discuss discovery?

Victor,

I hope you are doing well.  You likely saw the Magistrate's decision on the protective order issue.  I'd like to talk to you about both that, the timing of Defendants' document production, and an initial deposition that we'd like to schedule.  Is there a time today or tomorrow that works best for you?

Best,
Rob

Robert Frommer
Senior Attorney, Institute for Justice
Director, IJ's Project on the Fourth Amendment
901 North Glebe Road, Suite #900

**Exhibit H
60**

Arlington, VA 22203
Tel: (703) 682-9320, ext. #207
Email: rfrommer@ij.org

**Exhibit H
61**