**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joe Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted pro hac vice.
^Pro hac vice application pending.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC,** AND **TRAVIS MAY,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON,** in her official capacity as Acting United States Attorney for the Central District of California, and **KRISTI KOONS JOHNSON,** in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SET A SCHEDULE FOR PRODUCTION OF DOCUMENTS AND DISCOVERY MOTIONS**<br><br>(*Filed Concurrently with Notice of Ex Parte Application; Memorandum of Points and Authorities; Declaration of Nilay U. Vora, Supporting Exhibits; and Declaration of Robert Frommer*)<br><br>DISCOVERY MATTER<br><br>Judge: Hon. Margo A. Rocconi<br>Discovery cutoff date: TBD<br>Pre-Trial Conference Date: TBD<br>Trial Date: July 26, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

On consideration of the *Ex Parte* Application for an Order To Set A Schedule For Production Of Documents And Discovery Motions, it is hereby ORDERED that the application is GRANTED. The Court finds that the setting of firm dates by which Defendants will produce responses and documents to Plaintiffs' second set of written discovery requests is necessary for the prompt and complete litigation of this matter. The Court also recognizes that, due to the short time frame until the parties are required to submit dispositive briefs to the Court, expedited consideration of any discovery dispute between the parties is necessary.

Accordingly, the Court ORDERS that:

1.   Defendants shall commence immediately producing documents in response to Plaintiffs' second set of discovery requests, and all such production and responses shall be complete on or before May 6, 2022;

2.   Defendants shall specifically identify, in writing, any categories of documents that they intend to withhold from their upcoming production within 7 days from entry of this order;

3.   Defendants shall provide Plaintiffs with a complete privilege log as to any and all documents being withheld from Plaintiffs' second set of discovery requests no later than May 6, 2022;

4.   Should the parties disagree on the scope of Defendants' production or the validity of any stated objection to a discovery request, the parties shall meet and confer within 2 days of the moving party's request.  Should the non-moving party not meet and confer during those 2 days, or if the conference does not resolve the controversy, the moving party shall submit a motion to compel of ten pages or less. The non-moving party shall submit a response to the moving party's motion within 3 days of filing. The moving party may submit a reply in support of its motion by close of business the day following submission of the non-moving party's response. Decision on the motion will be made by the Court on the papers unless, in the Court's discretion, oral argument is warranted.

1

2

3    Dated this _____ day of _____, 2021.

4

5    _____

6        The Honorable Margo A. Rocconi

7        United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28