TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
   1100/1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-0102/2569/1785
   Facsimile: (213) 894-6269/0142
   E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA. ET AL,,<br><br>      Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET. AL'S STATUS REPORT REGARDING THE STATE OF PRODUCTION AS TO PLAINTIFFS' DOCUMENT REQUEST NUMBERS 6 THROUGH 10 IN DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>[DISCOVERY MATTER] |

|   |   |
|---|---|
| 1 | Defendants United States of America and Tracy L. Wilkison and Kristi Koons |
| 2 | Johnson in their official capacities (collectively, "the government")  hereby provide this |
| 3 | status report regarding the state of its production, pursuant to the Court's order filed May |
| 4 | 2, 2022 (docket no. 99) regarding document request numbers 6-10 in plaintiffs' second |
| 5 | set of requests for production of documents.  On May 5, 2022, the government produced |
| 6 | approximately 5,000 pages of documents and believes that its production relative to the |
| 7 | above-referenced document requests is complete, with two exceptions.  In addition, on |
| 8 | May 9, 2022, the government served supplemental responses to the above-referenced |
| 9 | document requests.  The documents the government produced contained redactions, and |
| 10 | the parties will be discussing those redactions, and the government has not produced the |
| 11 | videos called for by document request number 9 for which there are approximately 50, |
| 12 | but the government will produce those videos when they are available and on a rolling |
| 13 | basis.   The government is continuing to work on firm dates for the production of the |
| 14 | videos, but cannot provide a firm date at this time.  However, the government will file |
| 15 | another status report on May 16, 2022, concerning the state of production of the videos. |

Dated: May 9, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

          /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.