```
 1                  UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
 3
                              - - -
 4             HONORABLE R. GARY KLAUSNER,

 5        UNITED STATES DISTRICT JUDGE PRESIDING
                              - - -
 6

 7   PAUL SNITKO,                  )
                                   ) CERTIFIED COPY
 8                                 )
               PLAINTIFF,          )
 9                                 ) CV 21-4405 RGK
     VS.                           )
10                                 )
     UNITED STATES OF AMERICA,     )
11   et al.,                       )
                                   )
12                                 )
               DEFENDANTS.         )
13                                 )
                                   )
14                                 )
                                   )
15   _____)

16

17

18          REPORTER'S TRANSCRIPT OF PROCEEDINGS
                  MONDAY, NOVEMBER 8, 2021
19                      A.M. SESSION
                   LOS ANGELES, CALIFORNIA
20

21

22

23           SHERI KLEEGER, CSR 10340
             FEDERAL OFFICIAL COURT REPORTER
24        312 NORTH SPRING STREET, ROOM 402
              LOS ANGELES, CALIFORNIA 90012
25               PH:  (213)894-6604
```

**Exhibit A**

**6**

```
 1

 2

 3

 4
    APPEARANCES OF COUNSEL:
 5
    ON BEHALF OF PLAINTIFF:
 6
              BY:  ROBERT FROMMER, ESQUIRE
 7

 8

 9
    ON BEHALF OF DEFENDANT:
10
              BY:  VICTOR ROGERS, AUSA
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            CALIFORNIA, LOS ANGELES, NOVEMBER 8, 2021
 2                        A.M. SESSION
 3
 4            THE CLERK:  Calling item No. 5.  Case number
 5   CV 21-4405.  Paul Snitko versus United States of
 6   America, et al.
 7            Counsel, please state your appearances.
 8            MR. FROMMER:  Good morning, Your Honor.  My
 9   name is Robert Frommer for plaintiffs.
10            MR. ROGERS:  Good morning, Your Honor.
11   Victor Rogers appearing on behalf of the Government.
12            THE COURT:  Counsel, in this matter, couple
13   things I would like to talk to you about.  We can set it
14   for the dates like we've been setting all these others
15   for.  This is a Court trial, but it's also a dec relief.
16   And sometimes those are cases that are really going to
17   be decided on the papers.  So if you want to do it on a
18   briefing schedule, I'll give you a briefing schedule
19   rather than a trial schedule, whatever the two of you
20   want.
21            MR. FROMMER:  I think a briefing schedule
22   makes sense.
23            THE COURT:  That would make sense to me.
24            MR. ROGERS:  I'm fine with that.
25            MR. FROMMER:  One thing I would say, Your
```

1  Honor, is we haven't really begun any discovery in this
2  matter.  And, as you know, there's a lot of parties, a
3  lot of defendants, a lot of --
4           THE COURT:  If we're talking about a
5  briefing schedule submitted on the papers, I would give
6  you any time that you wish through the end of July.
7           MR. ROGERS:  That's fine.
8           MR. FROMMER:  Yes.  End of July works good,
9  Your Honor.
10          THE COURT:  Let's set up an opening.  Should
11 be -- and if you have any suggestions, just make them --
12 sometime last part of June.  How does that sound?
13          MR. FROMMER:  I think that makes sense, Your
14 Honor.
15          THE COURT:  June 21st.  The opposition would
16 be -- how about July 12th?  That gives you three weeks
17 for the opposition.
18          MR. ROGERS:  Thank you, Your Honor.
19          THE COURT:  And the reply on July 19th,
20 which would give you one week for reply.
21          And then on the 26th, depending on whether
22 or not we have to have a hearing or not, we will set the
23 trial on that date.
24          And if it's going to be taken under
25 submission, we'll just do it without you having to make

1   the appearance on it.
2                   MR. FROMMER:  Okay.
3                   MR. ROGERS:  Great.
4                   THE COURT:  Thank you very much, Counsel.
5                   Do you need any other dates?  Do you need
6   like a discovery cutoff date or anything?
7                   Or you guys are going to work it out.
8                   MR. FROMMER:  Yeah.  If you don't mind, Your
9   Honor, we'll confer and reach out to the Court about
10  those additional dates.
11                  MR. ROGERS:  Thank you, Your Honor.
12                  THE COURT:  Thank you very much.
13                  (Proceedings concluded.)
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2
 3
 4                CERTIFICATE OF REPORTER
 5
 6   COUNTY OF LOS ANGELES      )
 7                              )  SS.
 8   STATE OF CALIFORNIA        )
 9
10   I, SHERI KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
11   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
12   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
13   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
14   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
15   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
16   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
17   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
18   JUDICIAL CONFERENCE OF THE UNITED STATES.
19   APRIL 29, 2022
20
21   /s/_____
22   SHERIs. KLEEGER, CSR
23   FEDERAL OFFICIAL COURT REPORTER
24
25
```

**Exhibit A**
**11**