**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*
^*Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING AND TRIAL DATES BY 90 DAYS AND CONFIRM INAPPLICABILITY OF DATES MENTIONED IN 'ORDER FOR COURT TRIAL' (ECF NO. 82)**<br><br>(*Filed Concurrently with Joint Stipulation; and Declaration of Robert Frommer and Supporting Exhibits*)<br><br>Judge: Hon. R. Gary Klausner<br><br>Trial Date: July 26, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING AND TRIAL DATES BY 90 DAYS AND CONFIRM INAPPLICABILITY OF DATES MENTIONED IN 'ORDER FOR COURT TRIAL' (ECF NO. 82)

On consideration of the parties' Joint Stipulation to Continue Briefing and Trial Dates by 90 Days and Confirm Inapplicability of Dates Mentioned in 'Order for Court Trial' (ECF No. 82), it is hereby ORDERED that the parties' requested relief is GRANTED.

The Court finds that additional time is needed to complete discovery production and resolve the parties' discovery disputes so that this class-action case can be properly presented for the Court's consideration on the merits. Because Plaintiffs have diligently pursued their requested discovery materials, good cause exists to modify the Court's scheduling order by continuing the briefing and trial dates contained therein.

The Court additionally finds that good cause exists to clarify for the parties which deadlines from the Court's Order for Court Trial (ECF No. 82) and Minutes of Scheduling Conference (ECF No. 83) are applicable to this case. Further, the Court finds that citation to "the administrative record" is unnecessary because this case does not have an administrative record.

Accordingly, the Court ORDERS that:

1. The Scheduling Order in this case shall be modified to reflect the following new deadlines:

- Opening Briefs:      September 20, 2022
- Opposition Briefs:   October 11, 2022
- Reply Briefs:        October 18, 2022
- Court Trial:         October 25, 2022

2. Of the deadlines set forth in the Court's Order for Court Trial (ECF No. 82), only those contained in the Trial On The Briefs Section are applicable to this case.

3.  The parties shall not cite to "the administrative record" to support their factual assertions.

Dated this _____ day of _____, 2022.

_____
The Honorable R. Gary Klausner
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING AND TRIAL DATES BY 90 DAYS AND CONFIRM INAPPLICABILITY OF DATES MENTIONED IN 'ORDER FOR COURT TRIAL' (ECF NO. 82)