**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*
^*Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

**NOTE: CHANGES MADE BY THE COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING AND TRIAL DATES BY 90 DAYS AND CONFIRM INAPPLICABILITY OF DATES MENTIONED IN 'ORDER FOR COURT TRIAL' (ECF NO. 82)** [101]<br><br>(*Filed Concurrently with Joint Stipulation; and Declaration of Robert Frommer and Supporting Exhibits*)<br><br>Judge: Hon. R. Gary Klausner<br><br>Trial Date: July 26, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

1     On consideration of the parties' Joint Stipulation to Continue Briefing and Trial Dates by 90 Days and Confirm Inapplicability of Dates Mentioned in 'Order for Court Trial' (ECF No. 82), it is hereby ORDERED that the parties' requested relief is GRANTED, as modified below.

    The Court finds that additional time is needed to complete discovery production and resolve the parties' discovery disputes.  Good cause exists to modify the Court's scheduling order by continuing the briefing and trial dates contained therein.

    The Court additionally finds that good cause exists to clarify for the parties which deadlines from the Court's Order for Court Trial (ECF No. 82) and Minutes of Scheduling Conference (ECF No. 83) are applicable to this case. Further, the Court finds that citation to "the administrative record" is unnecessary because this case does not have an administrative record.

    Accordingly, the Court ORDERS that:

    1.  The Scheduling Order in this case shall be modified to reflect the following new deadlines:

- Opening Briefs:    July 19, 2022
- Opposition Briefs:    August 9, 2022
- Reply Briefs:    August 16, 2022
- Court Trial:    August 23, 2022

    2.  Of the deadlines set forth in the Court's Order for Court Trial (ECF No. 82), only those contained in the Trial On The Briefs Section are applicable to this case.

///
///
///

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE BRIEFING AND TRIAL DATES BY 90 DAYS AND CONFIRM INAPPLICABILITY OF DATES MENTIONED IN 'ORDER FOR COURT TRIAL' (ECF NO. 82)

3. The parties shall not cite to "the administrative record" to support their factual assertions.

Dated this __16TH__ day of __May__, 2022.

*Gary Klausner*

The Honorable R. Gary Klausner
United States District Judge