TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142
    E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov
        Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA. ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S THIRD STATUS REPORT REGARDING THE STATE OF PRODUCTION AS TO PLAINTIFFS' DOCUMENT REQUEST NUMBERS 6 THROUGH 10 IN DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>[DISCOVERY MATTER] |

Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacities (collectively, "the government") hereby provide this third status report regarding the state of its production, pursuant to the Court's order filed May 2, 2022 (docket no. 99) regarding document request numbers 6-10 in plaintiffs' second set of requests for production of documents and the government's May 9 and 16, 2022 reports. In the May 16, 2022 report, the government stated it would be providing a further report on May 24, 2022 regarding the videos called for by document request number 9 for which there are approximately 60, and for which the government previously indicated it would produce those videos when they are available and on a rolling basis. As the government reported in its May 16, 2022 report, the government produced 21 videos last week and expects to produce another 20 this week. The government is continuing to work on firm dates for the production of the remaining videos, but cannot provide a firm date at this time. However, the government will file another status report on June 3, 2022, concerning the state of production of the remaining videos.

Dated: May 24, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

　　　/s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.