TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142
    E-mail: Andrew.Brown@usdoj.gov
         Victor.Rodgers@usdoj.gov
         Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA. ET AL.,<br><br>        Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S FOURTH STATUS REPORT REGARDING THE STATE OF PRODUCTION AS TO PLAINTIFFS' DOCUMENT REQUEST NUMBERS 6 THROUGH 10 IN DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>[DISCOVERY MATTER] |

1    Defendants United States of America and Tracy L. Wilkison and Kristi Koons

2    Johnson in their official capacities (collectively, "the government")  hereby provide this

3    fourth status report regarding the state of its production, pursuant to the Court's order

4    filed May 2, 2022 (docket no. 99) regarding document request numbers 6-10 in

5    plaintiffs' second set of requests for production of documents and the government's May

6    9 and 16, 2022 reports.  In the May 24, 2022 report, the government stated it would be

7    providing a further report on June 3, 2022 regarding the videos called for by document

8    request number 9.  The government is producing about 20 videos today, which brings the

9    total produced up to approximately 65, which the government believed are the total

10   number of videos to produce.  Plaintiffs have indicated videos and documents are

11   missing from the government's production, as well as issues regarding the redaction of

12   produced documents, and the government is analyzing those issues and will report

13   further to plaintiffs regarding the status.  The government will file another status report

14   on June 16, 2022, concerning these issues.

15   Dated: June 3, 2022                          Respectfully submitted,

16                                                TRACY L. WILKISON
                                                  United States Attorney
17                                                SCOTT M. GARRINGER
                                                  Assistant United States Attorney
18                                                Chief, Criminal Division

19                                                _____/s/_____

20                                                ANDREW BROWN
                                                  VICTOR A. RODGERS
21                                                MAXWELL COLL
                                                  Assistant United States Attorneys

22                                                Attorneys for Defendants
23                                                UNITED STATES OF AMERICA, et al.

24

25

26

27

28

                                        1