Name and address:

THE VORA LAW FIRM, P.C.
Jeffrey A. Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, et al., <br><br> Plaintiff(s) <br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:21-cv-04405-RGK-MAR <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [106] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Greenberg, Michael, N.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320  *Telephone Number*    (703) 682-9321  *Fax Number*

mgreenberg@ij.org
*E-Mail Address*

Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY, Plaintiffs.
*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Atteberry, Jeffrey, A.
*Designee's Name (Last Name, First Name & Middle Initial)*

266728  *Designee's Cal. Bar No.*    (424) 258-5190  *Telephone Number*    *Fax Number*

jatteberry@voralaw.com
*E-Mail Address*

THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
    ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

Dated   June 17, 2022                                                                    */s/ Gary Klausner*
                                                                                          U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1