**DECLARATION OF DEBORAH A. CRUM**

I, Deborah A. Crum, declare as follows:

1.    I am employed by the Federal Bureau of Investigation (FBI) as a Supervisory Paralegal Specialist, currently assigned as the Unit Chief of the Discovery Unit (DU), Litigation and Technology Management Section, Litigation Branch, Office of the General Counsel (OGC), located in Washington, D.C.  I have been employed by the FBI since April 1990.

2.    The statements contained in this declaration are based upon my personal knowledge, review, and consideration of documents available to me in my official capacity, discussions with OGC counsel involved with this matter, and on information obtained from other FBI employees.

3.    I submit this declaration in regard to the parties' joint stipulation and request to continue briefing and trial dates.

DU Overview

4.    DU provides litigation support to various units within FBI OGC, as well as numerous other FBI entities.  DU is responsible for locating, reviewing, and processing for release all responsive materials which pertain to litigation and administrative matters in which the FBI is either directly or indirectly involved. As Unit Chief of DU, I am responsible for overseeing the Paralegal Specialists who locate, review, process, and produce documents related to a variety of document production requests.

5.    DU is also responsible for redacting privileged information and identifying this information with a privilege identifier for each governmental privilege being asserted on each page of documents.  In other words, each redaction must be properly marked with each privilege assertion over the redaction.  Only after this lengthy review with appropriate privilege assertions supporting redactions may documents or other records be released outside the Department of Justice and the FBI.

6.    All FBI records must be reviewed and redacted before they can be released to other DOJ components, opposing counsel, or Congress.  The review and redaction

1

1   process requires DU personnel to be physically in the FBI Headquarters Building. The

2   review and redaction process must be performed on classified FBI computers systems.

3       7.      At least two individuals in DU must review every record before release to

4   ensure proper redaction and processing. FBI agency counsel within OGC also review

5   records prior to release. Documents produced in federal court cases may also undergo

6   additional levels of review from U.S. Attorney's Offices or Department of Justice

7   divisions.

8                        Status of Discovery Processing

9       8.      DU has completed the collection, review, processing, and production of

10  documents responsive to discovery requests in this matter, except as set forth below.

11      9.      What remains to be processed are videos of approximately ninety boxes[1]

12  and written documents for approximately fifty-six boxes.[2]

13      10.     DU will process and produce the additional documents for the boxes and

14  the videos as promptly as possible.

15      11.     For frame of reference, DU previously processed and produced a batch of

16  63 videos in this lawsuit. The videos' lengths varied, but all told, DU was able to process

17  approximately 20 videos per week, which I understand were then produced to Plaintiffs

18  on a rolling basis when the processing was completed. This pace of review was the result

19  of the DU Paralegal Specialists taking pains to redact personally-identifiable information

20  (PII) in each video, and then employing a separate software tool to apply the redactions

21  to that PII.

22

23

24      [1] Through counsel for the government, it is my understanding Plaintiffs, on June 29, 2022,
    asserted that documents previously produced suggest that there are approximately 95 boxes for which
25  there are videos that have not been produced. The FBI has determined that videos for three of those
    boxes have already been processed and can be produced rather quickly, and that five other boxes do not
26  have any videos.

27      [2] Through counsel for the government, it is my understanding Plaintiffs claim that they do not
    have "normal" inventorying documents for 56 boxes. DU plans to release these documents to
28  government counsel within a few days, but government counsel will need to review and process those
    documents (e.g., Bates stamp and review any redactions) before they can be produced to Plaintiffs.

                                    2

1    12.    DU is confident that it will be able to process and produce the video files at

2    a faster rate than the first production. It will do so by tasking other OGC staff with the

3    review of video files that do not contain PII, thereby allowing the Paralegal Specialists to

4    focus their efforts on only those videos that require redactions.

5    13.    Notwithstanding the previous paragraph, the conservative estimate for DU

6    to complete processing and production of these video files would be for the first batch to

7    be produced within two weeks, and the additional videos to be produced thereafter. The

8    outside and most conservative estimate to complete production of the remaining videos

9    will be five weeks.

10    I declare under penalty of perjury under the laws of the United States of America

11    that the foregoing is true and correct to the best of my knowledge and belief.

12

13    Executed this 8th day of July 2022

14    _Deborah Crum_
      Unit Chief, Discovery Unit
15    Office of the General Counsel
      Federal Bureau of Investigation
16    Washington. D.C.

17

18

19

20

21

22

23

24

25

26

27

28

3