UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**[PROPOSED] ORDER CONTINUING BRIEFING AND TRIAL DATES BY 60 DAYS** |

Pursuant to the stipulation between Plaintiffs Paul Snitko, Jennifer Snitko, Joseph Ruiz, Tyler Gothier, Jeni Verdon-Pearsons, Michael Storc and Travis May (collectively, "Plaintiffs"), on the one hand, and Defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "Defendants" or "the government"), on the other hand, to continue briefing and trial dates by 60 days, and good cause appearing therefor, IT

IS HEREBY ORDERED that the dates in this case are hereby continued as follows: opening briefs are due September 13, 2022, opposition briefs are due October 4, 2022, reply briefs are due October 11, 2022 and the court trial is October 18, 2022.

Dated: _____        _____
                                    THE HONORABLE R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


     /s/
_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA and
TRACY L. WILKISON and KRISTI KOONS
JOHNSON IN THEIR OFFICIAL CAPACITY ONLY