Name and address:

THE VORA LAW FIRM, P.C.
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401

FILED
CLERK, U.S. DISTRICT COURT
JULY 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, et al.

Plaintiff(s)

v.

UNITED STATES OF AMERICA, et al.

Defendant(s).

CASE NUMBER

2:21-cv-04405-RGK-MAR

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [84]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Gay, Joseph R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(703) 682-9320
*Telephone Number*

(703) 682-9321
*Fax Number*

jgay@ij.org
*E-Mail Address*

Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY

*Name(s) of Party(ies) Represented*   [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Vora, Nilay, U.
*Designee's Name (Last Name, First Name & Middle Initial)*

268339
*Designee's Cal. Bar No.*

(424) 258-5190
*Telephone Number*

___
*Fax Number*

nvora@voralaw.com
*E-Mail Address*

THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Ste. 300
Santa Monica, California 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.

[ ] DENIED:  [ ] for failure to pay the required fee.
    [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    [ ] for failure to complete Application: _____
    [ ] pursuant to L.R. 83-2.1.3.2:  [ ] Applicant resides in California;  [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel:  [ ] is not member of Bar of this Court;  [ ] does not maintain office in District.
    [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  [ ] be refunded  [ ] not be refunded.

Dated  7/18/22

*signature: Gary Klausner*

U.S. District Judge/~~U.S. Magistrate Judge~~

G-64 ORDER (5/16)   ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1