|  |  |
|---|---|
| 1 | **THE INSTITUTE FOR JUSTICE** |
| 2 | Robert Frommer* |
|  | rfrommer@ij.org |
| 3 | Michael Greenberg* |
|  | mgreenberg@ij.org |
| 4 | Joseph Gay^ |
|  | jgay@ij.org |
| 5 | 901 N. Glebe Rd., Suite 900 |
|  | Arlington, VA 22203 |
| 6 | Tel. (703) 682-9320 |
|  | Robert E. Johnson* |
| 7 | rjohnson@ij.org |
|  | 16781 Chagrin Blvd., Suite 256 |
| 8 | Shaker Heights, OH 44120 |
|  | Tel. (703) 682-9320 |
| 9 | * *Admitted pro hac vice.* |
|  | *^Pro hac vice application pending.* |
| 10 | **THE VORA LAW FIRM, P.C.** |
| 11 | Nilay U. Vora (SBN 268339) |
|  | nvora@voralaw.com |
| 12 | Jeffrey Atteberry (SBN 266728) |
|  | jatteberry@voralaw.com |
| 13 | 201 Santa Monica Blvd., Suite 300 |
|  | Santa Monica, CA 90401 |
| 14 | Tel. (424) 258-5190 |

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF TYLER GOTHIER**<br><br>Trial Date: August 23, 2022<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Action Filed: May 27, 2021 |

I, Tyler Gothier, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Nampa, Idaho.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in Box 5165 at the USPV facility in Beverly Hills.

4. As of March 22, 2021, my security deposit box at USPV contained silver and other personal property.

5. I chose to keep my property at USPV because, after finding the company through a Google search, I realized that its location was convenient for me.

6. I learned of the government's seizure of the USPV security deposit boxes on approximately April 9 after reading the April 2, 2021 Los Angeles Times story on the seizure.

7. I submitted a claim form to the FBI on or about May 18, 2021 through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form.

8. After I joined this lawsuit, the FBI sent a letter to me on or about June 11, 2021 concerning the return of my property. Strangely, they sent the letter to a prior address, one that I had never provided to them, which left me feeling disturbed and surveilled. I retrieved that letter from my previous address. In it, FBI Special Agent Lynne Zellhart stated that the FBI was willing to return my property.

9. I went to the FBI headquarters in Los Angeles on August 17, 2021, to retrieve my property. The FBI asked that I bring two keys to my box, to verify my ownership.

10. At the FBI headquarters in Los Angeles, I was escorted through metal detectors to an interview room, where FBI agents then produced the door to my box

(which had been removed from the nest of boxes at the hinges). I produced a key to my box and verified that it worked to open the door.

11. After I verified that my key worked in the safe deposit box door, agents brought out my property in evidence bags. The condition of the property made clear to me that it had been inspected during the FBI's search.

12. I understand that the FBI will indefinitely retain the records that it produced in connection with the search of my box, including photographs or videos showing the contents of the box. In addition, I understand that FBI agents will be able to access those documents and use them for investigative purposes. I deeply value my privacy, and knowing that anonymous government agents have knowledge of and access to my personal details is a significant invasion of my privacy. I also worry about the use that the FBI (or other government agencies) might make of this information.

13. I want to secure assurance that the government will destroy all physical and digital records that it acquired in searching my box—or else segregate those records, so that they can *only* be used to respond to claims for lost, stolen, or missing property and cannot be used for investigative purposes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15 day of July, 2022.

Tyler Gothier