**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Michael Greenberg*
mgreenberg@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted pro hac vice.
^Pro hac vice application pending.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF JOSEPH RUIZ**<br><br>Trial Date: August 23, 2022<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Action Filed: May 27, 2021 |

I, Joseph Ruiz, declare and state as follows:

1.     I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2.     I am a citizen of the United States and a resident of Los Angeles, California.

3.     I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in Box 7622 at the USPV facility in Beverly Hills.

4.     As of March 22, 2021, my security deposit box at USPV contained approximately $57,000.

5.     The money in my box largely consisted of the proceeds from two settlements that I received in 2019 and 2021. The first settlement related to an auto accident, and the second settlement related to a dispute with my landlord.

6.     I chose to keep my money in a safe deposit box, rather than a bank, because I was concerned that the COVID pandemic would make it impossible for me to withdraw my funds from a bank account.

7.     I chose to keep my property at USPV specifically because, after finding the company through a Google search, I realized that its location was convenient for me.

8.     I learned of the government's seizure of the USPV security deposit boxes on March 22, 2021 when I drove to the USPV facility and saw the seizure in progress.  I spoke to the agents who were carrying out the seizure, who told me that I could not access my box at that time. A few days later, I came back to USPV, saw the notice on USPV's door about submitting a claim, and followed the directions from the notice.

9.     I submitted a claim form to the FBI on or about April 8, 2021 through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form.

DECLARATION OF JOSEPH RUIZ

10.     After I submitted the claim form, I received an email from the FBI telling me that "calling the FBI Field Office to make individual inquiries will only slow the process" and that "someone from the FBI will contact you either to make arrangements to return your property, or to request additional information."

11.     The government's seizure of my funds severely impacted my ability to meet my basic needs. I was and am unemployed, and I had been living off the funds in my USPV box prior to the seizure.  The loss of access to my money meant that I did not have money that I need to pay for food and medical care.

12.     I became a Plaintiff in this lawsuit on May 27, 2021. At that point, it had been over two months since the FBI seized my property, and they had neither explained to me when they would return it or why they were continuing to hold it.

13.     I understand that, shortly after the Complaint was filed, the government contacted several of the other Plaintiffs in this lawsuit and told them that it would be returning their property. However, after this case was filed, the government did not offer to return my property.

14.     Instead, the government tried to use administrative forfeiture to take my $57,000. The government did not send me a notice of this administrative forfeiture action, but, for some reason, the government *did* send a notice of its administrative forfeiture action to my ex-wife.

15.     I understand that, on July 23, 2021, this Court ordered the government to show cause why it should not be compelled to return my property to me and that, not long after, the government finally agreed to return my property. Before doing so, however, the government submitted a declaration accusing me of criminal conduct based on information that it obtained through the search of my box— specifically, based on an email address that I listed on paperwork inside the box.

16.     The government only agreed to return my property after I provided a declaration that explained the lawful source for my $57,000 and provided copies of documents to support that explanation.

17.     In other words, rather than promptly returning my property, the government treated me like a criminal. The government kept my property for almost five months because it was investigating me and because, at that time, I had not proven to the government that I legally obtained my property.

18.     After agreeing to return my property on August 3, 2021, the government sent a letter to my attorneys on August 4 requesting bank information to facilitate a wire transfer. I would have preferred to receive my funds back in cash, but I was told that I had no choice other than to receive them via wire transfer. In addition, the government's letter stated that any "delinquent non-tax debts owed to the United States" would be deducted from the amount returned.

19.     My property was finally returned via wire transfer on August 20, 2021. Although I had a copy of my key, which I could have produced if asked, the FBI never asked me to produce my key (or any other proof of ownership) before my funds were returned to me.

20.     I understand that the FBI made records of what it found during the search of my box, and I further understand that the FBI will retain those records indefinitely. I understand that those records will be available to FBI agents, who will be able to use the records for investigative purposes.

21.     It is extremely troubling to me that information about my private safe deposit box will be retained in a government database, where it can be used for the government's law enforcement purposes. The government has already used that information once to investigate me, accuse me of criminal wrongdoing, and cast shade on my name, and I worry that the government may do so again.

22.     I want to secure assurance that the government will destroy all physical and digital records that it acquired in searching my box—or else segregate those records, so that they can *only* be used to respond to claims for lost, stolen, or missing property and cannot be used for investigative purposes.

4

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14 day of July, 2022.

Joseph Ruiz

5

DECLARATION OF JOSEPH RUIZ