**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Michael Greenberg*
mgreenberg@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* Admitted pro hac vice.
^Pro hac vice application pending.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF TRAVIS MAY**<br><br>Trial Date: August 23, 2022<br>Time: 9:00 A.M.<br>Courtroom: 850<br>Judge: Hon. R. Gary Klausner<br>Action Filed: May 27, 2021 |

I, Travis May, declare and state as follows:

1. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2. I am a citizen of the United States and a resident of Los Angeles, California.

3. I am a customer of U.S. Private Vaults, Inc. ("USPV"). When the government raided the U.S. Private Vaults facility, on March 22, 2021, I was holding my property in Box 713 at the USPV facility in Beverly Hills.

4. As of March 22, 2021, my security deposit box at USPV contained approximately $63,000 in cash, gold worth approximately $100,000, and documents in sealed envelopes.

5. I chose to keep my property at USPV as a rainy-day fund, that is, an alternative location to access valuables in case of emergencies.

6. I submitted a claim form to the FBI on or about June 8, 2021, through the FBI's website at https://forms.fbi.gov/u-s-private-vaults-claim-form. In response, I received a form email that told me not to contact the FBI Field Office and did not say when my property would be returned.

7. I received a notice from the FBI dated May 20, 2021, informing me that the government was initiating administrative forfeiture proceedings for the cash I stored in my USPV box. The notice did not say why the government was seeking to forfeit my cash.

8. I did not receive any personal notice that the government was seeking to forfeit the gold held in my safe deposit box. However, the government sent a separate forfeiture notice to USPV, which USPV then posted on its website, listing all the various boxes for which the government was initiating civil forfeiture proceedings. This "omnibus" notice indicated that the government was initiating civil forfeiture proceedings against both my cash and my gold.

9. The government's omnibus notice stated that it was seeking to forfeit "20 Miscellaneous Collectible Coins & 1 Gold Colored Bar from Box #713." Again, this property consisted of gold worth approximately $100,000.

10. On June 9, 2021, I, along with others, joined this class action lawsuit as a plaintiff. At that point, it had been over two-and-a-half months since the FBI seized my property, and they had neither explained to me when they would return it, why they were continuing to hold it, nor why they were seeking to forfeit it.

11. On July 16, 2021, this Court entered a preliminary injunction barring the government from forfeiting my property without first sending a forfeiture notice identifying the factual and legal basis for the decision to commence administrative forfeiture proceedings.

12. On July 21, 2021, the government emailed my attorneys a letter (dated July 20, 2021) stating that the government would return my property. The letter stated that "the U.S. Attorney's Office will not proceed with a judicial civil forfeiture against [my] seized property." The letter further asked that I provide wire transfer information to facilitate the return of the seized currency.

13. I wanted to receive my seized cash in the form of cash, not via wire transfer. After all, there are transaction costs associated with converting electronic currency into cash, as banks charge fees for large cash withdrawals. I would therefore have to pay additional money to convert the wire transfer back into cash.

14. I had my attorneys explain my preference for cash, rather than a wire transfer, to the government. However, I understand that the government refused to provide the seized funds in the form of cash.

15. On August 17, 2021, I went in person to the Wilshire Federal Building in Los Angeles to recover my gold and documents. There, I was escorted through metal detectors into an interview room.

16. In the interview room, FBI agents produced the door to my safe deposit box, which had been removed from the nest of boxes at the hinges. I

1 brought the keys to my safe deposit box with me to the meeting, as requested by the
2 FBI, and the FBI agents had me test a key in the door to the box in order to verify
3 that it was able to open the lock.

4     17.    After I verified that I possessed the appropriate key, agents returned
5 my gold and documents. I placed the documents in my box in sealed envelopes, but
6 they were returned to me opened.

7     18.    During the property return, the agents did not provide me with any
8 kind of detailed inventory of the gold that was held in my box. However, based on
9 my own records and recollection, I believe that all of my gold was returned.

10     19.    On August 20, 2021, the government wired funds corresponding to the
11 seized cash into my attorneys' trust account.

12     20.    I understand that the FBI made records of the contents of my box
13 during its search, and I understand that FBI agents will be able to access those
14 documents and use them for investigative purposes. This is a significant invasion of
15 my privacy, and I am worried about the uses that the FBI or other government
16 agencies might make of this information in the future. I value my privacy, and I
17 simply won't feel secure knowing that unknown government agents can use
18 illegally obtained information about me for whatever purpose they want, whenever
19 they want.

20     21.    I want to secure assurance that the government will destroy all
21 physical and digital records that it acquired in searching my box—or else segregate
22 those records, so that they can *only* be used to respond to claims for lost, stolen, or
23 missing property and cannot be used for investigative purposes.

24     22.    I declare under penalty of perjury under the laws of the United States
25 that the foregoing is true and correct.

Executed this 19 day of July, 2022.

_____
Travis May