**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Michael Greenberg*
mgreenberg@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*
^*Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF ROBERT FROMMER IN SUPPORT OF PLAINTIFFS' OPENING BRIEF**<br><br>Judge: Hon. R. Gary Klausner<br>Trial: August 23, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

DECLARATION OF ROBERT FROMMER

I, Robert Frommer, submit the following declaration in support of Plaintiffs' Opening Brief.

1. I am an active member of the State Bar of Virginia and a senior attorney at the Institute for Justice. I am admitted *pro hac vice* in this proceeding, and I submit this declaration in support of Plaintiffs' Opening Brief.

2. Attached as <u>Exhibit A</u> are excerpts from the FBI's Sentinel database, consisting of inventory records obtained during the search and seizure of class members' boxes. These records were produced by the United States in the course of discovery in this action. Because these records contain private information concerning the contents of box members' safe-deposit boxes, Plaintiffs have applied for permission to file an unredacted version of Exhibit A under seal.

3. Attached as <u>Exhibit B</u> are videos, to be lodged with the clerk for the Court, showing the inventorying process as to select class members' safe-deposit boxes. Each separate video file is marked with a separate exhibit number, such that the videos are demarcated as Exhibits B.1 through B.8. Because these videos contain private information concerning the contents of box members' safe-deposit boxes, Plaintiffs have applied for permission to file these videos under seal.

4. Attached as <u>Exhibit C</u> is the FBI Operational Plan for execution of the seizure warrant at US Private Vaults, which Plaintiffs obtained from the government in discovery.

5. Attached as <u>Exhibit D</u> are the Supplemental Instructions for Box Inventory, which the government created for execution of the seizure warrant at US Private Vaults. Plaintiffs obtained the Supplemental Instructions from the government in discovery.

6. Attached as <u>Exhibit E</u> is a copy of Judge Kim's seizure warrant for US Private Vaults, which Plaintiffs obtained from the government in discovery.

7. Attached as Exhibit F is a copy of the government's application for the seizure warrant for US Private Vaults and the government's affidavit in support, which Plaintiffs obtained from the government in discovery.

8. Attached as Exhibit G is an excerpt from the FBI's Domestic Investigations and Operations Guide relating to inventory searches, which Plaintiffs obtained from the government in discovery.

9. Attached as Exhibit H is a copy of the FBI claim form that the government asked class members and other box renters to fill out in seeking the return of those renters' property. Plaintiffs obtained this copy of the FBI claim form by visiting the site forms.fbi.gov/uspvclaims (the address listed in the notice posted outside of US Private Vaults), which automatically redirected to this form.

10. Attached as Exhibit I is a copy of an administrative forfeiture notice sent from the government to the attorney for US Private Vaults. Plaintiffs obtained this notice from the US Private Vaults website, www.usprivatevaults.com, on June 14, 2021.

11. Attached as Exhibit J is the deposition transcript of FBI Special Agent Justin Palmerton, taken by Plaintiffs on April 28, 2022, for use in this action.

12. Attached as Exhibit K is the deposition transcript of FBI Special Agent Lynne Zellhart, taken by Plaintiffs on May 6, 2022, for use in this action.

13. Attached as Exhibit L is the deposition transcript of USPIS Inspector Lyndon Versoza, taken by Plaintiffs on June 28, 2022, for use in this action. Though Plaintiffs believe this document should be publicly filed, Defendants have indicated that they believe it should be filed under seal, and Defendants will submit a declaration in favor of the same.

14. Attached as Exhibit M is the deposition transcript of the government's first 30(b)(6) representative, Lynne Zellhart, taken by Plaintiffs on June 30, 2022, for use in this action. Though Plaintiffs believe this document should be publicly

filed, Defendants have indicated that they believe it should be filed under seal, and Defendants will submit a declaration in favor of the same.

15. Attached as Exhibit N is the deposition transcript of DEA Agent Justin Carlson, taken by Plaintiffs on July 6, 2022, for use in this action. Though Plaintiffs believe this document should be publicly filed, Defendants have indicated that they believe it should be filed under seal, and Defendants will submit a declaration in favor of the same.

16. Attached as Exhibit O is the deposition transcript of the government's second 30(b)(6) representative, Supervisory Special Agent Jessie Murray, taken by Plaintiffs on July 11, 2022, for use in this action. Though Plaintiffs believe this document should be publicly filed, Defendants have indicated that they believe it should be filed under seal, and Defendants will submit a declaration in favor of the same.

17. Attached as Exhibit P is a redacted exemplar of the FBI 302 form used by agents during the inventorying process, which Plaintiffs obtained from the government in discovery.

18. Attached as Exhibit Q is a redacted exemplar of the Agents Observations and Notes form used by agents during the inventorying process, which Plaintiffs obtained from the government in discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of July, 2022.

/s/ Robert Frommer
Robert Frommer