# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

## Case No. 2:21-cv-04405-RGK-MAR

**Exhibit A** (Part 1, Part 2, Part 3, and Part 4, pages 5-256) to Declaration of Robert Frommer in Support of Plaintiffs' Opening Trial Brief is not attached here as it is proposed to be filed under seal and is attached to Plaintiffs' Application to file documents under seal which will be filed forthwith.