# Exhibit H

**to Declaration of Robert Frommer**

An official website of the United States government. Here's how you know

Home • U.S. Private Vaults Claim Form

# U.S. Private Vaults Claim Form

**U.S. Private Vaults
Claim Form**

To make a claim for property stored at U.S. Private Vaults in Beverly Hills, California, please provide the following information. An FBI agent will contact you for additional details.

## Contact Information

**First Name** ●

**Middle Name**

**Last Name** ●

**Best Contact Number** ●

**Alternate Contact Number**

**Email Address**

**Address Line 1**

**Address Line 2**

**City**

**State**

--------N/A---------

**Country**

**ZIP/Postal Code**

**I/We fully understand that it is a federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning the facts on this form as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.**

**Captcha** ●

I'm not a robot
reCAPTCHA
Privacy - Terms

Submit

| Most Wanted | News | What We Investigate | Services | Additional Resources |
|---|---|---|---|---|
| Ten Most Wanted | Stories | Terrorism | CJIS | Accessibility |
| Fugitives | Videos | Counterintelligence | CIRG | eRulemaking |
| Terrorism | Press Release | Cyber Crime | Laboratory Services | Freedom of Information / Privacy Act |
| Kidnappings / Missing Persons | Speeches | Public Corruption | Training Academy | Legal Notices |
| Seeking Information | Testimony | Civil Rights | Operational Technology | Legal Policies & Disclaimers |
| Bank Robbers | Podcasts and Radio | Organized Crime | Information Management | Privacy Policy |
| ECAP | Photos | White-Collar Crime | | USA.gov |
| ViCAP | Español | Violent Crime | FBI Jobs | White House |
| | Apps | WMD | Submit a Tip | No FEAR Act |
| About | | | Crime Statistics | Equal Opportunity |
| Mission & Priorities | Resources | Contact Us | History | |
| Leadership & Structure | Law Enforcement | Field Offices | FOIPA | |

**Exhibit H
529**

| | | | |
|---|---|---|---|
| Partnerships | Businesses | FBI Headquarters | Scams & Safety |
| Community Outreach | Victim Assistance | Overseas Offices | FBI Kids |
| FAQs | Reports & Publications | | FBI Tour |





**FBI.gov Contact Center**

**Email updates**