# Exhibit P

**to Declaration of Robert Frommer**

FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    06/15/2021

On March 17, 2021, the Honorable Steve Kim, United States Magistrate Judge for the Central District of California, signed a seizure warrant for the facilities of U.S. Private Vaults, including the nest of safe deposit boxes. On March 23, 2021, SA Madison Macdonald and SA Justin Palmerton conducted an inventory search of ▇▇▇▇▇, pursuant to that warrant. The following items were found:

While conducting an inventory of the box, agents observed the following:



The search was video recorded and the recording will be uploaded to the case file separately.

This box did have an Emergency Contact form attached to it.



See attached FD-597

Investigation on   03/23/2021   at   Beverly Hills, California, United States (In Person)

File # ▇▇▇▇▇ (F)     Date drafted   03/23/2021

by ALSTON LORRAINE JADE, MACDONALD MADISON

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit P
1625