# Exhibit Q

**to Declaration of Robert Frommer**

# AGENT OBSERVATIONS AND NOTES

**Box Number:** ███████

**Date:** 3/25/21

**Observing Agent:** Michael Irvin

## Cash Observations:
(e.g., Agents should note things such as how the cash is bundled (rubber bands, bank bands); if it has a strong odor (marijuana, soil, gasoline, coffee, chemical, etc.); if there appears to be drug residue present; a gun is also present; or anything else of note.)

_____
_____
_____
_____

**K-9 Agency:** _____
**K-9 Handler:** _____
**K-9 Name:** _____

**K-9 Hit (Circle One):**   YES      NO   ███

## Possible Identifying Information for Box Holder:
(e.g., names, serial numbers on firearms or watches)

_____
_____
_____
_____

**Other:**
_____
_____

Exhibit Q

CONFIDENTIAL – Subject to Protective Order    FBI0005759

1627