**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Michael Greenberg*
mgreenberg@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*
^*Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFFS**<br><br>(*Filed Concurrently with Plaintiffs' Opening Trial Brief, Declarations, and Exhibits in Support*)<br><br>Judge: Hon. R. Gary Klausner<br>Trial: August 23, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

1  Upon consideration of the parties' Opening Briefs, Oppositions and Replies, the
2  declarations and other exhibits submitted in support, and the arguments of the
3  parties,

4      The Court hereby **GRANTS** relief to Plaintiffs and those class members
5  whom they represent. Pursuant to this Court's inherent authority, Federal Rule of
6  Criminal Procedure 41(g), Federal Rule of Civil Procedure 54, and the
7  Administrative Procedure Act, 5 U.S.C. §§ 551(10), (13), *id.* § 704, this Court
8  hereby **ORDERS** Defendants to sequester all records concerning Plaintiffs and
9  class members created during and as a result of Defendants' search and seizure of
10  the contents of Plaintiffs' and class members' safe-deposit boxes.

11      As to these sequestered records, the Court **PROHIBITS** Defendants from
12  accessing or otherwise making use of them other than to evaluate and process
13  claims brought by Plaintiffs and other class members alleging that Defendants have
14  failed to return all the property contained in those class members' boxes. Following
15  the processing of all claims, and the running of all pertinent statutes of limitations,
16  the Court **ORDERS** that the government shall return the records to class members
17  or otherwise ensure that all copies are destroyed.

1  Dated this _____ day of _____, 2022.

2

3  _____

4  The Honorable R. Gary Klausner

5  United States District Judge