**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Michael Greenberg*
mgreenberg@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*
^*Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>(*Filed Concurrently with Application for Leave to File Documents Under Seal; Declaration of Robert Frommer; and Redacted Documents Proposed to be Filed Under Seal*)<br><br>Judge: Hon. R. Gary Klausner<br>Trial: August 23, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

On consideration of Plaintiffs' Application for Leave to File Documents Under Seal, the Declaration of Robert Frommer in support of Plaintiffs' Application for Leave to File Documents Under Seal, and the exhibits accompanying the Declaration of Robert Frommer in support of Plaintiffs' Application for Leave to File Documents Under Seal,

The Court hereby GRANTS IN PART Plaintiffs' motion. The Court concludes that compelling reasons exist to file Exhibits A and B under seal, because those exhibits reveal sensitive and private information about innocent third parties and absent class members. Moreover, Plaintiffs have filed publicly accessible exemplars of these documents as Exhibits P and Q to the Declaration of Robert Frommer submitted in support of Plaintiffs' Opening Brief filed on July 19, 2022.

The Court further concludes that compelling reasons do not exist to file Exhibits L, M, N, and O under seal. Because compelling reasons do not exist to file Exhibits L, M, N, and O under seal, compelling reasons likewise do not exist to file Plaintiffs' Opening Brief under seal.

Accordingly, the Court **ORDERS** that:

1. The exhibits submitted in connection with Plaintiffs' Application for Leave to File Documents Under Seal may be filed under seal as follows:

| Document | Resolution |
|---|---|
| **Ex. A** | Plaintiffs are granted leave to file this exhibit under seal to protect the sensitive and private information of innocent third parties and absent class members. |
| **Ex. B** | Plaintiffs are granted leave to file this exhibit under seal to protect the sensitive and private information of innocent third parties and absent class members. |
| **Ex. L** | Plaintiffs are denied leave to file this exhibit under seal. |
| **Ex. M** | Plaintiffs are denied leave to file this exhibit under seal. |
| **Ex. N** | Plaintiffs are denied leave to file this exhibit under seal. |
| **Ex. O** | Plaintiffs are denied leave to file this exhibit under seal. |
| **Pls. Opening Brief** | Plaintiffs are denied leave to file this document under seal. |

2. Plaintiffs are directed to file Exhibits A and B as sealed documents linked to their July 19, 2022 Opening Brief and to this Order.

3. Plaintiffs are directed to file public versions of Exhibits L, M, N, and O linked to their July 19, 2022 Opening Brief

4. Plaintiffs are directed to file a public, unredacted version of their July 19, 2022 Opening Brief.

Dated this _____ day of _____, 2022.

_____

The Honorable R. Gary Klausner

United States District Judge