**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**
**Part 4 of 4**

# Exhibit A

**to Declaration of Robert Frommer**



