**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Michael Greenberg*
mgreenberg@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*
^*Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**PLAINTIFFS' NOTICE OF MANUAL FILING**<br><br>Judge: Hon. R. Gary Klausner<br>Trial Date: August 23, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

1 | Plaintiffs note the conventional filing of Exhibit B to the Declaration of Robert Frommer in Support of Plaintiffs' Opening Brief (ECF 112, 112-10) and Exhibit B to the Declaration of Robert Frommer in Support of Plaintiffs' Application for Leave to File Documents Under Seal (ECF 113, 113-7; 114, 114-6). Exhibit B contains eight (8) video files of FBI agents searching and inventorying the contents of class members' safety deposit boxes at US Private Vaults. The videos are being filed conventionally to preserve their native functionality. The videos are confidential pursuant to a protective order and are being submitted under seal.

A flash drive containing Exhibit B will be sent via commercial carrier to a courier and hand-delivered to the Court. Copies will also be served on Counsel for Defendants.

| | |
|---|---|
| Dated: July 19, 2022 | Respectfully Submitted, |
| | /s/Robert Frommer |

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*
*^Motion for pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 19th day of July, 2022, the foregoing Notice of Manual Filing was served on Defendants' counsel via electronic mail by agreement of the parties, and a flash drive containing a complete and correct copy of Exhibit B will be sent out via U.S. Priority Mail to the following:

> Victor Rodgers
> Maxwell Coll
> Andrew Brown
> Assistant United States Attorney
> Asset Forfeiture Section
> 312 North Spring Street, 14th Floor
> Los Angeles, California 90012
> victor.rodgers@usdoj.gov
> maxwell.coll@usdoj.gov
> andrew.brown@usdoj.gov

_____
Robert Frommer
*Attorney for Plaintiffs*