**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Michael Greenberg*
mgreenberg@ij.org
Joseph Gay*
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF MICHAEL GREENBERG IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. R. Gary Klausner<br><br>Trial: August 23, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Michael Greenberg, declare:

1. I am an active member of the Bar of the District of Columbia and an attorney at the Institute for Justice. I am admitted *pro hac vice* in this proceeding, and I submit this declaration in support of the Plaintiffs' Reply to Defendants' Response to Application for Leave to File Documents Under Seal (ECF 117).

2. On **July 14, 2022**, I was copied on an email exchange between Robert Frommer, counsel for Plaintiffs, and Victor Rodgers, counsel for the government. The email exchange discussed documents that Plaintiffs planned to file in support of their Opening Brief five days later, **July 19, 2022**, and in particular, whether those documents should be filed under seal.

3. Attached as Exhibit A is a copy of the email from Robert Frommer discussing Plaintiffs' position on which documents should be filed under seal and proposing that the parties meet and confer regarding proposed redactions to the transcripts of depositions of certain government witnesses.

4. Attached as Exhibit B is Victor Rodgers' response to that email, explaining in part that the government "still need[ed] to make th[e] determination" as to what portions of those transcripts should be redacted (emphasis omitted).

DECLARATION OF MICHAEL GREENBERG

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of July 2022.

_____
Michael Greenberg

DECLARATION OF MICHAEL GREENBERG