KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, D.C. 20005
Telephone:  202.795.9300
Facsimile:  202.795.9310

JEFFREY GLASSER (SBN 252596)
jeff.glasser@latimes.com
LOS ANGELES TIMES
COMMUNICATIONS LLC
2300 E. Imperial Highway
El Segundo, CA 90245
Telephone: 213.237.8088

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| PAUL SNITKO, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case No.  2:21-CV-04405-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND LOS ANGELES TIMES COMMUNICATIONS LLC** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the Motion of the Reporters Committee for Freedom of the Press and Los Angeles Times Communications LLC (together, "*amici*") for leave to file an *amici curiae* brief in support of Plaintiffs in the above-captioned matter, and any opposition thereto, it is hereby **ORDERED** as follows:

*Amici*'s Motion is **GRANTED**.  The Clerk is directed to accept for filing the *amici curiae* brief submitted by *amici* on August 2, 2022.

**SO ORDERED.**

Dated: August ___, 2022

_____
Hon. R. Gary Klausner
United States District Judge

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND LOS ANGELES TIMES COMMUNICATIONS LLC**