Benjamin N. Gluck - State Bar No. 203997
    bgluck@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Reason Foundation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KIRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO. 2:21-CV-04405-RGK-MAR<br><br>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIE REASON FOUNDATION**<br><br>Filed Concurrently with (Proposed) Order<br><br>Date:   September 12, 2022<br>Time:   9:00 a.m.<br>Crtrm.: 850<br>Judge: Honorable R. Gary Klausner |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 12, 2022, at 9:00 a.m., or as soon as this matter may be heard before the Honorable R. Gary Klausner, United States District Court Judge, in Courtroom 850 of the United States District Court, Central District of California, Western Division, Reason Foundation will and hereby does move the Court for leave to file the accompanying *amicus* brief in support of Plaintiffs' motion to unseal the transcripts filed as Exhibits L–O to Plaintiffs' Trial

Brief. This Motion is based on this filing, the entire records in this matter, and any other matter of which the Court may take notice.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 29, 2022.

The proposed *amicus* brief will aid the Court's decision by presenting the continuing media and public interest in the facts and circumstances surrounding the government's raid on U.S. Private Vaults. Proposed *Amicus* is a media organization that seeks to inform the public about this government conduct. Where *amicus* provides a perspective different from that of the parties, one that can provide information to aid the Court's decision-making, the filing of an *amicus* brief "should normally be allowed." *Ryan v. Commodity Futures Trading Comm'n.*, 125 F.3d 1062, 1063 (7th Cir. 1997). Media organizations are often permitted to file *amicus* briefs to obtain public access to transcripts or proceedings. *See, e.g.*, *Perry v. Schwarzenegger*, No. 09-cv-02292-WHO, 2020 WL 12632014, at *1 (N.D. Cal., July 9, 2020).

Reason Foundation respectfully requests that the Court grant leave to file the *amicus* brief attached hereto as Exhibit A.

DATED: August 8, 2022

Benjamin N. Gluck
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: /s/ Benjamin N. Gluck
Benjamin N. Gluck
Attorneys for Reason Magazine