Benjamin N. Gluck - State Bar No. 203997
  bgluck@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Reason Magazine

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KIRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | CASE NO. 2:21-CV-04405-RGK-MAR<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIE REASON FOUNDATION** |

3805567.1

1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIE REASON FOUNDATION

Upon consideration of the Motion of Amicus Curie Reason Foundation for Leave to File a Brief of Amicus Curie Reason Foundation in Support of Plaintiffs' Request not to Seal Records in the above-captioned matter, and any opposition thereto, it is hereby **ORDERED** as follows:

Amicus Curie Reason Foundation's Motion is Granted.

**SO ORDERED.**

DATED: August 8, 2022

Hon. R. Gary Klausner, United States District Judge