## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-04405-RGK-MAR | Date | August 9, 2022 |
|---|---|---|---|
| Title | ***Paul Snitko, et al v. United States of America, et al*** | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) Order re Briefing Schedule for Motions to File Amicus Brief [DEs 119, 120]**

Plaintiffs in this action filed their opening trial brief on July 19, 2022, accompanied by an Application to File Under Seal (the "Application"). (ECF Nos. 112, 113.) The Application to File Under Seal is contested and has now been the subject of a response filed by Defendant and a Reply filed by Plaintiffs. (ECF Nos. 116, 117.) Subsequently, two Motions for Leave to File Amicus Briefs regarding the Application (the "Motions") have been filed, one noticed for hearing on August 29, 2022, and one noticed for hearing on September 12, 2022. (ECF Nos. 119, 120.)

The Court Trial in this matter is set for August 23, 2022, and will be taken under submission upon completion of the briefing. In order to resolve the Motions and Application to Seal prior to the Court Trial, the Court **ADVANCES** the hearing dates on both Motions to **August 15, 2022**. Any oppositions to the Motions are due by **August 12, 2022**, after which the Court will take the Motions under submission. No reply briefs may be filed.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer          jre/a