# OPERATION ORDER
# SEARCH PLAN

FBI CASE ID NUMBER: ████████

DEA CASE NUMBER:

FBI FIELD DIVISION / SQUAD: Los Angeles Field Office, Squad WCC 1

DATE PREPARED: March 12, 2021

PLANNED DATE OF OPERATION: Monday, March 22, 2021

CASE TITLE: **U.S Private Vaults et al.** ████████



FBI CASE AGENT: SA Lynne K. Zellhart        PH #: ████
FBI CO-CASE AGENT: SA Madison MacDonald      PH #: ████
DEA CASE AGENT:  SA Justin Carlson           PH#: ████
USPIS CASE AGENT: SA Lyndon Versoza          PH#: ████

APPROVED BY:

*Richard Alexander*

SSA Richard Alexander  PH #: ████

*[signature]*  08/18/2021
ASAC Krysti Hawkins

(Also delegated to ASAC [signature])
SAC Matthew S. Moon

1

FBI0000043A

## EXECUTIVE SUMMARY

FBI Los Angeles (WCC-1), in conjunction with DEA, USPIS and local law enforcement, has been investigating U.S. PRIVATE VAULTS (USPV), a business in Beverly Hills which provides private, anonymous safe deposit boxes. Since approximately 2015, numerous state and federal investigations revealed that the targets of criminal investigations were employing the services of USPV to store criminal proceeds. Separate and unrelated investigations into drug trafficking, human trafficking, enterprise corruption (gambling), racketeering, computer intrusion, insurance fraud and identity theft led investigators to the doorstep of USPV. This repeated contact with USPV and its principals has led investigators to believe that USPV is a hub of criminal activity; a knowing facilitator of money laundering; a knowing facilitator of drug trafficking; a knowing facilitator of tax evasion; and a safe harbor for criminal conduct of every kind. An investigation into the criminal conduct of USPV's principals has resulted in the indictment of U.S. PRIVATE VAULTS, Inc. for drug trafficking and money laundering offenses. Its co-located business, OLYMPIC GOLD & JEWELRY has been implicated as an unindicted co-conspirator.

## MISSION

On March 22, 2021, at 6:00 a.m., Special Agents of the FBI, DEA and USPIS will safely execute the service of Federal search warrants and seizure warrants in the Los Angeles area related to the investigation of USPV and its principals for money laundering, drug trafficking, and fraud. Agents will execute warrants at the residences of each of the four USPV principals, as well as the business itself. In addition, agents will seize and inventory the facilities of the business, including the nest of safe deposit boxes, according to the federal seizure warrant.

## CAUTION STATEMENT

Target George VASQUEZ, manager and security guard at USPV, is known to be armed. Target Michael POLIAK may have ties to Russian organized crime. Target Mark PAUL is extremely surveillance-conscious and is reported to have a sophisticated surveillance system in his residence, which also covers the USPV business.

ALL LAW ENFORCEMENT PERSONNEL WILL COMPLY WITH COVID-19 PROTOCOLS DURING THE SEACH OPERATIONS. AGENTS WILL MAINTAIN PROPER SOCIAL DISTANCING WHEN POSSIBLE, MASKS AND OTHER APPROVED PPE WILL BE PROVIDED AND WORN BY THE SEARCH TEAMS, AND SUBJECTS/OCCUPANTS OF THE SUBJECT PREMISES.

*If your team needs PPE please advise FBI SA Madison MacDonald ASAP*

2

FBI0000044A

**EXHIBIT G**
**292**

## EXECUTION

<u>OVERALL SUMMARY OF PRIMARY PLAN:</u>
Search teams will execute four (4) Federal search warrants at 6:00 a.m. on Monday, March
22, 2021 and one (1) Federal search warrant at 10:00 a.m. the same day. The respective team
leaders will coordinate with the command post regarding the execution of the federal arrests
and searches at their locations.

<u>SPECIFIC DUTIES:</u>
Teams 1-4 will be responsible for searching their assigned location, seizing and processing
evidence, as appropriate.  Searching the residences of the USPV principals will take place
at 6:00 a.m. USPV principals are: Mark Paul (Owner); Mike Poliak (Owner); Hillary and
Steve Barth (former owners, part time managers, and managers/owners of Olympic Gold &
Jewelry); George Vasquez (Manager, Security).  Teams will attempt to interview and obtain
the cooperation of George Vasquez, Hillary Barth, Steve Barth and/or Mark Paul, who each
understand the operation of USPV, including security features, alarm system, computer
system, accessing the vault, etc.

At approximately 6:15 a.m., Beverly Hills Police Department will secure the location of
USPV, set a perimeter and ensure that no one accesses the business until search teams arrive.

Team 5 will execute a search warrant at USPV at 10:00 a.m. (business hours) or as soon as
a cooperating principal can assist agents in entering the business.  Team 5 will seize
evidence itemized in the warrant regarding the underlying crimes (money laundering, fraud,
drug trafficking, etc.).

Team 6 (all shifts) will process and inventory the facilities of USPV, including the nest of
boxes.  [See *Supplemental Instructions on Box Inventory*].

If any legal questions arise regarding evidence at the warrant locations, team leaders should
contact the FBI/Joint Command Post and consult with representatives from the U.S.
Attorney's Office and/or the FBI, DEA or USPIS Legal Unit, as appropriate.

If, during the execution of a federal search warrant, team members encounter individuals
with active warrants, they will advise the command post.

## COORDINATING INSTRUCTIONS

All Team Leaders must complete a tactical operations plan or addendum to this
operations plan to include team members, their contact information, medical trauma
facility, routes of travel, etc. for their location and submit the plan to their respective

3

FBI0000045A

**EXHIBIT G**
**293**

SSA and ASAC, by COB Thursday, March 18, 2021. Copies of these ops plans will be provided to the FBI/Joint Command Post.

Prior to the execution date, all FBI Team Leaders should ensure all Bureau radios are coded with the most current code change and ensure all batteries are charged for their handheld radios.

Each FBI Team Leader will report, via radio or phone, to the FBI/Joint Command Post no later than 5:30 a.m. that their team is at the staging area ready for deployment to their assigned locations.   At 6:00 a.m., all FBI teams will execute their designated search warrants.

## HANDLING OF EVIDENCE:

Teams 1-5 will collect, process, transport and store evidence according to their own agency policies and procedures.  FBI Team leaders will process and transport evidence to FBI Evidence Control Center and complete all appropriate paperwork. Evidence seized at non-FBI search locations will be transferred to FBI custody at a later date as appropriate.

If any legal questions regarding evidence arise at the federal warrant locations, Team Leaders should contact the command post and consult with representatives from the U.S. Attorney's Office and/or the FBI Legal Unit.

Team 6 (all shifts) will inventory the facilities of USPV in compliance with FBI policies and procedures, and as more specifically set out in Supplemental Instructions on Box Inventory.  All evidence will be processed as set out in the Supplemental Instructions on Box Inventory, including cash and valuables.  Uncounted cash will be transported to Loomis directly from USPV; LAFO SWAT will provide security/force protection coverage for transport.

## PAPERWORK:

Team Leaders or their designee(s) will be responsible for all paperwork associated with their search.  All search related paperwork should be completed and filed in Sentinel under ███████
████████████

## TEAM LEADER INSTRUCTIONS

Team Leaders shall scout their assigned locations and be responsible for their team's activities by contacting each law enforcement officer assigned to their team, notifying them of their involvement in this operation, briefing time, and coordinating staging and rally points with them.

4

FBI0000046A

## COMMAND POST LOCATION

FBI, DEA and USPIS will establish a Joint Command Post. Pre-briefing will occur prior to execution of warrants at the FBI main office in Westwood. Once residential warrants have been executed, the FBI Mobile Command Post will deploy to the USPV parking lot, where it will remain for the duration of the operation.

SSA Richard Alexander (FBI) will serve as the command post lead and will be actively monitoring the service of the search warrants to provide up-to-the-minute intelligence to field personnel as necessary. In the event of an AIS or other emergency, individual agencies will follow their established procedures for responding to the incident.

| | | |
|---|---|---|
| SSA Richard Alexander | Cell: ████ | Email: ralexander@fbi.gov |
| GS Todd Boyett (DEA) | Cell: ████ | Email: Todd.M.Boyett@usdoj.gov |
| GS Noah Thompson (USPIS) | Cell: ████ | Email: NMThompson@uspis.gov |

TEAM LEADER NOTIFICATIONS TO JOINT COMMAND POST:

1. Team assembled and ready to brief (0530 Hours).
2. Team commencing execution of warrants (0600 Hours).
3. Location ████
4. Search commenced/completed.
6. Agents clear of location.

## CONTINGENCIES

**TACTICAL:**
Should a barricade or other tactical emergency occur, the Team Leader should notify the Joint Command Post. Appropriate SWAT Teams will respond to any barricades or tactical emergencies.

**LAFO SWAT:**
LAFO SWAT will be on scene and ready to assist on March 22, 2021, with the breaching of USPV, including the external door and the internal vault, if necessary. SWAT will also provide security/force protection coverage for teams transporting cash to Loomis at Montebello, CA, March 23rd through March 26th.

**MEDICAL:**
Each Team Leader shall be responsible for designating a trauma facility within the particular area of their arrest location. Law Enforcement personnel shall also carry IFAKs, brief a plan for a potential emergency medical situation (self-aid, buddy aid, medic aid).

5

FBI0000047A

**EXHIBIT G**
**295**

## ADMINISTRATION & EQUIPMENT



**TRAFFIC/CROWD CONTROL:**
Beverly Hills Police Department will provide traffic control, parking control and will assist in allowing customers of other businesses in the USPV strip mall to access the unrelated business without interfering with law enforcement activities.

**MEDIA:**
Case agents anticipate significant media interest in these activities. All participants should be cognizant of media presence throughout this operation. All media requests should be referred to the FBI Media Liaison or other designated individual(s).

6

FBI0000048A

## FBI DEADLY FORCE POLICY

Law enforcement officers of the Department of Justice may use deadly force only when necessary, that is, when the officer has a reasonable belief that the subject of such force poses an imminent danger of death or serious physical injury to the officer or to another person.

  a) Deadly force may not be used solely to prevent the escape of a fleeing suspect.
  b) Firearms may not be fired solely to disable moving vehicles.
  c) If feasible and to do so would not increase the danger to the officer or others, a verbal warning to submit to the authority of the officer shall be given prior to the use of deadly force.
  d) Warning shots are not permitted.
  e) Officers will be trained in alternative methods and tactics for handling resisting subjects which must be used when the use of deadly force is not authorized by this policy.

This policy is not intended to, and does not create any right or benefit, substantive or procedural, enforceable at law or in equity, against the United States, its departments, agencies, or other entities, its officers or employees, or any other person.

OTHER PARTICIPATING LAW ENFORCEMENT AGENCIES SHOULD FOLLOW THEIR OWN AGENCY'S DEADLY FORCE POLICY.

## FBI POST CRITICAL INCIDENT CHECKLIST



7

FBI0000049A

**EXHIBIT G**
**297**

## Department of Justice Policy Statement On the use of Less-Than-Lethal Devices

I.  Department of Justice (DOJ) law enforcement officers (officers) are authorized to use less-than-lethal devices only as consistent with this policy statement.

II.  Pursuant to this policy statement, less-than-lethal devices:

    A.  Are synonymous with "less lethal," "non-lethal," "non-deadly," and other terms referring to devices used in situations covered by this policy statement; and

    B.  Include, but are not limited to:

        1.  Impact Devices (e.g., batons, bean bag projectiles, baton launcher, rubber projectiles, stingballs);

        2.  Chemical Agents (e.g., tear gas, pepper spray, pepperballs); and

        3.  Conducted Energy Devices (e.g., electronic immobilization, control, and restraint devices).

III.  DOJ officers are authorized to use less-than-lethal devices only in those situations where reasonable force, based on the totality of the circumstances at the time of the incident, is necessary to effectuate an arrest, obtain lawful compliance from a subject, or protect any person from physical harm. Use of less-than-lethal devices must cease when it is no longer necessary to achieve the law enforcement objective.

IV.  DOJ officers are authorized to use only those less-than-lethal devices authorized by their component and that they are trained to use, absent exigent circumstances.

V.  DOJ officers are not authorized to use less-than-lethal devices if voice commands or physical control achieve the law enforcement objective. DOJ officers are prohibited from using less-than-legal devices to punish, harass, or abuse any person.

VI.  Less-than-lethal devices are used with a reasonable expectation that death or serious bodily injury will not result. They are, however, recognized as having the potential to cause death or serious bodily injury, and DOJ officers may use less than-lethal devices as deadly weapons only when authorized under the DOJ Policy Statement on the Use of Deadly Force.

VII.  DOJ officers must make necessary medical assistance available to subjects of less-than-lethal device use as soon as practicable.

VIII.  DOJ components must establish rules and procedures implementing this policy statement. Each component will ensure that state/local officers participating in joint task force operation are aware of and adhere to the policy and its limits on DOJ officers.

IX.  DOJ components must establish training programs and procedures for using less than-lethal devices that are consistent with this policy statement and federal law.

X.  DOJ components must individually establish procedures for documenting, reporting, reviewing, and investigating (as warranted), all incidents involving the use of less-than-lethal devices.

FBI0000050A

**EXHIBIT G**
**298**

XI.  This policy statement is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity, against the United States, its departments, agencies, or other entities, its officers or employees, or any other person.

9

FBI0000051A

## TEAM ASSIGNMENTS*

**SW LOCATIONS OVERVIEW:**

| TARGET/LOCATION | TEAM # |
|---|---|
| LOCATION 1:<br>████████████████ | TEAM 1 – FBI WCC-5<br>Team Leader: FBI SA Brent James |
| LOCATION 2:<br>████████████████ | TEAM 2 – DEA<br>Team Leader: TBD |
| LOCATION 3:<br>████████████████ | TEAM 3 – USPIS<br>Team Leader: SA Mike Reilly<br>████████████ |
| LOCATION 4:<br>████████████████ | TEAM 4 – DEA<br>Team Leader: TBD |
| LOCATION 5:<br>US PRIVATE VAULTS and OLYMPIC GOLD &<br>JEWELRY<br>9182 W. Olympic Blvd.<br>Beverly Hills, CA | TEAM 5 – FBI-WCC-1<br>Team Leader: SA Ryan Heaton |
| USPV | TEAM 6 – ALL<br>INVENTORY TEAM |

*Law enforcement participants for the search warrant operations will be identified on the respective
Ops Order for each location.

10

FBI0000052A

**EXHIBIT G**
**300**

## LAW ENFORCEMENT PARTICIPANTS IN THE OPERATION

Location 1:

████████████████████████████████████

| Names* | Agency | Phone Number |
|--------|--------|--------------|
|  | FBI |  |
|  | FBI |  |
|  | FBI |  |
|  | FBI |  |
|  | FBI |  |
|  | FBI |  |
|  | FBI |  |
|  | FBI |  |
|  | FBI |  |
|  | FBI |  |

*Agents for Location #1 to be entered above upon receipt and approval of the respective Ops Order.

Location 2:

████████████████████████████████████

| Names | Agency | Phone Number |
|-------|--------|--------------|
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |
|  | DEA |  |

11

FBI0000053A

**EXHIBIT G**
**301**

**Location 3:**

| Names | | Agency | Phone Number |
|---|---|---|---|
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |
| | | USPIS | |

**Location 4:**

| Names | Agency | Phone Number |
|---|---|---|
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |
| | DEA | |

12

FBI0000054A

**EXHIBIT G**
**302**

<u>Location 5:</u>
USPV – 9182 W. Olympic Blvd., Beverly Hills, CA
FBI LA – WCC-1

| Names | Agency | Phone Number |
|---|---|---|
| SA Ryan Heaton | FBI | |
| SA Mark Strickland | FBI | |
| SA Elias Guerrero | FBI | ████████ |
| SA Justin Palmerton | FBI | |
| SA Young Oh | FBI | |
| | | |
| | | |
| | | |

## Other Points of Contact:

| Names | Agency | Phone Number |
|---|---|---|
| AUSA Andrew Brown | USAO | |
| Public Affairs Specialist Laura Eimiller | FBI | |
| Evidence Control Center Ricardo Maldonado | FBI | ████████ |
| Chief Division Counsel Anthony Montero | FBI | |
| | | |
| | | |
| | | |
| | | |

13

FBI0000055A

**EXHIBIT G**
**303**