# SUPPLEMENTAL INSTRUCTIONS ON BOX INVENTORY

FBI CASE ID NUMBER:                  ███████████

FBI FIELD DIVISION / SQUAD:          Los Angeles Field Office, Squad WCC-1

DATE PREPARED:                       March 12, 2021

PLANNED DATE OF OPERATION:           Monday, March 22, 2021

CASE TITLE:          U.S Private Vaults et al.

███████████████████████████████████

FBI CASE AGENT: SA Lynne K. Zellhart              PH #: ████████

FBI CO-CASE AGENT: SA Madison MacDonald           PH #: ████████

DEA CASE AGENT:  SA Justin Carlson                PH#: ████████

USPIS CASE AGENT: SA Lyndon Versoza               PH#: ████████


FBI SSA Richard Alexander                         PH# ████████

DEA GS Todd Boyett                                PH# ████████

USPIS GS Noah Thompson                            PH# ████████


PREPARED BY:     SA Lynne K. Zellhart

                 SA Madison MacDonald

FBI0000056A

**EXHIBIT H**
**304**

## SUMMARY:

Pursuant to Federal seizure warrant, agents are authorized to seize the facilities of the target business (USPV) and conduct an inventory of the contents therein. This includes, but is not limited to, the nest of boxes within the USPV vault. Agents estimate that there are approximately 1,600 boxes and about two thirds of the boxes are rented. Agents will search and inventory all boxes according to FBI policies and procedures. All inventoried contents will be processed as described in this memo. All appropriate FBI paperwork will be completed (FD-597, 302s, Chain of Custody, etc.) and filed under ████████████

## GENERAL PROCEDURE:

Two (2) teams of three (3) agents will operate inside the vault at one time to methodically open and inventory each box. Two (2) complete Admin teams will also be on site to assist in processing evidence, completing paperwork and keeping logs. Each box will be treated as a separate "location" and will have a complete set of paperwork.

Teams will operate in six-hour shifts and then hand-off to the next team, ensuring that the team taking over understands the process. Each team will consist of the following:

### Search Team
(1) Team Leader/Inventory List preparation
(1) Videographer
(1) Key removal/searcher/witness

### Admin Team
(1) FBI SA – paperwork
(1) Evidence Techs
(1) Asset Forfeiture person
(1) General Admin person – logs, spreadsheets, misc.

### Security Team
(2) Armed agents guarding sealed cash and valuables;

The inventory of each and every box will be video recorded, and the video recording will be maintained by DEA.

If feasible, teams will remove the front door of the box (see photo) including the key mechanism and box number, in one piece. In the alternative, teams will drill or otherwise remove the key hole/key mechanism of each box without destroying it. The key hole/key mechanism must be preserved. It will be placed in separate bag/container and marked with the USPV box number.

FBI0000057A

**EXHIBIT H**
**305**

Teams will remove the box itself, label and seize it, taking care to preserve possible fingerprint evidence. Teams will then proceed to identify the contents of each box, creating an inventory list. Items will be bagged/boxed and labeled. The following paperwork will be completed:

FD-597 – Receipt of property (one carbon left at USPV)
FD-886 – Evidence Log
Red/Green Labels (for cash, drugs)
Agent Notes
FD-1004 – Chain of Custody

Agents should also note if the box includes a USPV notification form identifying a contact person for the box. Bag and tag the contact form. Agents cannot search the content of boxes for evidence, but may examine the contents to identify the box owner.

Each inventory will likely include the following:

1. USPV box door with lock or lock mechanism
2. Form with emergency contact information
3. The physical box itself
4. The contents (cash, gold, silver, phones, log books, hard drives, etc.)

Team Leader will proceed to the Admin station where Evidence Techs will assist with any packaging and paperwork issues; Evidence Techs will enter evidence into Sentinel. Copy of paperwork will be given to Admin SA who will generate an FD-302. Admin SA can also sign or witness anything that requires a second FBI agent. A copy of the paperwork will go to Asset Forfeiture. All relevant information will be entered into a spreadsheet by an Admin Assistant. General Evidence will be placed in a temporary storage location; Valuables will be placed in Secured Temporary storage pending transport to Loomis or Westwood (see below).

In addition to what has been described, the Admin Team will be responsible for

- Keeping a log of everyone who enters and exits the vault area
- Keeping an Excel Spreadsheet (see attached)
- Assisting with the Management of Evidence Chains of Custody

SECURE EVIDENCE/TRANSPORT
Processed evidence, including cash and valuables, will be placed in one of the USPV "privacy rooms," which is a small separate room the business uses to allow customers to view and access the contents of their boxes. Two (2) armed agents will be placed outside the privacy room, ensuring that no one accesses the evidence after it has been processed, sealed, etc.

FBI Evidence Techs and Asset Forfeiture agents will be working to enter evidence into Sentinel and generate CATS ID numbers for all cash. Once a CATS ID number has been assigned, cash may be transported to Loomis by members of the Loomis/Transport team. Other valuables (gold, silver, jewelry) will remain in the secure holding room until agents are available to

FBI0000058A

**EXHIBIT H**
**306**

transport valuable items to Westwood.  General evidence will be transported to ECC at ████ ████ when feasible.

FBI SWAT will provide security/force protection for the transport of valuables to Loomis (and Westwood, if necessary).

## SECURITY
El Monte PD will provide security at USPV for the duration of the USPV search/seizure operation.

## CASH
Agents anticipate USPV boxes to contain a large amount of US Currency.  US Currency over $5,000 will be placed in an evidence bag (or bags), uncounted.  The bag(s) will be sealed, labeled and witnessed.  This process will be video-recorded.

There will be canine units on scene.  If a canine unit is available, the cash will be taken (by two agents) to the canine unit, where a dog will be employed.  If no canine unit is available, or after canine unit has been employed, cash will be taken to the secure room where it will be stored (under guard) until transported to Loomis.

Search/inventory agents should note the condition of cash and make notes on a separate piece of paper which will be handed to the Admin Team with the other completed paperwork.  Agents should note things such as how the cash is bundled (rubber bands, bank bands); if it has a strong odor (marijuana, soil, gasoline, coffee, chemical, etc.); if there appears to be drug residue present; if a gun is also present; or anything else of note.  Anything which suggests the cash may be criminal proceeds should be noted and communicated to the Admin team.

Search/inventory agents should also note the presence or absence of instructions affixed to the box regarding contact information or ownership.  This information should also be communicated to the Admin team.

As soon as possible, cash will be taken to Loomis, where it will be counted.  Loomis will generate appropriate receipts and the money will be wired to the US Marshals Service.

## LOOMIS TEAM
Cash will be taken to Loomis directly from USPV.  CATS ID numbers will be generated on site, as quickly as possible, and a team of agents will have the sole responsibility of taking uncounted cash to Loomis, collecting receipts and completing paperwork relevant to the transport and disposition of cash.  We anticipate this to occur for several days, until all cash has been counted.  No appointment with Loomis will be required as this operation has been coordinated with Loomis.  FBI SWAT will provide security/force protection for the transport.  SA Justin Palmerton (WCC-1) will be the Loomis Team Leader/Coordinator.

FBI0000059A

**EXHIBIT H**
**307**

## NON-CASH VALUABLES
Non-cash valuables (gold, watches, jewelry) will be collected, heat-sealed, labeled, inventoried and transported to Evidence Control at Westwood where they will be stored until claimed or otherwise disposed as determined appropriate.

## DIGITAL CURRENCY
Evidence of digital currency (e.g. Bitcoin wallet) will be inventoried in the same manner as valuable evidence. Inventory agents shall note the likelihood of the presence of digital currency, and ensure that the Admin Team notes this on the Excel spreadsheet.

## FIREARMS
Firearms will be rendered safe and secured. The ATF agent on stand-by will be contacted and will take all firearms. Agents need to note this in the FD-302. **Firearms will not be submitted into FBI Evidence.**

## DRUGS
If drugs or drug precursors are found in any USPV box, it will be processed according to normal procedures for seizing illegal drugs. Inventory teams should take care to preserve packaging of drug evidence (and external box if possible) for possible fingerprints.

## HAZMAT
If a box appears to contain hazardous material, appropriate HAZMAT team personnel will be contacted to respond and handle the material. All necessary safety precautions will be taken.

## DIGITAL/GENERAL EVIDENCE
All digital and general evidence will be inventoried, processed, labeled and taken to FBI ECC ████████ for storage until the property is claimed or otherwise disposed.

FBI0000060A

**EXHIBIT H**
**308**