FD-302 (Rev. 5-8-10)

- 1 of 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    06/01/2021

    On March 17, 2021, the Honorable Steve Kim, United States Magistrate Judge for the Central District of California, signed a seizure warrant for the facilities of U.S. Private Vaults, including the nest of safe deposit boxes. On March 24, 2021, SA Barbara Johnson and SA Cody Bescript conducted an inventory search of Box # 104, pursuant to that warrant. The following items were found:

#1: White and black box

#2: Executor/conservator notification letter

#3: Vehicle title

#4 Assorted yellow metal coins

See attached FD-597.

Identifying information:

Photos are attached as a 1A package.

| | |
|---|---|
| Investigation on 03/24/2021 at | Beverly Hills, California, United States (In Person) |
| File # | Date drafted 04/14/2021 |
| by RUSCITTI THOMAS F, Cody Vaughn Bescript | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FBI008541

**EXHIBIT K**
**347**

FD-597 (Rev. 4-13-2015)  Page 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

Case ID: ▮▮▮▮▮▮▮▮▮▮

On (date) 3/24/2021   item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _____
(Street Address) 9182 W OLYMPIC BLVD
(City) BEVERLY HILLS, CA 90212

**Description of Item(s):**

Safe Box 104 - General - White and black box

Safe Box 104 - General - executor/conservator notification letter

Safe Box 104 - Vehicle Title

Safe Box 104 - assorted yellow metal coins

Received By: *[signature]*   Received From: _____
(signature)                   (signature)

Printed Name/Title: Barbara Johnson /SA   Printed Name/Title: _____

FBI008547

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Page 1 of 1

Date: 3/24/2021    Case ID: ▆▆▆▆
Location: 9182 W Olympic BLVD
          Beverly Hills, CA 90212
Preparer/Assistants:

Personnel (full names and initials):
Barbara Johnson _____    Cody Bescript _____

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name)) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | Safe Box 104 - General - White and black box | | Box 104 | 1⁄3 1107   Barbara Johnson S / Cody Bescript W | | E 69619617 |
| 2 | Safe Box 104 - General - executor/conservator notification letter | | Box 104 | 1⁄3 1108   Barbara Johnson / Cody Bescript | | E 6961966 |
| 3 | Safe Box 104 - Vehicle Title | | Box 104 | 1⁄3 1109   Barbara Johnson / Cody Bescript ⓢ | | E 69619665 |
| 4 | Safe Box 104 - assorted yellow metal coins | | Box 104 | 1⁄3 1110   Barbara Johnson / Cody Bescript ⓑ | | E 69619664 |

FBI008548

**EXHIBIT K**
**349**