DEPOSITION OF PAUL SNITKO, JULY 14, 2022

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                       WESTERN DIVISION

 4

 5   PAUL SNITKO, JENNIFER SNITKO,      )
     JOSEPH RUIZ, TYLER GOTHIER,        )
 6   JENI VERDON-PEARSONS, MICHAEL      )
     STORC, and TRAVIS MAY,             )
 7                                      )
                   Plaintiffs,          )
 8                                      )  CASE NO.
                vs.                     )  2:21-cv-04405-
 9                                      )  RGK-MAR
     UNITED STATES OF AMERICA, TRACY L. )
10   WILKISON, in her official capacity )
     as Acting United States Attorney   )
11   for the Central District of        )
     California, and KRISTI KOONS       )
12   JOHNSON, in her official capacity  )
     as an Assistant Director of the    )
13   Federal Bureau of Investigation,   )
                                        )
14                 Defendants.          )
     _____)
15

16       REMOTE DEPOSITION OF PAUL SNITKO, taken on behalf

17   of the Defendants, at Los Angeles, California, commencing

18   at 11:04 a.m., Thursday, July 14, 2022, before

19   ANN BONNETTE, California C.S.R. No. 6108, Louisiana C.C.R.

20   No. 85135, Registered Professional Reporter No. 22501,

21   Certified LiveNote Reporter No. 060604-01, Certified

22   Manager of Reporting Services, AAERT Certified Digital

23   Court Reporter and Transcriptionist No. D-368, pursuant to

24   Notice.

25                            * * *
```

DEPOSITION OF PAUL SNITKO, JULY 14, 2022

```
 1  APPEARANCES:

 2  For Plaintiffs:

 3  THE INSTITUTE FOR JUSTICE
    BY:  MICHAEL GREENBERG, Attorney at Law
 4  901 North Glebe Road
    Suite 900
 5  Arlington, Virginia   22203
    (703) 682-9320
 6  mgreenberg@jj.org

 7

 8  For Defendants:

 9  TRACY L. WILKISON
    BY:  VICTOR RODGERS, Assistant United States Attorney
10  312 North Spring Street, 14th Floor
    Los Angeles, California   90012
11  (213) 894-2569
    victor.rodgers@usdoj.gov
12

13  Also Present:

14  Claudine Meziere-Metoyer, Moderator

15

16

17

18

19

20

21

22

23

24

25
```

DEPOSITION OF PAUL SNITKO, JULY 14, 2022

```
 1                     I N D E X

 2   WITNESS            EXAMINATION              PAGE

 3   PAUL SNITKO        By Mr. Rodgers             5

 4

 5

 6

 7

 8                     E X H I B I T S

 9   DEFENDANTS'                                 PAGE

10    5002    Paul Snitko 8/26/21 Declaration     22

11    5003    Plaintiff Paul Snitko's Responses to
              Defendants' First Set of Interrogatories 23
12
      5004    U.S. Private Vaults Executor
13            Conservator Notification Letter     28

14    5005    Receipt                             30

15

16

17              INFORMATION REQUESTED

18                      None

19

20

21              UNANSWERED QUESTIONS

22                      None

23

24

25
```

DEPOSITION OF PAUL SNITKO, JULY 14, 2022

9



24   Q   Do you recall ever filling out any
25 U.S. Private Vaults paperwork?

DEPOSITION OF PAUL SNITKO, JULY 14, 2022

```
 1    A    I filled out an executor letter that was taped
 2  to the top of my box.
 3    Q    Is there any other paperwork you recall filling
 4  out?
 5    A    Not that I recall.  No.
 6    Q    Okay.  And when did you tape that executive --
 7  executor paperwork to your box in relationship to your
 8  opening of the box?  Was it the same day you opened the
 9  box?  Was it weeks after you opened the box?  Was it
10  months after you opened the box?  Years?  Do you have any
11  estimate?
12    A    It was not the same day.  I took the letter
13  home, discussed it with my wife.  And I believe, although
14  I am not going to say for certain, it was within two
15  weeks.  But, again, I am not certain of something that
16  happened in 2017.
17    Q    Okay.  What box did you rent at
18  U.S. Private Vaults?  Do you recall the box number?
19    A    Absolutely.  7701.
20  ███████████████████████████████████████
21  ███████████████████████████████████████
22  ███████████████████████████████████████
23  ███████████████████████████████████████
24  ███████████████████████████████████████
25  ███████████████████████████████████████
```

DEPOSITION OF PAUL SNITKO, JULY 14, 2022



```
10      Q    Okay.  When the government took possession of
11  the items in your box, what was situated in your box?
12      A    Are you referring to the property that was in my
13  box?  Are you looking for a rough inventory?
14      Q    Yes.  To the extent you remember the property
15  that was situated in your box, please tell me what that
16  property was.
17      A    Sure.  There were -- there was some jewelry,
18  low- or no-value jewelry, you know, primarily family
19  heirloom items.  My -- I had a couple of my father's
20  watches.  I had a service history watch from one of the
21  companies that I worked at in there.  I had my flight log
22  in there.  I'm a private pilot.  I had a copy of my
23  father's will.  We had some official documents, I believe
24  a marriage certificate, baptismal certificate.
25           There were others I can't quite recall, but
```

```
 1   there were other official documents in the -- in the box.
 2       Q   I'm sorry.
 3       A   There were some backup hard drives of my home PC
 4   and memory cards.
 5           That's -- my wife's -- and my wife had some
 6   jewelry and some collectible coins and things like that.
 7       Q   To your knowledge, have all of those items been
 8   returned to you and your wife?
 9       A   Yes.
10       Q   Okay.  My question was a little ambiguous.
11           Those items have been returned; correct?
12       A   Yes.
```



DEPOSITION OF PAUL SNITKO, JULY 14, 2022



18 Q Okay. Do you have any personal knowledge that
19 the government has conducted a criminal investigation
20 against you as a result of the government's knowledge of
21 the contents of the box?
22 A No.
23 Q Do you have any personal knowledge that the
24 government intends to conduct in the future a criminal
25 investigation against you as a result of the government's

DEPOSITION OF PAUL SNITKO, JULY 14, 2022

```
 1   knowledge of the contents of your box?
 2       A    No.
 3       Q    Do you have any personal knowledge that the
 4   government intends to file in the future a criminal case
 5   against you as a result of the government's knowledge of
 6   the content of your box?
 7       A    No.
 8       Q    Are you concerned that a rogue agent may use the
 9   information the government discovered by examining the
10   contents of your box to publicly shame you?
11       A    Yes.  It's a concern.  Data breaches happen all
12   the time.  Employees have different motives, disgruntled
13   employees.  Who knows?  I mean, it could be -- it could be
14   specific to me.  It could be part of a broadbrush
15   disclosure.
16       Q    Are you aware of any rogue agent or disgruntled
17   agent using information that he or she found inside your
18   box to publicly shame you?
19       A    No.
20   
21   
22   
23   
24   
25   
```



DEPOSITION OF PAUL SNITKO, JULY 14, 2022



13  Q   Now, your concern that the government may use
14 information it has learned about you as a result of taking
15 possession of your box because you're concerned that a
16 rogue agent may use it to publicly shame you or share it
17 with your business or political rivals, do you have any
18 personal knowledge that a rogue agent has used any of the
19 information the government obtained in taking possession
20 of your box to share it with your business or political
21 rivals?
22  A   No.
23  Q   Do you have any information that the government
24 has lost, mishandled, or any information that the
25 government obtained for your -- from your box as being

DEPOSITION OF PAUL SNITKO, JULY 14, 2022

```
1   subject to a cyber breach?
2       A    No.
```



DEPOSITION OF PAUL SNITKO, JULY 14, 2022

28



9   Q   To be clear, you testified that you have no
10  personal knowledge of whether the government is taking any
11  steps to utilize the information it has obtained about you
12  to investigate you; is that correct?
13      A   Yes.
14      Q   Okay.  I am going to ask the moderator to
15  provide to the court reporter a document that's titled
16  Snitko Executor Letter Plaintiff 56.
17          This will be Exhibit 5004.
18          (Defendants' Exhibit Number 5004 was
19           marked for identification and is
20           attached hereto.)
21  BY MR. RODGERS:
22      Q   I will ask you, Mr. Snitko, to review
23  Exhibit 5004 and advise me when you have completed your
24  review.
25      A   Okay.  Keep scrolling.

DEPOSITION OF PAUL SNITKO, JULY 14, 2022

```
 1            Keep going.
 2            All right.  Keep going.
 3            Yes.  This is all -- this is all boilerplate.
 4  You can keep going for completeness.  Yes.  Okay.
 5       Q    You have had an opportunity to review
 6  Exhibit No. 5004, which is the "U.S. Private Vaults
 7  Executor Conservator Notification Letter"?
 8       A    Yes.  I filled it out.
 9       Q    Okay.  That was going to be my next question.
10            The signature on the second page, at the bottom
11  of the page, is yours; correct?
12       A    That is correct.
13       Q    Okay.  And the document is dated on that page
14  April 26, 2017.
15            Do you observe that?
16       A    I do.
17       Q    Do you have any reason to doubt that you signed
18  this document on or about April 26, 2017?
19       A    No.
20       Q    Okay.  Does this refresh your recollection as to
21  when you first rented a box at U.S. Private Vaults?
22       A    Does it refresh --
23       Q    Sure.
24       A    Because, I mean, obviously, you know, you're
25  not -- I had to rent a box before I got the executor
```

DEPOSITION OF PAUL SNITKO, JULY 14, 2022

1  letter.  So it would have been on or about 4/25/17, as it
2  states there.  So -- actually it says -- so yeah, 4/25/17
3  would have been the date.
4      Q    Okay.  Yes.  Thank you.
5           Now, did you update this letter from time to
6  time?
7      A    That is -- that is something I do not know.
8      Q    Okay.  Was a copy of this letter placed inside
9  an envelope taped to your U.S. Private Vaults box?
10     A    Yes.

```
 1   STATE OF CALIFORNIA    )
                            ) ss.
 2   COUNTY OF LOS ANGELES  )

 3

 4        I, ANN BONNETTE, C.S.R. No. 6108, do hereby

 5   certify:

 6        That prior to being examined, the witness named in

 7   the foregoing deposition, PAUL SNITKO, was by me

 8   administered an oath to testify the truth, the whole

 9   truth, and nothing but the truth;

10        That said deposition was taken before me at the

11   time and place therein set forth and was taken down by me

12   in shorthand and transcribed into computer-generated text

13   under my direction and supervision; and I hereby certify

14   the foregoing transcript of my shorthand notes so taken.

15        I further certify that I am neither counsel for nor

16   related to any party to said action nor in any way

17   interested in the outcome thereof.

18        IN WITNESS WHEREOF, I have hereunto subscribed my

19   name this 18th day of July, 2022.

20

21

22                              _____
                                        ANN BONNETTE
23

24

25
```