DEPOSITION OF JENNIFER SNITKO, JULY 14, 2022

1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

```
PAUL SNITKO, JENNIFER SNITKO,        )
JOSEPH RUIZ, TYLER GOTHIER,          )
JENI VERDON-PEARSONS,                )
MICHAEL STORC, and TRAVIS MAY,       )
                                     )
               Plaintiffs,           )
                                     )  CASE NO.
            vs.                      )  2:21-cv-04405-
                                     )  RGK-MAR
UNITED STATES OF AMERICA, TRACY L.   )
WILKISON, in her official capacity   )
as Acting United States Attorney     )
for the Central District of          )
California, and KRISTI KOONS         )
JOHNSON, in her official capacity    )
as an Assistant Director of the      )
Federal Bureau of Investigation,     )
                                     )
               Defendants.           )
_____)
```

REMOTE DEPOSITION OF JENNIFER SNITKO, taken on behalf of the Defendants, at Los Angeles, California, commencing at 10:04 a.m., Thursday, July 14, 2022, before ANN BONNETTE, California C.S.R. No. 6108, Louisiana C.C.R. No. 85135, Registered Professional Reporter No. 22501, Certified LiveNote Reporter No. 060604-01, Certified Manager of Reporting Services, AAERT Certified Digital Court Reporter and Transcriptionist No. D-368, pursuant to Notice.

\* \* \*

DEPOSITION OF JENNIFER SNITKO, JULY 14, 2022

```
 1   APPEARANCES:

 2   For Plaintiffs:

 3   THE INSTITUTE FOR JUSTICE
     BY:  MICHAEL GREENBERG, Attorney at Law
 4   901 North Glebe Road
     Suite 900
 5   Arlington, Virginia   22203
     (703) 682-9320
 6   mgreenberg@jj.org

 7


 8   For Defendants:

 9   TRACY L. WILKISON
     BY:  VICTOR RODGERS, Assistant United States Attorney
10   312 North Spring Street, 14th Floor
     Los Angeles, California   90012
11   (213) 894-2569
     victor.rodgers@usdoj.gov
12


13   Also Present:

14   Claudine Meziere-Metoyer, Moderator

15

16

17

18

19

20

21

22

23

24

25
```

DEPOSITION OF JENNIFER SNITKO, JULY 14, 2022

```
 1                      I N D E X

 2    WITNESS              EXAMINATION              PAGE

 3    JENNIFER SNITKO      By Mr. Rodgers             5

 4

 5

 6

 7                     E X H I B I T S

 8                  (No exhibits offered.)

 9

10

11

12              INFORMATION REQUESTED

13                       None

14

15

16

17              UNANSWERED QUESTIONS

18                       None

19

20

21

22

23

24

25
```

**EXHIBIT P**
**376**

DEPOSITION OF JENNIFER SNITKO, JULY 14, 2022



```
23    Q    When the government took possession of the items
24  that you and your husband stored at U.S. Private Vaults,
25  what items were inside the box, to your knowledge?
```

DEPOSITION OF JENNIFER SNITKO, JULY 14, 2022

```
 1    A    Okay.  So the items inside our box -- and this
 2  is to the best of my knowledge or my memory -- were
 3  personal papers.  I think we had a copy of our marriage
 4  certificate, our passports, baptismal certificates,
 5  personal private documents that were personal to us.
 6         And I had I think a necklace and a couple
 7  bracelets.  My husband had watches, his father's watch
 8  from the railroad that he gave to my husband.  I think --
 9  again, I'm not absolutely certain, I believe my husband's
10  class ring from USC was in the box.
11         We had a couple backup hard drives.
12         Those are the things that come to my mind off
13  the top of my head.
14    Q    Did either you or your husband store a flight
15  log in your box at U.S. Private Vaults?
16    A    Yes.  My husband's flight log was in the box.
17    Q    Have all those items been returned to you?
18    A    Yes.  The items that were in our box have been
19  returned to us.
20  [REDACTED]
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]
```



```
16    Q    Are you concerned that the government in the
17  future may use the information it obtained as a result of
18  taking possession of the contents of your box to
19  criminally investigate you in the future?
20    A    That's -- hmm.  Yes.  In the sense -- not in the
21  sense that I have done anything wrong, but concerned that
22  there could be someone who decides to try and do something
23  against me potentially because -- well, for unknown
24  reasons.
25    Q    Are you aware of any criminal investigation that
```

1  the government has conducted against you to date?

2  A   Other than what -- the seizure of my box?

3  Q   Leaving aside whether or not the seizure of your
4  box constitutes a criminal investigation, are you aware of
5  whether the government has taken any steps to criminally
6  investigate you?

7  A   Aside from this incident, I am not aware.

8  Q   Aside from the government taking possession of
9  your box, are you aware of any facts that the government
10 intends to use the details it learned about you sometime
11 in the future in order to conduct a criminal
12 investigation?

13 A   I am not aware of that.

14 Q   Are you aware of any fact that the government
15 intends to file criminal charges against you as a result
16 of the government's knowledge of the contents of your box?

17 A   I am not currently aware of that.

18 Q   Are you suffering injury because a rogue agent
19 may use the information that the government acquired as a
20 result of taking possession of your box to publicly shame
21 you?

22     MR. GREENBERG:  Objection.  Calls for a legal
23 conclusion.

24     You can go ahead, Jennifer.

25     THE WITNESS:  I'm sorry.  Can you repeat the

24

DEPOSITION OF JENNIFER SNITKO, JULY 14, 2022

```
 1   question?

 2   BY MR. RODGERS:

 3       Q    Sure.

 4            Are you concerned that a rogue agent may use the

 5   information the government obtained as a result of taking

 6   possession of the contents of your box to publicly shame

 7   you?

 8       A    Given my attorney's objection, I'm concerned

 9   that it's a possibility.

10       Q    Are you aware of any facts that a rogue

11   government information (sic) has used the information that

12   the government obtained from taking the contents of your

13   box to publicly shame you?

14       A    I am not currently aware of that.
```

[Lines 15-25 redacted]

DEPOSITION OF JENNIFER SNITKO, JULY 14, 2022

```
1   STATE OF CALIFORNIA    )
                           ) ss.
2   COUNTY OF LOS ANGELES  )

3

4       I, ANN BONNETTE, C.S.R. No. 6108, do hereby
5   certify:
6       That prior to being examined, the witness named in
7   the foregoing deposition, JENNIFER SNITKO, was by me
8   administered an oath to testify the truth, the whole
9   truth, and nothing but the truth;
10      That said deposition was taken before me at the
11  time and place therein set forth and was taken down by me
12  in shorthand and transcribed into computer-generated text
13  under my direction and supervision; and I hereby certify
14  the foregoing transcript of my shorthand notes so taken.
15      I further certify that I am neither counsel for nor
16  related to any party to said action nor in any way
17  interested in the outcome thereof.
18      IN WITNESS WHEREOF, I have hereunto subscribed my
19  name this 18th day of July, 2022.
20
21
22                              _____
23                                   ANN BONNETTE
24
25
```

Huntington Court Reporters & Transcription, Inc.
1-626-792-6777

**EXHIBIT P**
**382**