DEPOSITION OF JOSEPH RUIZ, JULY 14, 2022

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                      WESTERN DIVISION

 4


 5   PAUL SNITKO, JENNIFER SNITKO,      )
     JOSEPH RUIZ, TYLER GOTHIER,        )
 6   JENI VERDON-PEARSONS, MICHAEL      )
     STORC, and TRAVIS MAY,             )
 7                                      )
                     Plaintiffs,        )
 8                                      )   CASE NO.
                  vs.                   )    2:21-cv-04405-
 9                                      )    RGK-MAR
     UNITED STATES OF AMERICA, TRACY L. )
10   WILKISON, in her official capacity )
     as Acting United States Attorney   )
11   for the Central District of        )
     California, and KRISTI KOONS       )
12   JOHNSON, in her official capacity  )
     as an Assistant Director of the    )
13   Federal Bureau of Investigation,   )
                                        )
14                   Defendants.        )
     _____)

15

16          REMOTE DEPOSITION OF JOSEPH RUIZ, taken on behalf

17   of the Defendants, at Los Angeles, California, commencing

18   at 1:31 p.m., Thursday, July 14, 2022, before

19   ANN BONNETTE, California C.S.R. No. 6108, Louisiana C.C.R.

20   No. 85135, Registered Professional Reporter No. 22501,

21   Certified LiveNote Reporter No. 060604-01, Certified

22   Manager of Reporting Services, AAERT Certified Digital

23   Court Reporter and Transcriptionist No. D-368, pursuant to

24   Notice.

25                          * * *
```

**EXHIBIT Q**
**383**

DEPOSITION OF JOSEPH RUIZ, JULY 14, 2022

```
 1   APPEARANCES:

 2   For Plaintiffs:

 3   THE INSTITUTE FOR JUSTICE
     BY:  ROBERT FROMMER, Attorney at Law
 4   901 North Glebe Road
     Suite 900
 5   Arlington, Virginia  22203
     (703) 682-9320
 6   mgreenberg@jj.org

 7

 8   For Defendants:

 9   TRACY L. WILKISON
     BY:  VICTOR RODGERS, Assistant United States Attorney
10   312 North Spring Street, 14th Floor
     Los Angeles, California  90012
11   (213) 894-2569
     victor.rodgers@usdoj.gov

12

13   Also Present:

14   Claudine Meziere-Metoyer, Moderator

15

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT Q**
**384**

DEPOSITION OF JOSEPH RUIZ, JULY 14, 2022

```
 1                        I N D E X

 2    WITNESS                  EXAMINATION                    PAGE

 3    JOSEPH RUIZ          By Mr. Rodgers                   5, 29

 4                         By Mr. Frommer                      26

 5

 6

 7

 8                      E X H I B I T S

 9                   (No exhibits offered.)

10

11

12

13                 INFORMATION REQUESTED

14                          None

15

16

17

18                 UNANSWERED QUESTIONS

19                      Page   Line

20                       30     25

21

22

23

24

25
```

DEPOSITION OF JOSEPH RUIZ, JULY 14, 2022



18          Are you personally aware of the government

19   conducting a criminal investigation against you?

20          A    Not that I know.

DEPOSITION OF JOSEPH RUIZ, JULY 14, 2022



13    Q    As you sit here today, do you have any personal

14  knowledge that the government intends in the future to

15  charge you with a crime based on what the government

16  learned about you as a result of taking possession of the

17  money in your box?

18    A    Not that I know of.

```
 1   STATE OF CALIFORNIA       )
                               ) ss.
 2   COUNTY OF LOS ANGELES     )

 3

 4        I, ANN BONNETTE, C.S.R. No. 6108, do hereby

 5   certify:

 6        That prior to being examined, the witness named in

 7   the foregoing deposition, JOSEPH RUIZ, was by me

 8   administered an oath to testify the truth, the whole

 9   truth, and nothing but the truth;

10        That said deposition was taken before me at the

11   time and place therein set forth and was taken down by me

12   in shorthand and transcribed into computer-generated text

13   under my direction and supervision; and I hereby certify

14   the foregoing transcript of my shorthand notes so taken.

15        I further certify that I am neither counsel for nor

16   related to any party to said action nor in any way

17   interested in the outcome thereof.

18        IN WITNESS WHEREOF, I have hereunto subscribed my

19   name this 18th day of July, 2022.

20

21

22                              _____
                                        ANN BONNETTE
23

24

25
```

**EXHIBIT Q**
**388**