DEPOSITION OF TYLER GOTHIER, JULY 13, 2022

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4   SNITKO, et al.,                )
                                    )
 5                                  )
            Plaintiff,              )
 6                                  )
          v.                        )Case No. 2:21-cv-04405
 7                                  )        RGK-MAR
     UNITED STATES OF AMERICA,      )
 8   et al.,                        )
                                    )
 9            Defendants.           )
     _____)
10

11

12

13

14

15          Deposition of TYLER GOTHIER, taken on behalf

16   of Defendants, at ZOOM, Los Angeles, California,

17   commencing at 10:03 a.m. on Wednesday, July 13, 2022,

18   before Katherine Jones, CSR 10097.

19

20

21

22

23

24

25
```

**EXHIBIT R**

**389**

DEPOSITION OF TYLER GOTHIER, JULY 13, 2022

```
 1   APPEARANCES OF COUNSEL:

 2


 3        For PLAINTIFF:

 4             Institute for Justice
               BY: ROBERT FROMMER, ESQ.
 5             901 North Glebe Road
               Suite 900
 6             Arlington, Virginia 22203
               701 682-9320
 7             rfrommer@ij.org

 8


 9        For DEFENDANTS:

10             UNITED STATES ATTORNEY'S OFFICE
               BY: VICTOR RODGERS, ESQ.
11             312 North Spring Street
               14th Floor
12             Los Angeles, California 90012
               213 894-4442
13             Victor.Rodgers@usdoj.gov

14


15        Also Present:

16             JOSEPH GAY, ESQ., Institute for Justice

17             MIKE GREENBURG, ESQ., Institute for Justice

18

19

20

21

22

23

24

25
```

**EXHIBIT R**

**390**

DEPOSITION OF TYLER GOTHIER, JULY 13, 2022

```
 1                         I N D E X

 2    WITNESS              EXAMINED BY                PAGE:

 3    TYLER GOTHIER

 4                          BY MR. RODGERS              5

 5

 6

 7    EXHIBITS FOR IDENTIFICATION:

 8    Exhibit No.:                                   Page:

 9    Exhibit 5000  Executor/Conservator             33
                    Notification Letter
10

11    Exhibit 5001  Federal Bureau of Investigation  36
                    Letter to Tyler Gothier
12                  Plaintiff's 20 - 26

13

14

15

16                  INFORMATION REQUESTED

17                        None

18

19

20                  UNANSWERED QUESTIONS

21                        None

22

23

24

25
```

**EXHIBIT R**
**391**

DEPOSITION OF TYLER GOTHIER, JULY 13, 2022



2   Q        Do you have any personal knowledge of the

3   Government leaking any information concerning what

4   was inside your box to third parties?

5   A        I have no information as to that.

6   Q        Do you have any personal knowledge as to

7   whether the Government has lost any of the

8   information that it has recorded concerning what was

9   inside your box as a result of a cyber breach?

10  A        I couldn't say.

11  Q        So you have no personal knowledge of that;

12  correct?

13  A        Correct.



DEPOSITION OF TYLER GOTHIER, JULY 13, 2022

5   Q        The fact that you received all your

6   property back suggests to you that the Government is

7   not conducting a criminal investigation against you;

8   is that correct?

9        MR. FROMMER:  Objection.  Misstates prior

10   testimony.

11        THE WITNESS:  As of this moment in time,

12   yes.

13   BY MR. RODGERS:

14   Q        Okay.  Now, do you have any personal

15   knowledge as to whether in the future the Government

16   intends to conduct a criminal investigation against

17   you?

18   A        I do not.

DEPOSITION OF TYLER GOTHIER, JULY 13, 2022

```
 1   STATE OF CALIFORNIA      )
                              )
 2   COUNTY OF LOS ANGELES    )

 3

 4        I, Katherine Jones, a Certified Shorthand

 5   Reporter, do hereby certify:

 6        That prior to being examined, the witness in the

 7   foregoing proceedings was by me duly sworn to testify to

 8   the truth, the whole truth, and nothing but the truth;

 9        That said proceedings were taken before me at the

10   time and place therein set forth and were taken down by

11   me in shorthand and thereafter transcribed into

12   typewriting under my direction and supervision;

13        I further certify that I am neither counsel for,

14   nor related to, any party to said proceedings, not in

15   anywise interested in the outcome thereof.

16        In witness whereof, I have hereunto subscribed my

17   name.

18

19   Dated: July 20, 2022

20

21

22

23   _____

24   Katherine Jones
     CSR No. 10097
25
```

**EXHIBIT R**

**394**