REMOTE DEPOSITION OF JENI VERDON PEARSONS, JULY 15, 2022

1

```
          IN THE UNITED STATES DISTRICT COURT

         FOR THE CENTRAL DISTRICT OF CALIFORNIA

                    WESTERN DIVISION


PAUL SNITKO, JENNIFER SNITKO,      )
JOSEPH RUIZ, TYLER GOTHIER,        )
JENI VERDON-PEARSONS, MICHAEL      )
STORC, and TRAVIS MAY,             )
                                   )
              Plaintiffs,          )
                                   ) CASE NO.
         vs.                       )   2:21-cv-04405-
                                   )   RGK-MAR
UNITED STATES OF AMERICA, TRACY L. )
WILKISON, in her official capacity )
as Acting United States Attorney   )
for the Central District of        )
California, and KRISTI KOONS       )
JOHNSON, in her official capacity  )
as an Assistant Director of the    )
Federal Bureau of Investigation,   )
                                   )
              Defendants.          )
_____)


     REMOTE DEPOSITION OF JENI VERDON-PEARSONS, taken on

behalf of the Defendants, at Los Angeles, California,

commencing at 11:00 a.m., Friday, July 15, 2022, before

ANN BONNETTE, California C.S.R. No. 6108, Louisiana C.C.R.

No. 85135, Registered Professional Reporter No. 22501,

Certified LiveNote Reporter No. 060604-01, Certified

Manager of Reporting Services, AAERT Certified Digital

Court Reporter and Transcriptionist No. D-368, pursuant to

Notice.

                        * * *
```

REMOTE DEPOSITION OF JENI VERDON PEARSONS, JULY 15, 2022

```
 1   APPEARANCES:

 2   For Plaintiffs:

 3   THE INSTITUTE FOR JUSTICE
     BY:  MICHAEL GREENBERG, Attorney at Law
 4   901 North Glebe Road
     Suite 900
 5   Arlington, Virginia  22203
     (703) 682-9320
 6   mgreenberg@jj.org

 7


 8   For Defendants:

 9   TRACY L. WILKISON
     BY:  VICTOR RODGERS, Assistant United States Attorney
10   312 North Spring Street, 14th Floor
     Los Angeles, California  90012
11   (213) 894-2569
     victor.rodgers@usdoj.gov
12

13   Also Present:

14   Claudine Meziere-Metoyer, Moderator

15

16

17

18

19

20

21

22

23

24

25
```

REMOTE DEPOSITION OF JENI VERDON PEARSONS, JULY 15, 2022

```
 1                    I N D E X

 2   WITNESS                EXAMINATION               PAGE

 3   JENI VERDON-PEARSONS   By Mr. Rodgers              5

 4

 5

 6

 7                      E X H I B I T S

 8   DEFENDANTS'                                      PAGE

 9   5007 - U.S. Private Vaults Executor/Conservator   15
            Notification Letter
10

11

12              INFORMATION REQUESTED

13                       None

14

15

16

17              UNANSWERED QUESTIONS

18                       None

19

20

21

22

23

24

25
```

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2     Q   Okay.  To be clear, other than you and

3 Michael Storc, did anybody else have access to your box at

4 U.S. Private Vaults?

5     A   No.

6     Q   How much currency did you -- did either you or

7 Michael Storc store in your box at U.S. Private Vaults?

8     A   There were -- there was $2,000 in the box.

9     Q   And as I understand it, that $2,000 has not been

10 returned to you; is that correct?

11     A   That is correct.

12     Q   Except for the $2,000 that has not been returned

13 to you, have you or your husband received all of the items

14 that the two of you or one of you stored in your box?

15     A   I believe so.

16–25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



1
2
3
4
5
6
7
8
9
10
11
12
13
14    Q    Okay.  Do you have any personal knowledge that
15   the government has conducted a criminal investigation
16   against you as a result of what you stored in your box?
17    A    Not that I'm aware of.
18    Q    Do you have any personal knowledge that the
19   government intends to conduct in the future a criminal
20   investigation against you as a result of the government's
21   knowledge of what you stored in your box?
22    A    I do not.
23
24
25

1  STATE OF CALIFORNIA    )
                          ) ss.
2  COUNTY OF LOS ANGELES  )

3

4       I, ANN BONNETTE, C.S.R. No. 6108, do hereby

5  certify:

6       That prior to being examined, the witness named in

7  the foregoing deposition, JENI VERDON-PEARSONS, was by me

8  administered an oath to testify the truth, the whole

9  truth, and nothing but the truth;

10      That said deposition was taken before me at the

11 time and place therein set forth and was taken down by me

12 in shorthand and transcribed into computer-generated text

13 under my direction and supervision; and I hereby certify

14 the foregoing transcript of my shorthand notes so taken.

15      I further certify that I am neither counsel for nor

16 related to any party to said action nor in any way

17 interested in the outcome thereof.

18      IN WITNESS WHEREOF, I have hereunto subscribed my

19 name this 18th day of July, 2022.

_____
ANN BONNETTE

Huntington Court Reporters & Transcription, Inc.
1-626-792-6777

**EXHIBIT S**
**400**