REMOTE DEPOSITION OF MICHAEL STORC, JULY 15, 2022

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                         WESTERN DIVISION

 4

 5   PAUL SNITKO, JENNIFER SNITKO,    )
     JOSEPH RUIZ, TYLER GOTHIER,      )
 6   JENI VERDON-PEARSONS, MICHAEL    )
     STORC, and TRAVIS MAY,           )
 7                                    )
                  Plaintiffs,         )
 8                                    ) CASE NO.
              vs.                     )  2:21-cv-04405-
 9                                    )  RGK-MAR
     UNITED STATES OF AMERICA, TRACY L.)
10   WILKISON, in her official capacity)
     as Acting United States Attorney )
11   for the Central District of      )
     California, and KRISTI KOONS     )
12   JOHNSON, in her official capacity)
     as an Assistant Director of the  )
13   Federal Bureau of Investigation, )
                                      )
14                Defendants.         )
     _____)
15

16       REMOTE DEPOSITION OF MICHAEL STORC, taken on behalf

17   of the Defendants, at Los Angeles, California, commencing

18   at 1:31 p.m., Friday, July 15, 2022, before ANN BONNETTE,

19   California C.S.R. No. 6108, Louisiana C.C.R. No. 85135,

20   Registered Professional Reporter No. 22501, Certified

21   LiveNote Reporter No. 060604-01, Certified Manager of

22   Reporting Services, AAERT Certified Digital Court Reporter

23   and Transcriptionist No. D-368, pursuant to Notice.

24                             * * *

25
```

**EXHIBIT T**
**401**

REMOTE DEPOSITION OF MICHAEL STORC, JULY 15, 2022

```
 1   APPEARANCES:

 2   For Plaintiffs:

 3   THE INSTITUTE FOR JUSTICE
     BY:  ROBERT JOHNSON, Attorney at Law
 4   901 North Glebe Road
     Suite 900
 5   Arlington, Virginia  22203
     (703) 682-9320
 6   mgreenberg@jj.org

 7


 8   For Defendants:

 9   TRACY L. WILKISON
     BY:  VICTOR RODGERS, Assistant United States Attorney
10   312 North Spring Street, 14th Floor
     Los Angeles, California  90012
11   (213) 894-2569
     victor.rodgers@usdoj.gov
12


13   Also Present:

14   Claudine Meziere-Metoyer, Moderator

15

16

17

18

19

20

21

22

23

24

25
```

REMOTE DEPOSITION OF MICHAEL STORC, JULY 15, 2022

```
 1                        I N D E X

 2   WITNESS              EXAMINATION                    PAGE

 3   MICHAEL STORC        By Mr. Rodgers                   5

 4

 5

 6

 7                       E X H I B I T S

 8   DEFENDANTS'                                         PAGE

 9   5007 - U.S. Private Vaults Executor/Conservator      22
            Notification Letter
10

11         (Marked in deposition of Jeni Verdons-
            Pearsons, attached hereto for reference)
12

13

14

15                    INFORMATION REQUESTED

16                            None

17

18

19                     UNANSWERED QUESTIONS

20                            None

21

22

23

24

25
```

REMOTE DEPOSITION OF MICHAEL STORC, JULY 15, 2022



16   Q   As of the time the government took possession
17 of the items you stored inside your box at
18 U.S. Private Vaults, were you aware of what was inside
19 your box?
20   A   Yes.
21   Q   What was inside your box as of that time?
22   A   Precious metals, cash, and receipts for the
23 precious metal.
24   Q   Okay. Approximately how much in cash was inside
25 your box at that time?

```
 1      A    $2,000.
 2      Q    How do you know that $2,000 was inside your box
 3   when the government took possession of your box at
 4   U.S. Private Vaults?
 5      A    Because we put it in there and counted it.
 6      Q    When you say "we put it in there," are you
 7   referring to you and Ms. Jeni Parsons?
 8      A    It's actually Jeni Storc.  And yes.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



23

REMOTE DEPOSITION OF MICHAEL STORC, JULY 15, 2022



```
 9         MR. RODGERS:  Okay.  I will ask the moderator to
10   give me control of Exhibit 5007.
11      Q   Mr. Storc, Exhibit 5007 is titled
12   "U.S. Private Vaults Executor/Conservator Notification
13   Letter."
14          Do you observe that?
15      A   Year.
16      Q   And do you see in about the third paragraph
17   there's a reference that says "On September 9, 2017, I
18   rented Safe Deposit Box No. 4301 from
19   U.S. Private Vaults."
20          Do you observe that?
21      A   Yeah.
22      Q   On the last page of the document, there is a
23   reference to "Jeni Pearsons, September 9, 2017."  And
24   there's a signature for Ms. -- well, there's a signature
25   on this page.  There is also a -- handwritten
```

```
 1   ████████████████████████████████████████████
 2         Do you see the "Michael Storc" reference?
 3      A  Yes.
 4      Q  Have you ever seen this document before?
 5      A  I believe so, yeah.
 6      Q  When did you first see it?
 7      A  Well, I would have to assume by the date on that
 8   date above.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23      Q  Mr. Storc, I think we have established that you
24   had currency in your box, precious metals, and receipts
25   for precious metals.
```

25

REMOTE DEPOSITION OF MICHAEL STORC, JULY 15, 2022

1 Did you have anything else inside your box as of
2 the time the government took possession of those items?
3    A   No.
4    Q   Other than the currency that you stored inside
5 your box, has the government returned the other items to
6 you?
7    A   Yes.





```
12    Q    Okay.  Do you have any personal knowledge that
13 the government intends to conduct a criminal investigation
14 against you in the future as a result of what the
15 government learned because it took possession of your box
16 contents?
17    A    I would have no idea, but I wouldn't trust them.
```

REMOTE DEPOSITION OF MICHAEL STORC, JULY 15, 2022



```
 1  
 2  
 3  
 4  
 5  
 6  
 7  
 8  
 9  
10  
11     Q    Okay.  Do you have any personal knowledge that
12  the government intends in the future to file a criminal
13  case against you as a result of the government's knowledge
14  of what was inside your box?
15     A    I wouldn't know that.
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
```

```
 1   STATE OF CALIFORNIA    )
                            ) ss.
 2   COUNTY OF LOS ANGELES  )

 3

 4        I, ANN BONNETTE, C.S.R. No. 6108, do hereby

 5   certify:

 6        That prior to being examined, the witness named in

 7   the foregoing deposition, MICHAEL STORC, was by me

 8   administered an oath to testify the truth, the whole

 9   truth, and nothing but the truth;

10        That said deposition was taken before me at the

11   time and place therein set forth and was taken down by me

12   in shorthand and transcribed into computer-generated text

13   under my direction and supervision; and I hereby certify

14   the foregoing transcript of my shorthand notes so taken.

15        I further certify that I am neither counsel for nor

16   related to any party to said action nor in any way

17   interested in the outcome thereof.

18        IN WITNESS WHEREOF, I have hereunto subscribed my

19   name this 18th day of July, 2022.

20

21

22                              _____
                                         ANN BONNETTE
23

24

25
```

Huntington Court Reporters & Transcription, Inc.
1-626-792-6777

**EXHIBIT T**
**411**