REMOTE DEPOSITION OF TRAVIS MAY, JULY 15, 2022

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                       WESTERN DIVISION

 4

 5   PAUL SNITKO, JENNIFER SNITKO,      )
     JOSEPH RUIZ, TYLER GOTHIER,        )
 6   JENI VERDON-PEARSONS, MICHAEL      )
     STORC, and TRAVIS MAY,             )
 7                                      )
                    Plaintiffs,         )
 8                                      )  CASE NO.
                 vs.                    )   2:21-cv-04405-
 9                                      )   RGK-MAR
     UNITED STATES OF AMERICA, TRACY L. )
10   WILKISON, in her official capacity )
     as Acting United States Attorney   )
11   for the Central District of        )
     California, and KRISTI KOONS       )
12   JOHNSON, in her official capacity  )
     as an Assistant Director of the    )
13   Federal Bureau of Investigation,   )
                                        )
14                  Defendants.         )
     _____)
15

16        REMOTE DEPOSITION OF TRAVIS MAY, taken on behalf of

17   the Defendants, at Hermosa Beach , California, commencing

18   at 10:00 a.m. Pacific Time, Friday, July 15, 2022,  before

19   ANN BONNETTE, California C.S.R. No. 6108, Louisiana C.C.R.

20   No. 85135, Registered Professional Reporter No. 22501,

21   Certified LiveNote Reporter No. 060604-01, Certified

22   Manager of Reporting Services, AAERT Certified Digital

23   Court Reporter and Transcriptionist No. D-368, pursuant to

24   Notice.

25                            * * *
```

REMOTE DEPOSITION OF TRAVIS MAY, JULY 15, 2022

```
 1   APPEARANCES:

 2   For Plaintiffs:

 3   THE INSTITUTE FOR JUSTICE
     BY:  MICHAEL GREENBERG, Attorney at Law
 4          -and-
     BY:  ROBERT FROMMER, Attorney at Law
 5   901 North Glebe Road
     Suite 900
 6   Arlington, Virginia  22203
     (703) 682-9320
 7   mgreenberg@jj.org

 8


 9   For Defendants:

10   TRACY L. WILKISON
     BY:  VICTOR RODGERS, Assistant United States Attorney
11   312 North Spring Street, 14th Floor
     Los Angeles, California  90012
12   (213) 894-2569
     victor.rodgers@usdoj.gov
13


14   Also Present:

15   Claudine Meziere-Metoyer, Moderator

16

17

18

19

20

21

22

23

24

25
```

REMOTE DEPOSITION OF TRAVIS MAY, JULY 15, 2022

| 1 | I N D E X | | |
|---|---|---|---|
| 2 | WITNESS | EXAMINATION | PAGE |
| 3 | TRAVIS MAY | By Mr. Rodgers | 5 |

E X H I B I T S

| | DEFENDANTS' | PAGE |
|---|---|---|
| 9 | 5005 - Travis May Executor/Notification Letter | 14 |
| 10 | 5006 - Receipt 6/29/17, Box 713 | 17 |

INFORMATION REQUESTED

None

UNANSWERED QUESTIONS

None

| | |
|---|---|
| 1 |  |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | As of the time that the government took |
| 10 | possession of the items inside your box in March 2021, |
| 11 | what items were situated inside your box? |
| 12 | A    There was approximately $63,000 in cash, a roll |
| 13 | of 21-ounce gold coins, and one kilo PAMP gold bar. |
| 14 | MR. RODGERS:  I'll ask the court reporter to |
| 15 | repeat the answer.  I was just having a little trouble |
| 16 | hearing. |
| 17 | (The record was read.) |
| 18 | MR. RODGERS:  Thank you. |
| 19 | Q    Has the $63,000 in cash been returned to you? |
| 20 | A    No. |
| 21 | Q    Has cash over and above $63,000 been returned to |
| 22 | you by the government? |
| 23 | A    I have received no cash. |
| 24 | Q    Have you received funds of $63,000 or more from |
| 25 | the government? |

```
 1      A    Yes.
 2      Q    What about the roll of 21-ounce gold, are those
 3 gold coins or some other type of gold?
 4      A    Those are -- so that is a roll of one-ounce
 5 coins in a quantity of 20.  And yes, they are coins.
 6      Q    Okay.  Were those 20 coins returned to you?
 7      A    Yes.
 8      Q    What about the gold bar, was that returned to
 9 you?
10      A    Yes.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```





11  Q   Other than the fact that the government returned
12  the items inside your box, are you aware of any facts that
13  show the government has conducted a -- to date, an
14  investigation against you?
15  A   No.
16  Q   Do you have any personal knowledge that the
17  government intends to conduct in the future a criminal
18  investigation against you as a result of the government's
19  knowledge of the contents of your box?
20  A   No.

```
1   STATE OF CALIFORNIA    )
                           ) ss.
2   COUNTY OF LOS ANGELES  )

3

4        I, ANN BONNETTE, C.S.R. No. 6108, do hereby

5   certify:

6        That prior to being examined, the witness named in

7   the foregoing deposition, TRAVIS MAY, was by me

8   administered an oath to testify the truth, the whole

9   truth, and nothing but the truth;

10       That said deposition was taken before me at the

11  time and place therein set forth and was taken down by me

12  in shorthand and transcribed into computer-generated text

13  under my direction and supervision; and I hereby certify

14  the foregoing transcript of my shorthand notes so taken.

15       I further certify that I am neither counsel for nor

16  related to any party to said action nor in any way

17  interested in the outcome thereof.

18       IN WITNESS WHEREOF, I have hereunto subscribed my

19  name this 18th day of July, 2022.

20

21

22                                _____
                                          ANN BONNETTE
23

24

25
```

Huntington Court Reporters & Transcription, Inc.
1-626-792-6777

**EXHIBIT V**

**420**