**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*
^*Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC,** and **TRAVIS MAY,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON,** in her official capacity as Acting United States Attorney for the Central District of California, and **KRISTI KOONS JOHNSON,** in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**PLAINTIFF JOSEPH RUIZ'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES**<br><br><br>Judge: Hon. R. Gary Klausner<br>Trial Date: July 26, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

PLAINTIFF JOSEPH RUIZ'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**EXHIBIT X**
**423**

1  Plaintiff Joseph Ruiz, through his attorneys, hereby submits these responses
2  to Defendants' First Set of Interrogatories pursuant to Fed. R. Civ. P. 33.

[Lines 3–28 redacted]

2

PLAINTIFF JOSEPH RUIZ'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**EXHIBIT X**
**424**

[Lines 1–9 redacted]

INTERROGATORY NO. 16:

If you contend that any property (including, but not limited to currency, jewelry, gold, silver or documents) the government seized from your safe deposit box at US Private Vaults has not been returned to you by the government, please state all facts that support your contention (including, but not limited to, identifying the currency, jewelry, gold, silver or other items you contend were not returned to you, the date you acquired the property and the date you stored the unreturned property within your box), identify all persons who have knowledge of those facts and state the knowledge each such person possesses and identify all documents that support your response to this interrogatory.

**RESPONSE**: I stored $57,000 in cash in my box. When the government abandoned its quest to forfeit that cash, it did not return that cash. Instead, the government provided substitute funds in that amount via an electronic wire transfer. This discrepancy is documented in August 2021 correspondence between my attorney Robert Johnson and Jessie T. Murray and Kristi. K. Johnson of the FBI, produced at PLTF0016-0017. *See also* Plaintiffs' Notice Regarding Return of Property (Dkt. 69). Besides the parties to this action, their attorneys, and the Court, the government is in the best position to identify any additional persons with

1  knowledge of those facts (and any additional documents reflecting those facts)
2  because they are statements of the government's actions. As discovery remains
3  ongoing, I reserve the right to supplement this response as Defendants produce
4  additional relevant information that will support this contention.



16
PLAINTIFF JOSEPH RUIZ'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**EXHIBIT X**
**426**

|   |   |   |
|---|---|---|
| 1 | ██████████████████████████████ | |
| 2 | | |
| 3 | | |
| 4 | Dated: May 2, 2022 | Respectfully Submitted, |

*[signature]*

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

^*Motion for pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

## VERIFICATION

I, Joseph Ruiz, hereby declare that:

I am a plaintiff in this action. I have read the above responses to Defendants' First Set of Interrogatories. As to the answers, I am informed and believe that the answers are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28 day of APRIL, at Los Angeles, California.

_____
Joseph Ruiz

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that the foregoing Plaintiff Joseph Ruiz's Responses to Defendants' First Set of Interrogatories are complete and correct, and were served on Defendants' counsel via electronic mail and First Class Mail on May 2, 2022 to the following:

Victor Rodgers
Maxwell Coll
Andrew Brown
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
victor.rodgers@usdoj.gov
maxwell.coll@usdoj.gov
andrew.brown@usdoj.gov

_____
Robert Frommer
*Attorney for Plaintiffs*

**EXHIBIT X**
**429**