**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

* *Admitted pro hac vice.*
^*Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br>v.<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**PLAINTIFF TYLER GOTHIER'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS**<br><br><br><br>Judge: Hon. R. Gary Klausner<br>Trial Date: July 26, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

Plaintiff Tyler Gothier, through his attorneys, hereby submits these responses to Defendants' First Set of Requests for Admissions pursuant to Fed. R. Civ. P. 36.

REQUEST FOR ADMISSION NO. 1:

Admit that the government returned to you all of your property contained within your safe deposit box at US Private Vaults.

**RESPONSE**: Admit.

REQUEST FOR ADMISSION NO. 2:

Admit that the government returned to you all of your property the government seized from your safe deposit box at US Private Vaults.

**RESPONSE**: Admit.

Dated: May 2, 2022                                Respectfully Submitted,

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.
^Motion for pro hac vice pending.

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

3
PLAINTIFF TYLER GOTHIER'S RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSIONS

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that the foregoing Plaintiff Tyler Gothier's Responses to Defendants' First Set of Requests for Admissions are complete and correct, and were served on Defendants' counsel via electronic mail and First Class Mail on May 2, 2022 to the following:

Victor Rodgers
Maxwell Coll
Andrew Brown
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
victor.rodgers@usdoj.gov
maxwell.coll@usdoj.gov
andrew.brown@usdoj.gov

_____
Robert Frommer
*Attorney for Plaintiffs*