| | |
|---|---|
| 1 | **THE INSTITUTE FOR JUSTICE** |
| 2 | Robert Frommer* <br> rfrommer@ij.org |
| 3 | Joseph Gay^ <br> jgay@ij.org |
| 4 | 901 N. Glebe Rd., Suite 900 <br> Arlington, VA 22203 <br> Tel. (703) 682-9320 |
| 5 | Robert E. Johnson* |
| 6 | rjohnson@ij.org <br> 16781 Chagrin Blvd., Suite 256 |
| 7 | Shaker Heights, OH 44120 <br> Tel. (703) 682-9320 |
| 8 | * *Admitted pro hac vice.* <br> ^*Pro hac vice application pending.* |
| 9 | **THE VORA LAW FIRM, P.C.** |
| 10 | Nilay U. Vora (SBN 268339) <br> nvora@voralaw.com |
| 11 | Jeffrey Atteberry (SBN 266728) <br> jatteberry@voralaw.com |
| 12 | 201 Santa Monica Blvd., Suite 300 <br> Santa Monica, CA 90401 |
| 13 | Tel. (424) 258-5190 |
| 14 | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,** <br><br> Defendants. | Case No. 2:21-cv-04405-RGK-MAR <br><br> **PLAINTIFF JENNIFER SNITKO'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES** <br><br><br><br> Judge: Hon. R. Gary Klausner <br> Trial Date: July 26, 2022 <br> Complaint Filed: May 27, 2021 <br> Amended Complaint Filed: June 9, 2021 |

PLAINTIFF JENNIFER SNITKO'S RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES

**EXHIBIT AA**
**441**

Plaintiff Jennifer Snitko, through her attorneys, hereby submits these responses to Defendants' First Set of Interrogatories pursuant to Fed. R. Civ. P. 33.

[Remainder of page redacted]



25  INTERROGATORY NO. 14:

26  Please state all facts to support your contention that you have suffered harm
27  as a result of defendant's retention of records created during the search at USPV,
28  identify the harm you suffered, identify all persons who have knowledge of those

1  facts and harm and state the knowledge each such person possesses and identify all
2  documents that support your response to this interrogatory.
3
4  **RESPONSE**: Like all Americans, I have a right to not have the government seize
5  and hold private information concerning my affairs in violation of the Fourth
6  Amendment. I am injured because the government is retaining information that it
7  has no right to possess and may use that information for its criminal investigative
8  purposes. Knowing that the government has copies of very personal information
9  about my family and me—and seems to want to retain that information forever—is
10 very emotionally distressing. My mind races at the improper uses the government
11 may make of that information: Will they use it to criminally investigate me again?
12 Will a rogue agent use it to publicly shame me, or share it with business or political
13 rivals? What if the records are lost, mishandled, or subject to a cyberbreach? These
14 possibilities cause me severe distress. The government should not have these
15 records at all because they are the result of an illegal intrusion into my privacy. The
16 government's initial violation of my privacy and investigation of me shook me to
17 my core. I shudder every day at the thought that the government will use what it
18 learned from that improper search and investigation against me in some way in the
19 future.

| | | |
|---|---|---|
| 3 | Dated: May 2, 2022 | Respectfully Submitted, |

*[signature]*

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

^*Motion for pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

## VERIFICATION

I, Jennifer Snitko, hereby declare that:

I am a plaintiff in this action. I have read the above responses to Defendants' First Set of Interrogatories. As to the answers, I am informed and believe that the answers are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of April, at Pacific Palisades, California.

_Jennifer Snitko_

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that the foregoing Plaintiff Jennifer Snitko's Responses to Defendants' First Set of Interrogatories are complete and correct, and were served on Defendants' counsel via electronic mail and First Class Mail on May 2, 2022 to the following:

Victor Rodgers
Maxwell Coll
Andrew Brown
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
victor.rodgers@usdoj.gov
maxwell.coll@usdoj.gov
andrew.brown@usdoj.gov

_____
Robert Frommer
*Attorney for Plaintiffs*