

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

** Admitted pro hac vice.*
*^Pro hac vice application pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,**<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**PLAINTIFF JENI VERDON-PEARSONS' RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES**<br><br>Judge: Hon. R. Gary Klausner<br>Trial Date: July 26, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

Plaintiff Jeni Verdon-Pearsons, through her attorneys, hereby submits these responses to Defendants' First Set of Interrogatories pursuant to Fed. R. Civ. P. 33.

[redacted]



INTERROGATORY NO. 14:

Please state all facts to support your contention that you have suffered harm as a result of defendant's retention of records created during the search at USPV, identify the harm you suffered, identify all persons who have knowledge of those

facts and harm and state the knowledge each such person possesses and identify all documents that support your response to this interrogatory.

**RESPONSE**: Like all Americans, I have a right to not have the government seize and hold private information concerning my affairs in violation of the Fourth Amendment. I am injured because the government is retaining information that it has no right to possess and may use that information for its criminal investigative purposes. I am deeply worried about the government's continued retention of records created during its search and seizure of my safe-deposit box at USPV because I have no way of knowing to what the government will use those records for and what the downstream consequences for me will be. The government already conducted a criminal investigation into me and sought to civilly forfeit my legally obtained property after it illegally searched and seized my safe-deposit box. I am a law-abiding citizen, but the government's investigating me was a very scary process. I am fearful that the government will use the records it is retaining—that it never should have obtained in the first place—to wrongfully subject me to investigation all over again.

[redacted]

Dated: May 2, 2022

Respectfully Submitted,

**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Joseph Gay^
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

**Admitted pro hac vice.*

*^Motion for pro hac vice pending.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

**VERIFICATION**

I, Jeni Verdon-Pearsons, hereby declare that:

I am a plaintiff in this action. I have read the above responses to Defendants' First Set of Interrogatories. As to the answers, I am informed and believe that the answers are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27 day of April, at Los Angeles, California.

Jeni Verdon-Pearsons

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that the foregoing Plaintiff Jeni Verdon-Pearsons' Responses to Defendants' First Set of Interrogatories are complete and correct, and were served on Defendants' counsel via electronic mail and First Class Mail on May 2, 2022 to the following:

Victor Rodgers
Maxwell Coll
Andrew Brown
Assistant United States Attorney
Asset Forfeiture Section
312 North Spring Street, 14th Floor
Los Angeles, California 90012
Phone 213.894.2569
Fax 213.894.0142
victor.rodgers@usdoj.gov
maxwell.coll@usdoj.gov
andrew.brown@usdoj.gov

Robert Frommer
*Attorney for Plaintiffs*