

**EXHIBIT DD**
**462**



FBI008481

**EXHIBIT DD**
**463**



**EXHIBIT DD**
**464**