```
 1            IN THE UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                     WESTERN DIVISION
 4                         -oOo-
 5
    PAUL SNITKO, JENNIFER SNITKO,   :
 6  JOSEPH RUIZ, TYLER GOTHIER,     :
    JENI VERDON-PEARSONS, MICHAEL   :
 7  STORC, AND TRAVIS MAY,          :
                                    :
 8              Plaintiffs,         :
                                    :
 9  vs.                             :   Case No.
                                    :   2:21-cv-04405-RGK-MAR
10  UNITED STATES OF AMERICA,       :
    TRACY L. WILKISON, in her       :
11  official capacity as Acting     :
    United States Attorney for the  :
12  Central District of California  :
    and KRISTI KOONS JOHNSON, in    :
13  her official capacity as an     :
    Assistant Director of the       :
14  Federal Bureau of               :
    Investigation,                  :
15                                  :
               Defendants.          :
16  ========================================================
17
18          VIDEOCONFERENCE DEPOSITION OF
19                 LYNDON VERSOZA
20            TUESDAY, JUNE 28, 2022
21         WITNESS APPEARING REMOTELY FROM
22              LOS ANGELES, CALIFORNIA
23
24
25  REPORTED BY:        SUSAN E. BELINGHERI, CCR #655
                        NV Firm Lic. #053F
```

```
 1                    APPEARANCES:
 2         (all appearances via videoconference)
 3
                  For the Plaintiffs:
 4
              THE INSTITUTE FOR JUSTICE
 5                 Attorneys at Law
              By:  ROBERT FROMMER, ESQ.
 6            By:  ROBERT E. JOHNSON, ESQ.
              901 N. Glebe Road, Suite 900
 7                 Arlington, VA 22203
 8
                  For the Defendants:
 9
         ASSISTANT UNITED STATES ATTORNEY
10              ASSET FORFEITURE SECTION
              By:  MAXWELL COLL, ESQ.
11       312 North Spring Street, 14th Floor
              Los Angeles, California 90012
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

I N D E X

EXAMINATION:                                                    PAGE

By Mr. Frommer                                                     4


EXHIBITS:         DESCRIPTION                                    PAGE

Exhibit 10        Agent Observations and Notes,

                  FBI0000446,                                      78

Exhibit 11        Affidavit of Handler Brendan

                  Rowland and K-9 Kobra, FBI0004973..   96

Page 56

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18   Q.  Okay.  And from 2018 through 2020, you were part,
19   then, of this multi-agency investigation into U.S.
20   Private Vaults; is that correct?
21   A.  Yes.
22   Q.  Okay.  And did the different agencies -- I'm just
23   interested in just figuring out how this works.  Do
24   different agencies specialize in terms of what -- how --
25   how they contributed to the investigation?

1     A.   Yes.

2     Q.   Could you describe that for me a bit?

3     A.   So at that time DEA was doing a lot of the field

4  work, meaning they were conducting surveillance, they

5  were conducting enforcement actions.  And I was

6  supporting DEA as well, doing similar type of work.  And

7  DEA and the Postal Inspection Service provided money to

8  do undercover buys, undercover purchases, undercover --

9  we raised undercover funds to test the company of their

10 money laundering violations.

11        FBI, at that point, was primarily focused on

12 basically collecting the information we were gathering

13 and putting together an affidavit, among other things.

14    Q.   Okay.  So DEA and USPIS, during this 2018 to 2020

15 time frame, were doing active investigation of the

16 company, including controlled buys, and the FBI was

17 collecting the information for the purposes of

18 ultimately submitting that affidavit.  Is that accurate?

19    A.   Yes.  I might have missed some details, but

20 generally that's about how --

21    Q.   And I'm not -- I'm not asking for --

22    A.   Right.

23    Q.   -- you know, a hundred percent.

24 [redacted]

25 [redacted]

Page 58



24  Q. And so you said most of the time these were --
25  you wouldn't really have formal meetings, it would just

Page 59

```
 1  be over email or phone calls?
 2      A.  Yeah, mostly phone calls, and mostly because we
 3  just have our understanding of how -- what needed to be
 4  done.  So only when -- Justin at the DEA was
 5  spearheading the field work, generally, and when he
 6  needed additional assistance he might call and say, hey,
 7  can you help on surveillance, or do you have -- can you
 8  help -- can your agency put up money to, you know, buy
 9  some drugs, or pay an informant.  Those types of
10  conversations.
11          And we wouldn't be present for all the
12  surveillance operations, or for all the undercover
13  meetings.  It just -- whatever was necessary, Justin
14  would let us know.  Or if we had ideas, we would let him
15  know.
16      Q.  Oh, okay.  All right.
17          So it's more of a -- it's a working group, where
18  you're -- it's not so much formal meetings, but, like,
19  informal requests for assistance and things like that.
20      A.  Yes.
21      Q.  Okay.  And you said the FBI was -- the affidavit
22  for the warrant application for U.S. Private Vaults, was
23  that -- did you have any involvement in that?
24      A.  No.  FBI drafted that.
25  ████████████████████████████████████████████████████████
```

Page 110

1  STATE OF NEVADA    )
                      ) ss.
2  COUNTY OF WASHOE   )

3

4       I, SUSAN E. BELINGHERI, a Certified Court
5  Reporter for the State of Nevada, do hereby certify;
6       That on Tuesday, the 28th day of June, 2022, at
7  the hour of 10:06 a.m. of said day, at the offices of
8  Bonanza Reporting & Videoconference Center, 1111 Forest
9  Street, Reno, Nevada, appeared LYNDON VERSOZA via
10 videoconference, who was duly sworn by me, was thereupon
11 deposed in the matter entitled herein, and that before
12 the proceeding's completion the reading and signing of
13 the deposition has not been requested by the deponent or
14 party;
15      That the foregoing transcript, consisting of
16 pages 1 through 110, is a full, true, and correct
17 transcript of my stenotype notes of said deposition to
18 the best of my knowledge, skill, and ability.
19      I further certify that I am not an attorney or
20 counsel for any of the parties, nor a relative or
21 employee of any attorney or counsel connected with the
22 action, nor financially interested in the action.
23 DATED:  At Reno, Nevada, this 5th day of July, 2022.
24      _____
25      SUSAN E. BELINGHERI, CCR #655