**MICHAEL H. SINGER, LTD.**
**1291 Galleria Drive, Suite 230**
**Henderson, NV  89014**
**(702) 454-2111**
msinger@mhsingerlaw.com

*Sent Via E-Mail*

June 23, 2021

Attn:  Forfeiture Unit
U.S. Department of Justice
Federal Bureau of Investigation

      Re:   <u>U.S. Private Vaults / Notice of Seizure of Property
                and Initiation of Administration Forfeiture Proceedings</u>

Dear Federal Bureau of Investigation:

      A claim dated June 9, 2021, executed my me was submitted electronically to the Federal Bureau of Investigation on or about June 11, 2021, on behalf of my client U.S. Private Vaults and directed to the Federal Bureau of Investigation's administrative forfeiture proceedings.  U.S. Private Vaults notified the Federal Bureau of Investigation the U.S. Private Vaults was contesting the administrative forfeiture of the items listed in the June 2021 Claim.  Those items consisted of assets seized on or about March 22, 2021 at the offices of U.S. Private Vaults located in Beverly Hills, California.

      A true and correct copy of the June 2021 Claim, executed by me on June 9, 2021 is attached hereto and covers all the assets set forth therein.  Please be advised that U.S. Private Vaults is hereby withdrawing the June 9, 2021 Claim and does not contest the Federal Bureau of Investigation's administrative forfeiture of the assets set forth in the June 2021 Claim.

                                              Very truly yours,

                                              MICHAEL H. SINGER, LTD.

                                              MICHAEL H. SINGER, ESQ.

**EXHIBIT LL**
**600**