STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
        1100/1400 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-0102/2569/1785
        Facsimile: (213) 894-6269/0142
        E-mail: Andrew.Brown@usdoj.gov
                Victor.Rodgers@usdoj.gov
                Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA AND
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC AND TRAVIS MAY,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>        Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS' UNITED STATES OF AMERICA, ET AL.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION BRIEF TO PLAINTIFFS' OPENING BRIEF** |

///

///

Defendants United States of America, et al. hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

1.      The Order Requiring Transfer of The Defendant $325,680.00 In U.S. Currency To Santa Clara County District Attorney's Office For Application Of The Funds To Any Restitution Orders Entered In The Related Santa Clara County Superior Court Criminal Case And Dismissing This Action Without Prejudice Pursuant To Fed. R. Civ. P. 41(A)(1)(A)(ii) filed June 2, 2022 as ECF No. 23 in United States v. $325,680.00 in U.S. Currency, United States District Court, Central District of California, Case No. 2:21-cv-07331-RGK (MARx).  This document is attached hereto as Exhibit A.

2.      The Order Requiring Transfer Of The Defendant $250,000.00 In U.S. Currency To Santa Clara County District Attorney's Office For Application Of The Funds To Any Restitution Orders Entered In The Related Santa Clara County Superior Court Criminal Case And Dismissing This Action Without Prejudice Pursuant To Fed. R. Civ. P. 41(A)(1)(A)(ii) filed June 2, 2022 as ECF No. 25 in United States v. $250,000.00 in U.S. Currency, United States District Court, Central District of California, Case No. 2:21-cv-07188-RGK (MARx).   This document is attached hereto as Exhibit B.

3.      The Order Requiring Transfer Of The Defendant $709,900.00 In U.S. Currency To Santa Clara County District Attorney's Office For Application Of The Funds To Any Restitution Orders Entered In The Related Santa Clara County Superior Court Criminal Case And Dismissing This Action Without Prejudice Pursuant To Fed. R. Civ. P. 41(A)(1)(A)(ii) filed June 10, 2022 as ECF No. 30 in United States v. $709,900.00 in U.S. Currency, United States District Court, Central District of California, Case No. 2:21-cv-07191-RGK (MARx).  This document is attached hereto as Exhibit C.

4.      The Order Requiring Transfer Of The Defendant $1,083,740.00 In U.S. Currency And Miscellaneous Precious Items To Santa Clara County District

Attorney's Office For Application Of The Currency And Net Proceeds From The Sale Of Miscellaneous Precious Items To Any Restitution Orders Entered In The Related Santa Clara County Superior Court Criminal Case And Dismissing This Action Without Prejudice Pursuant To Fed. R. Civ. P. 41(A)(1)(A)(ii) filed June 17, 2022 as ECF No. 30 in <u>United States v. $1,083,740.00 in U.S. Currency and Miscellaneous Precious Items</u>, United States District Court, Central District of California, Case No. 2:21-cv-07279-RGK (MARx).  This document is attached hereto as Exhibit D.

   5.   The Application For A Search Warrant of Safety Deposit Box 8107 and Its Contents signed on April 15, 2021 by the Honorable U.S. Magistrate Judge Jacqueline Chooljian, United States District Court, Central District of California Case No. 2:21-MJ-01841.  This document is attached hereto as Exhibit E.

   The grounds for this request are that the Court is empowered to take judicial notice of documents filed in court proceedings.  <u>Myer v. Americo Lift, Inc.</u>, 469 F.3d 731, 732 n. 5 (8th Cir. 2006) (judicial notice of judgments); <u>Burbank-Glendale-Pasadena Airport Authority v. City of Burbank</u>, 136 F.3d 1360, 1364 (9th Cir. 1998) (judicial notice of records in state court litigation); <u>Day v. Moscow</u>, 955 F.2d 807, 811 (2d Cir. 1992) (judicial notice of court records).

Dated: August 9, 2022          Respectfully submitted,

                               STEPHANIE S. CHRISTENSEN
                               Acting United States Attorney
                               SCOTT M. GARRINGER
                               Assistant United States Attorney
                               Chief, Criminal Division


                               _____/s/_____
                               ANDREW BROWN
                               VICTOR A. RODGERS
                               MAXWELL COLL

                               Assistant United States Attorneys
                               Attorneys for Defendants
                               UNITED STATES OF AMERICA, et al.