JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$325,680.00 IN U.S. CURRENCY,<br><br>        Defendant. | Case No. 2:21-cv-07331-RGK(MARx)<br><br>~~[PROPOSED]~~ ORDER REQUIRING TRANSFER OF THE DEFENDANT $325,680.00 IN U.S. CURRENCY TO SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE FOR APPLICATION OF THE FUNDS TO ANY RESTITUTION ORDERS ENTERED IN THE RELATED SANTA CLARA COUNTY SUPERIOR COURT CRIMINAL CASE AND DISMISSING THIS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>[22] |
| HERSHEL TSIKMAN, VLADIMIR TSIKMAN and POLINA TSIKMAN,<br><br>        Claimants. | |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that:

(i) the defendant $325,680.00 in U.S. Currency shall be transferred to the Santa Clara County District Attorney's Office so that the funds can be applied to any restitution orders entered in the related criminal case entitled The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al., Santa

**RJN EXHIBIT A**

**3**

1 Clara Superior Court Case No. C2007796, in which claimants Hershel

2 Tsikman and Vladimir Tsikman are named as defendants; and

3     (ii)  this civil forfeiture case is hereby dismissed without

4 prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the

5 parties each bearing their own attorney fees and costs.

6 Dated: June 2, 2022

THE HONORABLE R. GARY KLAUSNER
7 UNITED STATES DISTRICT JUDGE

8 Presented By:

9

TRACY L. WILKISON
10 United States Attorney
SCOTT M. GARRINGER
11 Assistant United States Attorney
Chief, Criminal Division
12 JONATHAN GALATZAN
Assistant United States Attorney
13 Chief, Asset Forfeiture Section

14

     /s/
15 VICTOR A. RODGERS
MAXWELL COLL
16 Assistant United States Attorneys
Asset Forfeiture Section
17

Attorneys for Plaintiff
18 UNITED STATES OF AMERICA

19

20

21

22

23

24

25

26

27

28

2

**RJN EXHIBIT A**

**4**