JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>$250,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br><br>KSENIA YUDINA,<br><br>　　　　Claimant. | Case No. 2:21-cv-07188-RGK(MARx)<br><br>[PROPOSED] ORDER REQUIRING TRANSFER OF THE DEFENDANT $250,000.00 IN U.S. CURRENCY TO SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE FOR APPLICATION OF THE FUNDS TO ANY RESTITUTION ORDERS ENTERED IN THE RELATED SANTA CLARA COUNTY SUPERIOR COURT CRIMINAL CASE AND DISMISSING THIS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>[24] |

　　Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that:

　　(i)　the defendant $250,000.00 in U.S. Currency shall be transferred to the Santa Clara County District Attorney's Office so that the funds can be applied to any restitution orders entered in the related criminal case entitled The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al., Santa Clara Superior Court Case No. C2007796, in which Jaid Gorban, whom

1  the government has alleged in its complaint is linked along with
2  claimant Ksenia Yudina to box number 2300 at U.S. Private Vaults from
3  which the defendant currency was seized, is named as a defendant; and
4       (ii)  this civil forfeiture case is hereby dismissed without
5  prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the
6  parties each bearing their own attorney fees and costs.
7  Dated: June 2, 2022                    /s/ Gary Klausner
                                          THE HONORABLE R. GARY KLAUSNER
8                                         UNITED STATES DISTRICT JUDGE

10 Presented By:

11 TRACY L. WILKISON
   United States Attorney
12 SCOTT M. GARRINGER
   Assistant United States Attorney
13 Chief, Criminal Division
   JONATHAN GALATZAN
14 Assistant United States Attorney
   Chief, Asset Forfeiture Section

16       /s/
   VICTOR A. RODGERS
17 MAXWELL COLL
   Assistant United States Attorneys
   Asset Forfeiture Section
18
   Attorneys for Plaintiff
19 UNITED STATES OF AMERICA