JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:21-cv-007279-RGK(MARx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER REQUIRING TRANSFER OF THE DEFENDANT $1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS TO SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE FOR APPLICATION OF THE CURRENCY AND NET PROCEEDS FROM THE SALE OF MISCELLANEOUS PRECIOUS ITEMS TO ANY RESTITUTION ORDERS ENTERED IN THE RELATED SANTA CLARA COUNTY SUPERIOR COURT CRIMINAL CASE AND DISMISSING THIS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |
| v. | |
| $1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS, | |
| Defendant. | |
| DAVID SUTTON, | |
| Claimant. | [29] |

Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that:

(i) the defendants $1,083,740.00 in U.S. Currency and Miscellaneous Precious Items be transferred to the Santa Clara County District Attorney's Office (the "SCDAO") so that the funds and net proceeds from the SCDAO or its representative's sale of the Miscellaneous Precious Items can be applied to any restitution orders entered in the related criminal case entitled The People of the State

of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al., Santa Clara Superior Court Case No. C2007796, in which claimant is named as a defendant;

(ii) the defendant Misecllaneous Precious Items shall be transferred to the SCDAO by making those items available for pickup by the SCDAO; and

(iii) this civil forfeiture case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties each bearing their own attorney fees and costs.

Dated: **June 17, 2022**

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

    /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA