**THE INSTITUTE FOR JUSTICE**
Robert Frommer*
rfrommer@ij.org
Michael Greenberg*
mgreenberg@ij.org
Joseph Gay*
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson*
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

*Admitted pro hac vice.*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, TRACY L. WILKISON, in her official capacity as Acting United States Attorney for the Central District of California, and KRISTI KOONS JOHNSON, in her official capacity as an Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DECLARATION OF ROBERT FROMMER IN SUPPORT OF PARTIES' JOINT SEPARATE STATEMENT OF FACTS AND IN FURTHER SUPPORT OF PLAINTIFFS' OPENING BRIEF**<br><br>Judge: Hon. R. Gary Klausner<br>Trial: August 23, 2022<br>Complaint Filed: May 27, 2021<br>Amended Complaint Filed: June 9, 2021 |

I, Robert Frommer, submit the following declaration in support of Plaintiffs' Opening Brief.

1. I am an active member of the State Bar of Virginia and a senior attorney at the Institute for Justice. I am admitted *pro hac vice* in this proceeding, and I submit this declaration in support of the parties' joint separate statement of facts and in further support of Plaintiffs' Opening Brief.

2. Attached as <u>Exhibit R</u> is a partially redacted copy of the government's response to Plaintiffs' Interrogatory No. 9, which asked Defendants to "[i]dentify all individuals who had property seized from the U.S. Private Vaults facility in March 2021, whose identity is known to the FBI, and whose property was subsequently returned. For each individual, state the individual's name and U.S. Private Vaults box number." Plaintiffs obtained this response from Defendants in discovery, and redacted identifying names so as to provide an estimate as to the size of the overall class.

3. Attached as <u>Exhibit S</u> is a copy of the government's response to Plaintiffs' Request for Admission No. 5, which Plaintiffs obtained from the government in discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of August, 2022.

/s/ Robert Frommer
Robert Frommer