# Exhibit R

**to Declaration of Robert Frommer**

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture/
General Crimes Sections
1100/1400/1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0102/2569/1785
Facsimile: (213) 894-6269/0142/0141
E-mail: Andrew.Brown@usdoj.gov
Victor.Rodgers@usdoj.gov
Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,

Plaintiffs,

v.

UNITED STATES OF AMERICA, ET AL.,

Defendants.

Case No. 2:21-CV-04405-RGK-MAR

**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S SUPPLEMENTAL RESPONSES TO PLAINTIFFS' SECOND SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants United States of America, Tracy L. Wilkison, in her official capacity as Acting United States Attorney for the Central District of California, and Kristi Koons Johnson, in her official capacity as an Assistant Director of the Federal Bureau of Investigation (collectively.

"Defendants"), by their attorneys, hereby submit these supplemental responses to the Plaintiffs' Second Set of Interrogatories as set forth below.

**INTERROGATORY NO. 9:**

Identify all individuals who had property seized from the U.S. Private Vaults facility in March 2021, whose identity is known to the FBI, and whose property was subsequently returned. For each individual, state the individual's name and U.S. Private Vaults box number.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 9:**

Defendants maintain their original objections to this interrogatory but, without waiving those objections, identify below each individual's name and U.S. Private Vaults box number whose property seized from their boxes has been returned, or is assigned for return, in its entirety even though some individuals may claim that some of their property has not been returned because it is missing, converted or otherwise. In addition, the government notes that the identity of these individuals is not necessarily "known" to the government (as requested by this interrogatory and is therefore overbroad because the class is limited to persons who have "identified themselves" to the government) as the government can only provide its best estimate of the identity of these persons based upon the information available to it from information contained in their U.S. Private Vaults box or other communication with the government, and U.S. Private Vaults had a business model that allowed boxholders to open boxes at the facility anonymously. The information is as follows and is hereby designated as CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER:

| Box Number | Box Holder |
|---|---|
| 3 | [redacted 1] |
| 20 | [redacted 2] |
| 22 | [redacted 3], [redacted 4] |
| 24 | [redacted 5] |
| 31 | [redacted 6] |

**Exhibit R**
1632

| | |
|---|---|
| 32 | 7 / 8 |
| 33 | 9 |
| 34 | 10 |
| 38 | 11 |
| 50 | 12 |
| 52 | 13 |
| 101 | 14 |
| 104 | 15 |
| 105 | 16 |
| 106 | 17 |
| 108 | 18 |
| 109 | 19 |
| 110 | 20 |
| 113 | 21 |
| 117 | 22 |
| 125 | 23 |
| 126 | 24 |
| 127 | 25 |
| 131 | 26 |
| 132 | 27 |
| 137 | 28 |
| 139 | 29 |
| 201 | 30 |
| 203 | 31 |
| 207 | 32 |
| 208 | 33 |
| 210 | 34 |
| 221 | 35 |

| | |
|---|---|
| 224 | [redacted] 36 |
| 225 | [redacted] 37 |
| 226 | [redacted] 38 |
| 227 | [redacted] 39 |
| 228 | [redacted] 40 |
| 233 | [redacted] 41 |
| 236 | [redacted] 42 |
| 237 | [redacted] 43 |
| 305 | [redacted] 44 |
| 309 | [redacted] 45 |
| 310 | [redacted] 46 |
| 311 | [redacted] 47 |
| 316 | [redacted] 48 |
| 319 | [redacted] 49 / [redacted] 50 |
| 321 | [redacted] 51 |
| 323 | [redacted] 52 |
| 327 | [redacted] 53 |
| 328 | [redacted] 54 |
| 334 | [redacted] 55 and/or [redacted] 56 |
| 336 | [redacted] 57 |
| 337 | [redacted] 58 |
| 339 | [redacted] 59 and [redacted] 380 |
| 500 | [redacted] 60 and [redacted] 381 |
| 502 | [redacted] 61 |
| 505 | [redacted] 62 |
| 510 | [redacted] 63 |
| 512 | [redacted] 64 |
| 513 | [redacted] 65 |

| # | Col | Value |
|---|---|---|
| 1 | 602 | ██ 66 ██ |
| 2 | 603 | ██ 67 ██ |
| 3 | 615 | ██ 68 ██ |
| 4 | 616 | ██ 69 ██ |
| 5 | 700 | ██ 70 ██ |
| 6 | 702 | ██ 71 ██ |
| 7 | 703 | ██ 72 ██ |
| 8 | 713 | ██ 73 ██ |
| 9 | 716 | ██ 74 ██ |
| 10 | 802 | ██ 75 ██ |
| 11 | 803 | ██ 76 ██ |
| 12 | 809 | ██ 77 ██ |
| 13 | 814 | ██ 78 ██ |
| 14 | 901 | ██ 79 ██ |
| 15 | 902 | ██ 80 ██ |
| 16 | 913 | ██ 81 ██ |
| 17 | 1000 | ██ 82 ██ |
| 18 | 1001 | ██ 83 ██ |
| 19 | 1102 | ██ 84 ██ |
| 20 | 1108 | ██ 85 ██ |
| 21 | 1110 | ██ 86 ██ |
| 22 | 1200 | ██ 87 ██ |
| 23 | 1208 | ██ 88 ██ |
| 24 | 1212 | ██ 89 ██ |
| 25 | 1300 | ██ 90 ██ |
| 26 | 1301 | ██ 60 ██ and ██ 382 ██ |
| 27 | 1302 | ██ 91 ██ and ██ 92 ██ |
| 28 | 1400 | ██ 93 ██ |

| | |
|---|---|
| 1402 | 94 |
| 1403 | 95 |
| 1503 | 96 |
| 1504 | 95 / 97 |
| 1600 | 98 |
| 1601 | 99 |
| 1602 | 100 |
| 1604 | 101 |
| 1607 | 102 |
| 1700 | 103 |
| 1703 | 104 |
| 1704 | 95 |
| 1801 | 106 |
| 1802 | 107 |
| 1803 | 108 |
| 1900 | 109 |
| 1902 | 110 |
| 1912 | 111 |
| 2000 | 112 |
| 2001 | 113 |
| 2004 | 114 |
| 2010 | 115 |
| 2100 | 116 |
| 2102 | 117 |
| 2105 | 118 |
| 2202 | 119 |
| 2301 | 120 |
| 2302 | 121 |

| | |
|---|---|
| 2303 | 122 |
| 2309 | 123 |
| 2400 | 124 |
| 2401 | 125 |
| 2402 | 126 |
| 2408 | 127 |
| 2501 | 128 |
| 2503 | 129 |
| 2504 | 130 |
| 2505 | 131 |
| 2509 | 132 |
| 2512 | 133 |
| 2601 | 134 |
| 2610 | 135 |
| 2700 | 136 |
| 2701 | 137 |
| 2702 | 138 |
| 2712 | 139 |
| 2802 | 140 |
| 2808 | 141 |
| 2902 | 142 |
| 3000 | 143 |
| 3004 | 144 |
| 3010 | 145 / 146 / 147 |
| 3016 | 144 |
| 3017 | 95 |
| 3100 | 148 |
| 3103 | 149 |

| | |
|---|---|
| 3105 | [redacted] 150 |
| 3106 | [redacted] 151 |
| 3107 | [redacted] 152 |
| 3201 | [redacted] 153 |
| 3206 | [redacted] 154 |
| 3301 | [redacted] 155 and [redacted] 156 |
| 3303 | [redacted] 157 and [redacted] 158 |
| 3304 | [redacted] 159 |
| 3307 | [redacted] 160 |
| 3404 | [redacted] 161 |
| 3405 | [redacted] 162 / [redacted] 163 - [redacted] |
| 3406 | [redacted] 164 |
| 3500 | [redacted] 165 |
| 3501 | [redacted] 166 |
| 3503 | [redacted] 167 |
| 3505 | [redacted] 168 |
| 3600 | [redacted] 169 |
| 3607 | [redacted] 170 |
| 3700 | [redacted] 171 |
| 3705 | [redacted] 172 , [redacted] 173 |
| 3706 | [redacted] 174 |
| 3800 | [redacted] 175 |
| 3801 | [redacted] 176 |
| 3802 | [redacted] 177 |
| 3803 | [redacted] 178 |
| 3807 | [redacted] 179 |
| 3900 | [redacted] 180 |
| 3905 | [redacted] 181 |

| | |
|---|---|
| 3906 | 165 |
| 4004 | 182 |
| 4006 | 183 |
| 4100 | 72 |
| 4101 | 184 |
| 4107 | 185 |
| 4200 | 186 |
| 4204 | 187 |
| 4301 | 188 / 189 |
| 4307 | 108 |
| 4401 | 190 |
| 4404 | 171 |
| 4406 | 191 |
| 4500 | 121 |
| 4601 | 165 |
| 4605 | 192 |
| 4705 | 13 |
| 4807 | 193 |
| 4900 | 194 |
| 4901 | 195 |
| 4902 | 196 |
| 4906 | 171 |
| 5001 | 197 |
| 5006 | 198 |
| 5100 | 197 |
| 5104 | 200 |
| 5107 | 201 |
| 5154 | 202 |

| # | | |
|---|---|---|
| 1 | 5155 | ███ 203 ███ |
| 2 | 5157 | ███ 204 ███ |
| 3 | 5158 | ███ 205 ███ |
| 4 | 5160 | ███ 206 ███ |
| 5 | 5163 | ███ 207 ███ |
| 6 | 5165 | ███ 208 ███ |
| 7 | 5202 | ███ 209 ███ |
| 8 | 5203 | ███ 210 ███ |
| 9 | 5210 | ███ 211 ███ |
| 10 | 5211 | ███ 212 ███ |
| 11 | 5212 | ███ 213 ███ |
| 12 | 5302 | ███ 214 ███ |
| 13 | 5306 | ███ 215 ███ |
| 14 | 5308 | ███ 216 ███ |
| 15 | 5311 | ███ 217 ███ |
| 16 | 5407 | ███ 218 ███ and ███ 219 ███ |
| 17 | 5410 | ███ 220 ███ |
| 18 | 5412 | ███ 13 ███ |
| 19 | 5505 | ███ 221 ███ |
| 20 | 5507 | ███ 222 ███ |
| 21 | 5508 | ███ 223 ███ |
| 22 | 5509 | ███ 224 ███ |
| 23 | 5511 | ███ 225 ███ |
| 24 | 5609 | ███ 226 ███ |
| 25 | 5610 | ███ 227 ███ |
| 26 | 5702 | ███ 228 ███ |
| 27 | 5703 | ███ 229 ███ |
| 28 | 5706 | ███ 230 ███ |

| | |
|---|---|
| 5709 | 231 |
| 5805 | 232 |
| 5807 | 233 |
| 5809 | 234 |
| 5810 | 235 and 236 |
| 5907 | 237 |
| 5908 | 238 |
| 5909 | 239 |
| 5910 | 240 |
| 6006 | 241 |
| 6007 | 242 |
| 6008 | 243 |
| 6009 | 244 |
| 6012 | 245 |
| 6104 | 246 |
| 6106 | 247 |
| 6207 | 248 |
| 6208 | 131 |
| 6210 | 249 |
| 6300 | 250 |
| 6312 | 251 |
| 6407 | 252 |
| 6409 | 253 |
| 6509 | 254 |
| 6512 | 255 |
| 6513 | 256 |
| 6514 | 257 |
| 6604 | 258 |

| Code | Label |
|---|---|
| 6612 | 259 |
| 6614 | 260 |
| 6616 | 261 |
| 6703 | 165 |
| 6705 | 165 |
| 6706 | 165 |
| 6707 | 165 |
| 6708 | 95 |
| 6709 | 262 / 95 |
| 6711 | 251 |
| 6712 | 263 |
| 6807 | 95 |
| 6808 | 95 |
| 6809 | 95 |
| 6810 | 95 |
| 6907 | 95 |
| 6910 | 95 |
| 7004 | 264 |
| 7009 | 265 |
| 7010 | 266 |
| 7011 | 267 or 268 |
| 7100 | 269 |
| 7103 | 270 |
| 7107 | 165 |
| 7108 | 271 |
| 7109 | 272 |
| 7302 | 273 |
| 7311 | 274 |

| | |
|---|---|
| 7312 | 275 |
| 7313 | 276 |
| 7315 | 277 |
| 7316 | 278 |
| 7407 | 279 |
| 7411 | 280 |
| 7413 | 281 |
| 7417 | 282 |
| 7420 | 283 |
| 7421 | 284 |
| 7509 | 285 |
| 7510 | 286 |
| 7512 | 287 |
| 7513 | 288 |
| 7515 | 289 |
| 7518 | 290 |
| 7519 | 291 |
| 7601 | 292 |
| 7602 | 293 / 294 |
| 7604 | 295 |
| 7605 | 296 |
| 7608 | 297 |
| 7612 | 298 |
| 7614 | 299 / 300 |
| 7616 | 301 / 302 |
| 7618 | 303 / 304 |
| 7619 | 305 |
| 7622 | 306 |

7623 307

7626 308

7630 309

7700 310

7701 311

7704 312

7708 313

7713 254

7714 314

7717 315 or 316

7720 317

7721 318

7722 319

7723 320

7724 321, 322

7725 323

7727 324

7732 325

7800 326

7801 327

7802 328

7803 329

7809 330

7824 331

7825 332

7828 333

7829 334

7831 335

| | |
|---|---|
| 7834 | 336 |
| 7902 | 337 |
| 7906 | 334 |
| 7912 | 338 |
| 7913 | 328 |
| 7914 | 339 |
| 7916 | 340 |
| 7917 | 341 |
| 7918 | 299 |
| 7920 | 342 |
| 7921 | 343 |
| 7922 | 344 |
| 8000 | 345 |
| 8003 | 346 |
| 8004 | 347 |
| 8005 | 348 |
| 8006 | 349 |
| 8008 | 350 |
| 8012 | 351 |
| 8013 | 352 |
| 8014 | 353 |
| 8016 | 354 |
| 8017 | 355 |
| 8018 | 356 |
| 8019 | 357 |
| 8020 | 358 |
| 8022 | 13 |
| 8108 | 359 |

| | | |
|---|---|---|
| 1 | 8110 | ███ 360 |
| 2 | 8111 | ███ 361 |
| 3 | 8112 | ███ 362 |
| 4 | 8113 | ███ 363 |
| 5 | 8115 | ███ 364 |
| 6 | 8116 | ███ 365 |
| 7 | 8117 | ███ 366 |
| 8 | 8121 | ███ 367 |
| 9 | 8210 | ███ 368 |
| 10 | 8211 | ███ 369 |
| 11 | 8302 | ███ 370 |
| 12 | 8303 | ███ 371 |
| 13 | 8306 | ███ 372 |
| 14 | 8307 | ███ 373 |
| 15 | 8309 | ███ 374 |
| 16 | 8311 | ███ 375 |
| 17 | 8401 | ███ 376 |
| 18 | 8402 | ███ 377 |
| 19 | 8408 | ███ 378 |
| 20 | 8409 | ███ 379 |

**INTERROGATORY NO. 11:**

███████████████████████████████████

Exhibit R
1646

**VERIFICATION**

I, Lynne Zellhart, hereby declare that:

I am a Special Agent with the Federal Bureau of Investigation. I have read the above Defendants United States of America et. al.'s supplemental responses to plaintiffs' second set of interrogatories. As to the answers, I am informed and believe that the answers are true.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 18, 2022 at Los Angeles, California.

LYNNE ZELLHART