# Exhibit S

## to Declaration of Robert Frommer

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
    1100/1400/ United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142
    E-mail: Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, AND TRAVIS MAY,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>          Defendants. | Case No. 2:21-CV-04405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSIONS** |

     Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendants United States of America, Tracy L. Wilkison, in her official capacity as Acting United States Attorney for the Central District of California, and Kristi Koons Johnson, in her official capacity as an Assistant Director of the Federal Bureau of Investigation (collectively.

1 "Defendants"), by their attorneys, hereby submit this response to the Plaintiffs' Second
2 Set of Requests for Admissions, as set forth below.

### PRELIMINARY STATEMENT

Defendants have not at this time fully completed their discovery and investigation in this action. All responses contained herein are based solely upon such information and evidence as are presently available and specifically known to Defendants at this time and disclose only those factual contentions and legal conclusions which presently occur to Defendants at this time. Further discovery, investigation, research and analysis is expected to supply additional facts, add meaning to currently known facts, and establish entirely new factual contentions and legal conclusions, which may lead to substantial additions or changes to the information provided herein. Defendants reserve the right to add or change any and all responses herein as additional facts are ascertained, legal research is completed, and analyses are undertaken. The responses herein are made in a good faith effort to supply as much information as is presently known to Defendants in this action.

### RESPONSES TO REQUESTS FOR ADMISSIONS

**Exhibit S**
1650

██████████████████████

████████████

**REQUEST FOR ADMISSIONS NO. 5:**

Admit that, based on the government's "best estimate" as reflected in the government's supplemental response to Interrogatory No. 9, the total number of persons who are identified as "Box Holders" in that supplemental response exceeds 360 persons.

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 5:**

Defendants object that this request is burdensome, oppressive and harassing and seeks discovery disproportionate to the needs of this case. Plaintiffs have served three sets of interrogatories, four sets of document requests and two sets of requests for admissions. Defendants are not required to admit the statements already contained in their responses to supplemental responses to particular interrogatories, which responses speak for themselves.

Dated: May 25, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

　　　　/s/　　　　　　　　　
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

Exhibit S
1651

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **May 25, 2022,** I served a copy of: **DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSIONS** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:**

THE INSTITUTE FOR JUSTICE
Robert Frommer
Joseph R. Gay
901 N. Glebe Road, Suite 900
Arlington, VA 22203

THE INSTITUTE FOR JUSTICE
Robert E. Johnson
16781 Chagrin Blvd, Suite 256
Shaker Heights, OH 44120

THE VORA LAW FIRM, P.C.
Nilay U. Vora
Jeffrey Atteberry
201 Santa Monica Blvd., Ste. 300
Santa Monica, CA 90401

**X** I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **May 25, 2022,** at Los Angeles, California.

/s/ *Paul J. Read*
PAUL J. READ
Paralegal, FSA

**Exhibit S**
**1652**