STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture Sections
    1100/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269/0142
    E-mail: Andrew.Brown@usdoj.gov
          Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA AND
TRACY L. WILKISON AND KRISTI KOONS JOHNSON
IN THEIR OFFICIAL CAPACITY ONLY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC and TRAVIS MAY,<br><br>    Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS UNITED STATES OF AMERICA, ET AL.'S NOTICE OF WITHDRAWAL OF ECF NO. 127** |

1     Defendants United States of America and Tracy L. Wilkison and Kristi Koons

2  Johnson in their official capacity only (collectively, "the government")  hereby

3  respectfully withdraw their filing at ECF No. 127, as it was in error.  A new document

4  will be filed shortly.

5  Dated: August 12, 2022                    Respectfully submitted,

6                                            STEPHANIE S. CHRISTENSEN
                                             Acting United States Attorney
7                                            SCOTT M. GARRINGER
                                             Assistant United States Attorney
8                                            Chief, Criminal Division

9                                             /s/ Victor A. Rodgers
10                                           ANDREW BROWN
                                             VICTOR A. RODGERS
11                                           MAXWELL COLL

12                                           Assistant United States Attorneys
                                             Attorneys for Defendants
13                                           UNITED STATES OF AMERICA, et al.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28