**SUPPLEMENTAL DECLARATION OF AUSA VICTOR A. RODGERS**

I, Victor A. Rodgers, declare as follows:

1. I am one of the AUSAs representing defendants United States of America and Tracy L. Wilkison and Kristi Koons Johnson in their official capacity only (collectively, "the government") in this action.

2. Attached hereto as Exhibit A is a true and correct copy of transcript pages from the May 6, 2022 deposition of FBI Special Agent Lynne Zellhart.

3. Attached hereto as Exhibit B is a true and correct copy of transcript pages from the June 30, 2022 deposition of FBI Special Agent Lynne Zellhart as a Fed. R. Civ. P. 30(b)(6) witness.

4. Attached hereto as Exhibit C is a true and correct copy of transcript pages from the July 11, 2022 deposition of FBI Special Agent Jessie Murray as a Fed. R. Civ. P. 30(b)(6) witness.

5. Attached hereto as Exhibit D is a true and correct copy of transcript pages from the June 28, 2022 deposition of USPIS Postal Inspector Lyndon Versoza.

6. Attached hereto as Exhibit E is a true and correct copy of transcript pages from the April 28, 2022 deposition of FBI Special Agent Justin Palmerton.

7. Attached hereto as Exhibit F is a true and correct copy of transcript pages from the July 6, 2022 deposition of DEA Special Agent Justin Carlson.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 16, 2022.

                                                                  /s/
                                        AUSA VICTOR A. RODGERS