```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                     WESTERN DIVISION
 4                         -oOo-
 5
    PAUL SNITKO, JENNIFER SNITKO,   :
 6  JOSEPH RUIZ, TYLER GOTHIER,     :
    JENI VERDON-PEARSONS, MICHAEL   :
 7  STORC, AND TRAVIS MAY,          :
                                    :
 8            Plaintiffs,           :
                                    :
 9  vs.                             :   Case No.
                                    :   2:21-cv-04405-RGK-MAR
10  UNITED STATES OF AMERICA,       :
    TRACY L. WILKISON, in her       :
11  official capacity as Acting     :
    United States Attorney for the  :
12  Central District of California  :
    and KRISTI KOONS JOHNSON, in    :
13  her official capacity as an     :
    Assistant Director of the       :
14  Federal Bureau of               :
    Investigation,                  :
15                                  :
              Defendants.           :
16  =========================================================
17
18         VIDEOCONFERENCE 30(B)(6) DEPOSITION OF
19                     LYNNE ZELLHART
20                 FRIDAY, JUNE 30, 2022
21            WITNESS APPEARING REMOTELY FROM
22                THOUSAND OAKS, CALIFORNIA
23
24
25  REPORTED BY:           SUSAN E. BELINGHERI, CCR #655
                           NV Firm Lic. #053F
```

```
 1                 APPEARANCES:
 2       (all appearances via videoconference)
 3
              For the Plaintiffs:
 4
           THE INSTITUTE FOR JUSTICE
 5              Attorneys at Law
            By:  ROBERT FROMMER, ESQ.
 6          By:  ROBERT E. JOHNSON, ESQ.
           901 N. Glebe Road, Suite 900
 7              Arlington, VA 22203
 8
              For the Defendants:
 9
       ASSISTANT UNITED STATES ATTORNEY
10          ASSET FORFEITURE SECTION
            By:  VICTOR RODGERS, ESQ.
11       312 North Spring Street, 14th Floor
           Los Angeles, California 90012
12
13       FEDERAL BUREAU OF INVESTIGATION
              OFFICE OF GENERAL COUNSEL
14          By:  MEGHAN CAMPBELL, ESQ.
            935 Pennsylvania Avenue NW
15              Washington, DC 20535
16
17
18
19
20
21
22
23
24
25
```

```
 1                         I N D E X
 2
 3    EXAMINATION:                                        PAGE
 4    By Mr. Frommer                                         4
 5
 6
 7    EXHIBITS:    DESCRIPTION                            PAGE
 8    (previously marked)
 9    Exhibit 3    Warrant By Telephone or Other
                   Reliable Electronic Means, USAO00001-
10                 00246................................   11
      Exhibit 8    FBI, U.S. Private Vaults Claim Form....  56
11    Exhibit 10   Agent Observations and Notes,
                   FBI0000446...........................   44
12
      (marked)
13
      Exhibit 12   Plaintiffs' Amended Notice of
14                 30(b)(6) Deposition...............       8
15
16
17
18
19
20
21
22
23
24
25
```

Page 16



19  And -- so, again, let me just -- I know I asked
20  this a bit before, when you were here in your personal
21  capacity. I want to ask it now that you're here as a
22  30(b)(6) representative. What are the -- what are the
23  permissible purposes for an inventorying? Is it --
24  well, if you could just identify those for me.
25     A.  So the -- when you're doing the inventory, it's

1 for several reasons.  One, you're protecting the
2 property for the other person, keeping it safe, you're
3 protecting the agents from accusations of theft or
4 damage, and you're protecting the agents, and whoever
5 else, from the possibility that you might run into
6 hazardous materials, such as -- such as weapons or, you
7 know, unexploded hand grenades or Fentanyl or anthrax or
8 whatever.  So you're -- so it's a protective prong.



Page 40

```
 1  [REDACTED]
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15       In the late summer or fall of 2020 is when the
16  United States began considering the potential use of
17  civil forfeiture as to the nest of safe deposit boxes.
18     A.  I think that's right, yes.
19     Q.  Okay.  And can you describe what steps, once that
20  decision had been made in late fall -- or late summer,
21  fall of 2020, to potentially use civil forfeiture
22  against the safe -- some of the safe deposit boxes.
23  Can you describe what steps the United States took to
24  facilitate the potential use of civil forfeiture as to
25  that property?
```

```
1          MR. ROGERS:  Objection, outside the scope of
2   the topics.
3   BY MR. FROMMER:
4       Q.  You can answer.
5       A.  So at that point in the -- better recollection, I
6   do think it was fall.  It might even have been
7   September, October.  I'm kind of vaguely thinking
8   October.
```

Page 88

```
1   STATE OF NEVADA    )
                       ) ss.
2   COUNTY OF WASHOE   )
3
4        I, SUSAN E. BELINGHERI, a Certified Court
5   Reporter for the State of Nevada, do hereby certify;
6        That on Thursday, the 30th day of June, 2022, at
7   the hour of 9:08 a.m. of said day, at the offices of
8   Bonanza Reporting & Videoconference Center, 1111 Forest
9   Street, Reno, Nevada, appeared 30(b)(6) LYNNE ZELLHART
10  via videoconference, who was duly remotely sworn by me,
11  was thereupon deposed in the matter entitled herein, and
12  that before the proceeding's completion the reading and
13  signing of the deposition has been requested by the
14  deponent or party;
15       That the foregoing transcript, consisting of
16  pages 1 through 88, is a full, true, and correct
17  transcript of my stenotype notes of said deposition to
18  the best of my knowledge, skill, and ability.
19       I further certify that I am not an attorney or
20  counsel for any of the parties, nor a relative or
21  employee of any attorney or counsel connected with the
22  action, nor financially interested in the action.
23       DATED:  At Reno, Nevada, this 6th day of July,
24  2022.
                /s/ Susan Belingheri
25              _____
                SUSAN E. BELINGHERI, CCR #655
```