Page 1

```
 1            UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA
 2
              Case No. 2:21-cv-04405-RGK-MAR
 3
 4    PAUL SNITKO, et al.,
 5              Plaintiffs,
 6    vs.
 7    UNITED STATES OF AMERICA; TRACY
      L. WILKISON, in her official
 8    capacity as Acting United States
      Attorney for the Central
 9    District of California; and
      KRISTI KOONS JOHNSON, in her
10    official capacity as an
      Assistant Director of the
11    Federal Bureau of Investigation,
12              Defendants.
      _____/
13
14
                   REMOTE DEPOSITION OF
15
        SUPERVISORY SPECIAL AGENT JESSIE MURRAY, AS A
16       30(B)(6) REPRESENTATIVE OF THE UNITED STATES OF
            AMERICA FEDERAL BUREAU OF INVESTIGATION
17
18              Monday, July 11, 2022
              10:00 a.m. - 3:04 p.m. (PDT)
19
20
21
22
23            Stenographically Reported By:
24             Kimberly Fontalvo, RPR,CLR
25           Realtime Systems Administrator
```

```
 1     APPEARANCES:
 2
 3     On behalf of Plaintiff:
 4     THE INSTITUTE FOR JUSTICE
       By:  ROBERT FROMMER, ESQ.
 5     By:  ROBERT E. JOHNSON, ESQ.
       By:  Michael Greenberg, ESQ>
 6     901 N. Glebe Road, Suite 900
       Arlington, VA 22203
 7
 8     On behalf of the Defendants:
 9     ASSISTANT UNITED STATES ATTORNEY
       ASSET FORFEITURE SECTION
10     By:  VICTOR RODGERS, ESQ.
       312 North Spring Street, 14th Floor
11     Los Angeles, California 90012
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              Page 3
 1                         I N D E X
 2
       Examination                                            Page
 3
       SUPERVISORY SPECIAL AGENT JESSIE MURRAY
 4     Direct              By Mr. Frommer                        3
 5     Instruction not to answer                                 73
 6     Instruction not to answer                                 74
 7     Instruction not to answer                                113
 8     Instruction not to answer                                114
 9     Certificate of Oath                                      131
       Certificate of Reporter                                  132
10     Read and Sign Letter to Witness                          133
       Errata Sheet (forwarded upon execution)                  134
11
12                           EXHIBITS
13
14     No.                                                    Page
15     Exhibit 7        Supplemental Memorandum                 91
                        on Box Inventory
16
       Exhibit 10       Agent Observations and                  85
17                      Notes form
18     Exhibit 12       Plaintiffs' Amended                      9
                        Notice of 30(b)(6)
19                      Deposition
20     Exhibit 15       USPV Notice of Forfeiture              120
21
22
23
24
25
```



```
                                                           Page 66
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25           Let me just start with this:  When did you
```

Page 67

1     first hear about U.S. Private Vaults?
2         A.   I don't remember what month and I believe
3     that it was 2020.
4         Q.   So you -- could it have been, perhaps, in,
5     like, the summer of 2020, sometime around then?
6         A.   The summer sounds about right.

[Lines 7–25 redacted]

Page 68

1
2
3
4
5
6
7
8
9
10
11
12
13
14

15    Q.  So what exactly was he advising you of on
16    that call?
17    A.  He wasn't advising me of anything.  He was
18    telling me the facts of the investigation and asking
19    me if the Los Angeles asset forfeiture unit was
20    capable of handling a possible large-scale seizure.
21    Q.  Oh, okay.  So in summer of 2020, Matt Moon
22    called you, talked to you about the
23    U.S. Private Vaults investigation, and asked whether
24    the FBI LA field office had the capacity to handle
25    civil forfeiture regarding U.S. Private Vaults; is

Page 69

1    that accurate?
2        MR. RODGERS:  Objection.  Slight
3    mischaracterization with respect to the date.
4        A.   During that phone call, that's what we
5    discussed.
6        Q.   Okay.
7            (Discussion off the record.)
8      BY MR. FROMMER:
9        Q.   So he asked, like, does the LA field
10   office have capacity to handle civil forfeiture with
11   regards to the nest of safe-deposit boxes?  Is that
12   accurate?
13       A.   Yes.
14       Q.   And what did you tell him?
15       A.   I told him yes.
16       Q.   And why did you think that the LA field
17   office had capacity to handle processing civil
18   forfeiture proceedings for the hundreds of safe-
19   deposit boxes at U.S. Private Vaults?
20           MR. RODGERS:  Objection, slight
21   mischaracterization of her testimony.
22           Go ahead and answer.
23       A.   We were capable of handling a large-scale
24   seizure because we have an established asset
25   forfeiture unit, and have had that unit for many,

Page 70

1  many years, and we have a large complement of asset
2  forfeiture employees capable of handling and
3  processing this type of large-scale seizure.

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

**EXHIBIT C**
**60**

```
                                              Page 133
 1               CERTIFICATE OF REPORTER
 2
 3    STATE OF COLORADO
 4
 5           I, KIMBERLY FONTALVO, Registered
 6    Professional Reporter, do hereby certify that I
 7    was authorized to and did stenographically report
 8    the foregoing remote deposition of SUPERVISORY
 9    SPECIAL AGENT JESSIE MURRAY; that a review of the
10    transcript was requested; and that the transcript
11    is a true record of my stenographic notes.
12           I FURTHER CERTIFY that I am not a
13    relative, employee, attorney, or counsel of any
14    of the parties, nor am I a relative or employee
15    of any of the parties' attorneys or counsel
16
17    connected with the action, nor am I financially
18
19    interested in the action.
20
21           Dated this 13th day of July, 2022.
22
23
24
25           KIMBERLY FONTALVO, RPR, CLR
```