```
                                                              Page 1

 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                       WESTERN DIVISION
 4                           -oOo-
 5
     PAUL SNITKO, JENNIFER SNITKO,   :
 6   JOSEPH RUIZ, TYLER GOTHIER,     :
     JENI VERDON-PEARSONS, MICHAEL   :
 7   STORC, AND TRAVIS MAY,          :
                                     :
 8              Plaintiffs,          :
                                     :
 9   vs.                             :    Case No.
                                     :    2:21-cv-04405-RGK-MAR
10   UNITED STATES OF AMERICA,       :
     TRACY L. WILKISON, in her       :
11   official capacity as Acting     :
     United States Attorney for the  :
12   Central District of California  :
     and KRISTI KOONS JOHNSON, in    :
13   her official capacity as an     :
     Assistant Director of the       :
14   Federal Bureau of               :
     Investigation,                  :
15                                   :
                  Defendants.        :
16   =======================================================
17
18             VIDEOCONFERENCE DEPOSITION OF
19                     LYNDON VERSOZA
20                TUESDAY, JUNE 28, 2022
21           WITNESS APPEARING REMOTELY FROM
22                LOS ANGELES, CALIFORNIA
23
24
25   REPORTED BY:         SUSAN E. BELINGHERI, CCR #655
                          NV Firm Lic. #053F
```

```
 1                    APPEARANCES:
 2        (all appearances via videoconference)
 3
                  For the Plaintiffs:
 4
              THE INSTITUTE FOR JUSTICE
 5                 Attorneys at Law
              By:  ROBERT FROMMER, ESQ.
 6           By:  ROBERT E. JOHNSON, ESQ.
              901 N. Glebe Road, Suite 900
 7                 Arlington, VA 22203
 8
                  For the Defendants:
 9
         ASSISTANT UNITED STATES ATTORNEY
10            ASSET FORFEITURE SECTION
              By:  MAXWELL COLL, ESQ.
11       312 North Spring Street, 14th Floor
              Los Angeles, California 90012
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  I N D E X
2
3  EXAMINATION:                                             PAGE
4  By Mr. Frommer                                              4
5
6
7  EXHIBITS:        DESCRIPTION                             PAGE
8  Exhibit 10       Agent Observations and Notes,
                    FBI0000446,                                78
9  Exhibit 11       Affidavit of Handler Brendan
                    Rowland and K-9 Kobra, FBI0004973..        96

Page 64

1  ▮▮▮
2  ▮▮▮
3  gone -- I'm just trying to figure out, like, did you and
4  DEA and FBI ever sit down just to discuss the seizure
5  warrant and, like, what you wanted to have in the
6  seizure warrant?
7     A.  We sat down and discussed during the phase of the
8  investigation the progress of the investigation.
9        And you keep saying "seizure warrant," but really
10 we were seeking search warrants.  But I guess it is
11 seizure and search warrant, to your point.
12       So we have had discussions over, again, what was
13 sufficient, or what was needed in an investigation
14 generally, but I don't know how better to answer your
15 question.  So we did have conversations, we had
16 discussions, and -- about the investigation.  Most of
17 our conversation was about the investigation, and the
18 seizure warrant is just -- it's not the end of it, it's
19 just another tool in our gathering of -- of evidence.
20 ▮▮▮
21 ▮▮▮
22 ▮▮▮
23 ▮▮▮
24 ▮▮▮
25 ▮▮▮



```
                                                    Page 110

 1   STATE OF NEVADA    )
                        ) ss.
 2   COUNTY OF WASHOE   )

 3

 4        I, SUSAN E. BELINGHERI, a Certified Court
 5   Reporter for the State of Nevada, do hereby certify;
 6        That on Tuesday, the 28th day of June, 2022, at
 7   the hour of 10:06 a.m. of said day, at the offices of
 8   Bonanza Reporting & Videoconference Center, 1111 Forest
 9   Street, Reno, Nevada, appeared LYNDON VERSOZA via
10   videoconference, who was duly sworn by me, was thereupon
11   deposed in the matter entitled herein, and that before
12   the proceeding's completion the reading and signing of
13   the deposition has not been requested by the deponent or
14   party;
15        That the foregoing transcript, consisting of
16   pages 1 through 110, is a full, true, and correct
17   transcript of my stenotype notes of said deposition to
18   the best of my knowledge, skill, and ability.
19        I further certify that I am not an attorney or
20   counsel for any of the parties, nor a relative or
21   employee of any attorney or counsel connected with the
22   action, nor financially interested in the action.
23   DATED:  At Reno, Nevada, this 5th day of July, 2022.
24           [signature]

25        SUSAN E. BELINGHERI, CCR #655
```

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

EXHIBIT D
66