```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                       WESTERN DIVISION
 4
      PAUL SNITKO, JENNIFER SNITKO, )
 5    JOSEPH RUIZ, TYLER GOTHIER,   )
      JENI VERDON-PEARSONS, MICHAEL )
 6    STORC, and TRAVIS MAY,        )  Case No.
                                    )  2:21-cv-04405-RGK-MAR
 7              Plaintiffs,         )
                                    )
 8    vs.                           )
                                    )
 9    UNITED STATES OF AMERICA,     )
      TRACY L. WILKISON, in her     )
10    official capacity as Acting   )
      United States Attorney for    )
11    the Central District of       )
      California, and KRISTI KOONS  )
12    JOHNSON, in her official      )
      capacity as an Assistant      )
13    Director of the Federal       )
      Bureau of Investigation,      )
14                                  )
                Defendants.         )
15    _____)
16
17
18           REMOTE DEPOSITION OF JUSTIN PALMERTON
19                      April 28, 2022
20
21
22
23
24
25    Reported By: Amy E. Simmons, CSR, RPR, CRR, CRC
```

Page 2

1          REMOTE DEPOSITION OF JUSTIN PALMERTON
2
3          BE IT REMEMBERED that the remote deposition of
4    JUSTIN PALMERTON was taken via videoconference by the
5    Plaintiffs before Veritext Legal Solutions, Amy E.
6    Simmons, Court Reporter and Notary Public in and for
7    the County of Ada, State of Idaho, on Thursday, the
8    28th day of April, 2022, commencing at the hour of
9    9:19 a.m. Pacific Daylight Time in the above-entitled
10   matter.
11
12
13   APPEARANCES (Remotely):
14
     For the Plaintiffs:     THE INSTITUTE FOR JUSTICE
15                           By:  Robert Frommer, Esq.
                                  Joseph R. Gay, Esq.
16                           901 North Glebe Road, Suite 900
                             Arlington, Virginia  22203
17                           Telephone:  (703) 682-9320
                             rfrommer@ij.org
18                           jgay@ij.org
19
                             THE INSTITUTE FOR JUSTICE
20                           By:  Robert E. Johnson, Esq.
                             16781 Chagrin Blvd., Suite 256
21                           Shaker Heights, Ohio  44120
                             Telephone:  (703) 682-9320
22                           rjohnson@ij.org
23
24
25

Page 3

1   APPEARANCES (Contd.):
2
    For the Defendants:    UNITED STATES ATTORNEY'S OFFICE
3                          By:  Victor Rodgers, AUSA
                                Maxwell Coll, AUSA
4                               Andrew Brown, AUSA
                           312 North Spring Street, 14th Floor
5                          Los Angeles, California   90012
                           Telephone:  (213) 894-2569
6                          Facsimile:  (213) 894-0142
                           victor.rodgers@usdoj.gov
7                          maxwell.coll@usdoj.gov
                           andrew.brown@usdoj.gov
8
9                          FEDERAL BUREAU OF INVESTIGATION
                           OFFICE OF GENERAL COUNSEL
10                         By:  Meghan Campbell
                           935 Pennsylvania Avenue N.W., Room 10140
11                         Washington, District Columbia   20535
                           Telephone: (202) 324-8952
12                         mcampbell5@fbi.gov
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                        I N D E X

                     E X A M I N A T I O N


   JUSTIN PALMERTON                                        PAGE


   By:  Mr. Frommer.......................................5



                       E X H I B I T S

   NO.                                                     PAGE

   1.   Excerpt from Domestic Investigations.............61
        and Operations Guide (2 pages)
```

Page 171

1  ██████████████████████████████████████
2  ██████████████████████████████████████
3  ██████████████████████████████████████
4  ██████████████████████████████████████
5  ██████████████████████████████████████
6              Now, I'm hoping -- were you involved in
7     the returning property to these folks?
8         A.   I did return a couple of boxes.
9         Q.   Okay.  You returned a couple of boxes?
10        A.   Yes.
11        Q.   And do you know, like, other agents who
12    helped return boxes?
13        A.   Yes.  We have -- I mean, there were other
14    agents that returned boxes, a number of agents
15    that returned boxes.
16        Q.   Okay.  Do you recall any by name, per
17    chance?
18        A.   I know Agent Zellhart.  We have a newer
19    agent who has handled a lot of the box returns,
20    Crystal Morelos, Agent Sarah Plantz.  And then
21    there was dozens of other agents that were
22    involved in box returns too.  There was so many,
23    the work was spread out.
24        Q.   Makes sense.  So you said you were
25    involved in at least a couple of returns, right?

```
1         A.   Yes.
2         Q.   Can you tell me, how did you verify that
3    the -- that you were giving the box to somebody
4    who was entitled to have the contents of the box?
5         A.   I want to say for my boxes, I looked at
6    the FD-302, if there was, like, any identifying
7    info in there, you would note it.
8              And then the attorney -- in the instances
9    I returned it, there was an attorney representing
10   the box holder.  The attorney was bringing a key
11   as well as copies of the -- some type of
12   identification, usually a driver's license that
13   matched identifying information we had in the box.
14             And then we tested the key to make sure
15   it worked, and then we returned the items
16   back -- in my case, back to the attorney.
17        Q.   So in both of your instances, was it an
18   attorney who was identifying his or her client?
19        A.   Yes.
20        Q.   Were there instances where there might be
21   an attorney but they didn't want to reveal the
22   name of their client who came to pick up property?
23        A.   Not that I recall.
24        Q.   So it sounds like the key, having the key
25   was an important part of getting property back; is
```

```
1    that right?
2         A.   Yes.
```



```
                                                          Page 180
 1                    REPORTER'S CERTIFICATE
 2
     STATE OF IDAHO   )
 3                    )  ss.
     COUNTY OF ADA    )
 4
 5        I, AMY E. SIMMONS, Certified Shorthand Reporter
 6   and Notary Public in and for the State of Idaho, do
 7   hereby certify:
 8        That prior to being examined, the witness named in
 9   the foregoing deposition was by me duly sworn remotely to
10   testify to the truth, the whole truth and nothing but the
11   truth;
12        That said deposition was taken down by me in
13   shorthand at the time and place therein named and
14   thereafter reduced to typewriting under my direction, and
15   that the foregoing transcript contains a full, true
16   and verbatim record of said deposition.
17        I further certify that I have no interest in the
18   event of the action.
19        WITNESS my hand and seal this 3rd day of May,
20   2022.
21
22                        AMY E. SIMMONS
                          CSR, RPR, CRR, CRC and Notary
23                        Public in and for the
                          State of Idaho.
24
25   My Commission Expires: 06-13-2022
```