Page 1

```
 1        UNITED STATES DISTRICT COURT
      FOR THE CENTRAL DISTRICT CALIFORNIA
 2              WESTERN DIVISION
 3    PAUL SNITKO, JENNIFER SNITKO,
      JOSEPH RUIZ, TYLER GOTHIER, JENI
 4    VERDON-PEARSONS, MICHAELS STORC,
      and TRAVIS MAY,
 5
                Plaintiffs,
 6
      vs.
 7
      UNITED STATES OF AMERICA, TRACY L.
 8    WILKISON, in her official capacity as
      Acting United States Attorney for the
 9    Central District of California, and KRISTI
      KOONS JOHNSON, in her capacity as an
10    Assistant Director of the Federal Bureau
      of Investigation,
11
                Defendants.
12
       *****************************************
13      ZOOM VIDEOTAPED DEPOSITION OF JUSTIN CARLSON
                   July 6, 2022
14                 10:00 a.m. PST
       *****************************************
15
16
17    TAKEN BY:
18       MICHAEL GREENBERG, ESQ.
         ATTORNEY FOR PLAINTIFFS
19
20    REPORTED BY:
21       BELLE VIVIENNE, RPR, CRR, NJ-CRR,
         WA/CO/NM-CCR
22       NATIONALLY CERTIFIED REALTIME
         COURT REPORTER
23       VERITEXT LEGAL SOLUTIONS
         JOB NO. 5311223
24       866 299-5127
25
```

Page 2

1                  A P P E A R A N C E S
2
    FOR THE PLAINTIFFS:
3
      MICHAEL GREENBERG
4       ROBERT FROMMER
      ROB JOHNSON
5       THE INSTITUTE FOR JUSTICE
      901 North Glebe Road, Suite 900
6       Arlington, Virginia 22203
      703.682.9320
7       rfrommer@ij.org
8 FOR THE DEFENDANTS:
9       MAXWELL COLL
      VICTOR RODGERS
10      ANDREW BROWN
      Assistant United States Attorney
11      Asset Forfeiture Section
      312 North Spring Street, 14th Floor
12      Los Angeles, California 90012
      maxwell.coll@usdoj.gov
13      victor.rodgers@usdoj.gov
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                      -  -  -
 2                   I N D E X
 3                      -  -  -
 4
 5     Testimony of:
 6        JUSTIN CARLSON
 7      MR. GREENBERG...........................5
 8
 9                      -  -  -
10                   E X H I B I T S
11                      -  -  -
12
13      NO.          DESCRIPTION                   PAGE
14     Exhibit 15    Agent Observations and
15                   Notes Bates numbered
16                   FBI0000301............... 84
17     Exhibit 16    FBI 302 document......... 99
18
19
20
21
22
23
24
25
```

Page 35



22  Q.  Okay.  So I have the three
23  purposes then behind the inventory
24  searches.  It's officer safety, to
25  determine ownership, and to itemize the

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

**EXHIBIT F**
**78**

Page 36

1    property to protect the government or
2    officers from claims of lost or stolen
3    property; is that correct?
4         A.   Yes, to the best of my
5    recollection, yes.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 119

1                 CERTIFICATION

2

3     I, BELLE VIVIENNE, a Nationally
4 Certified Realtime Reporter, do hereby
5 certify:
6     That the witness whose testimony as
7 herein set forth, was duly sworn by me;
8 and that the within transcript is a true
9 record of the testimony given by said
10 witness.
11     I further certify that I am not
12 related to any of the parties to this
13 action by blood or marriage, and that I am
14 in no way interested in the outcome of
15 this matter.
16     IN WITNESS WHEREOF, I have hereunto
17 set my hand this 10th day of July 2022.
18     *[signature: Belle Vivienne]*

19     _____
20     BELLE VIVIENNE, CRR, CCR, RPR
21
22            *      *      *
23
24
25