1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PAUL SNITKO, JENNIFER SNITKO,
JOSEPH RUIZ, TYLER GOTHIER,
JENI VERDON-PEARSONS,
MICHAEL STORC, and TRAVIS
MAY,

     Plaintiffs,

     v.

UNITED STATES OF AMERICA.
TRACY L. WILKISON, in her official
capacity as Acting United States
Attorney for the Central District of
California, and KRISTI KOONS
JOHNSON, in her official capacity as an
Assistant Director of the Federal Bureau
of Investigation,

     Defendants.

Case No. 2:21-cv-04405-RGK-MAR

**[PROPOSED] JUDGMENT IN FAVOR
OF DEFENDANTS**

    In accordance with the Court's Order re Court trial filed September 29, 2022

(Docket No. 140),

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that final judgement is

hereby entered in favor of Defendants United States of America, Tracy L. Wilkison, in

her official capacity as Acting United States Attorney for the Central District of

California, and Kristi Koons Johnson, in her official capacity as an Assistant Director of

the Federal Bureau of Investigation, and against Plaintiffs Paul Snitko, Jennifer Snitko,

Joseph Ruiz, Tyler Gothier, Jeni Verdon-Pearsons, Michael Storc, and Travis May.

Dated: _____

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.