# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Paul Snitko, Jennifer Snitko, Joseph Ruiz, Tyler Gothier, Jeni Verdon-Pearsons, Michael Storc, and Travis May.

Name(s) of counsel (if any):

> *SEE ATTACHED LIST

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> United States of America, E. Martin Estrada, in his official capacity as United States Attorney for the Central District of California, and Donald Alway, in his official capacity as an Assistant Director of the F.B.I.

Name(s) of counsel (if any):

> *SEE ATTACHED LIST

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

## ATTACHMENT TO FORM 6

Appellants:

    Paul Snitko, Jennifer Snitko, Joseph Ruiz, Tyler Gothier, Jeni Verdon-Pearsons, Michael Storc, and Travis May.

Counsel for Appellants:

    Robert Frommer
    INSTITUTE FOR JUSTICE
    901 N. Glebe Rd., Suite 900
    Arlington, VA 22203
    Phone: (703) 682-9320
    Fax: (703) 682-9321
    Email: rfrommer@ij.org
    Registered for Electronic Filing in the 9th Circuit? Yes.

    Robert E. Johnson
    INSTITUTE FOR JUSTICE
    16781 Chagrin Blvd., Suite 256
    Shaker Heights, OH 44120
    Phone: (703) 682-9320
    Fax: (703) 682-9321
    Email: rjohnson@ij.org
    Registered for Electronic Filing in the 9th Circuit? Yes.

    Michael Greenberg
    INSTITUTE FOR JUSTICE
    901 N. Glebe Rd., Suite 900
    Arlington, VA 22203
    Phone: (703) 682-9320
    Fax: (703) 682-9321
    Email: mgreenberg@ij.org
    Registered for Electronic Filing in the 9th Circuit? Yes.

Joseph Gay
INSTITUTE FOR JUSTICE
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
Email: jgay@ij.org
Registered for Electronic Filing in the 9th Circuit? Yes.

Nilay U. Vora
THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Phone: (424) 258-5190
Email: nvora@voralaw.com
Registered for Electronic Filing in the 9th Circuit? Yes.

Jeffrey Atteberry
THE VORA LAW FIRM, P.C.
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Phone: (424) 258-5190
Email: jatteberry@voralaw.com
Registered for Electronic Filing in the 9th Circuit? Yes.

---

Appellees:

United States of America, E. Martin Estrada, in his official capacity as United States Attorney for the Central District of California, and Donald Alway, in his official capacity as an Assistant Director of the Federal Bureau of Investigation.

Counsel for Appellees:

Victor Rodgers
Assistant United States Attorney
Major Frauds/Asset Forfeiture Sections
1100/1400 United States Courthouse
312 North Spring Street

2

Los Angeles, California 90012
Telephone: (213) 894-0102
Facsimile: (213) 894-6269/0142
Email: victor.rodgers@usdoj.gov

Maxwell Coll
Assistant United States Attorney
Major Frauds/Asset Forfeiture Sections
1100/1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2569
Facsimile: (213) 894-6269/0142
Email: maxwell.coll@usdoj.gov

Andrew Brown
Assistant United States Attorney
Major Frauds/Asset Forfeiture Sections
1100/1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-1785
Facsimile: (213) 894-6269/0142
Email: andrew.brown@usdoj.gov