FILED

APR 3 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PAUL SNITKO; et al.,<br><br>　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>　　　　Defendants-Appellees. | No.　22-56050<br><br>D.C. No. 2:21-cv-04405-RGK-MAR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

　　Appellants' unopposed motion (Docket Entry No. 10) to file under seal Volume IX of the excerpts of record is granted.  The Clerk will file publicly the motion to seal and supporting declaration (Docket Entry Nos. 10-1, 10-2), the opening brief (Docket Entry No. 8), and Volumes I through VIII of the excerpts of record (Docket Entry No. 9).  The Clerk will file under seal Volume IX of the excerpts of record (Docket Entry No. 10-3).

　　Appellees' unopposed motion (Docket Entry No. 16) for an extension of time to file the answering brief is granted.  The answering brief is due May 22, 2023.  The optional reply brief is due within 21 days after service of the answering brief.

　　The motion (Docket Entry No. 11) to transmit physical exhibits will be addressed by separate order.

MKS/MOATT