# Standardized Definition & Meaning - Merriam-Webster

(MW) **merriam-webster.com**/dictionary/standardized

Synonyms of *standardized* ›
**:** brought into conformity with a standard **:** done or produced in a standard, consistent way
standardized tests

High-volume, scientifically managed industry, producing standardized goods, generated vast economies of scale and levels of wealth unparalleled in history.—Robert B. Reich

## Examples of *standardized* in a Sentence

Recent Examples on the Web Weights may include average partisan self-identification in current and recent ABC/Post data, based on a *standardized* rule. —*ABC News*, 9 Jan. 2024 Totes are *standardized* containers that warehouses use to store and transport items. —*IEEE Spectrum*, 30 Dec. 2023 With that adjustment, Florida ranks as having the 12th-lowest *standardized* death rate nationally among states, compared to the 14th-highest raw death rate. —Rong-Gong Lin II, *Los Angeles Times*, 13 Dec. 2023 See More
These examples are programmatically compiled from various online sources to illustrate current usage of the word 'standardized.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.

cited in Paul Smitko et al v. USA, et al
No. 20-70272 archived on January 18, 2024

## Word History

First Known Use

1879, in the meaning defined above

Time Traveler

The first known use of *standardized* was in 1879
See more words from the same year

## Dictionary Entries Near *standardized*

standardize

standardized

standard knot

See More Nearby Entries ❯

## Cite this Entry

"Standardized." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/standardized. Accessed 17 Jan. 2024.

⧉ Copy Citation

## More from Merriam-Webster on *standardized*

Thesaurus: All synonyms and antonyms for *standardized*

Nglish: Translation of *standardized* for Spanish Speakers

Britannica English: Translation of *standardized* for Arabic Speakers

Last Updated: 13 Jan 2024 - Updated example sentences
Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

Merriam-Webster unabridged

2/3

3/3

## Popular in Grammar & Usage

See All

## Popular in Wordplay

See All

cited in Paul Snitko, et al v. USA, et al
No. 20-70272 archived on January 18, 2024

© 2024 Merriam-Webster, Incorporated

3/3

# STANDARDIZED Synonyms: 61 Similar and Opposite Words

1/5

(MW) **merriam-webster.com**/thesaurus/standardized

standardized  1 of 2

## adjective

Definition of _standardized_ >

standardized

2 of 2

## verb

past tense of standardize
as in _organized_

to make agree with a single established standard or model
the plan is to _standardize_ the test for reading comprehension so that we can see how
students across the state compare
Synonyms & Similar Words

organized

formalized

normalized

regularized

regulated

cited in Paul Snitko, et al v. USA, et al
No. 20-70272 archived on January 18, 2024

integrated

homogenized

coordinated

systematized

ordered

codified

equalized

marshalled

systemized

ruled

averaged

synthesized

controlled

methodized

governed

cited in Paul Snitko, et al v. USA, et al No. 20-70272 archived on January 18, 2024

2/5

3/5

certified

reconciled

marshaled

squared

harmonized

accredited

conformed

evened

conciliated

cited in Paul Snitko, et al v. USA, et al
No. 20-70272 archived on January 18, 2024

Antonyms & Near Antonyms

tailored

individualized

customized

## Thesaurus Entries Near *standardized*

standardize

standardized

standardizes

See More Nearby Entries ❯

4/5

## Cite this Entry

"Standardized." *Merriam-Webster.com Thesaurus*, Merriam-Webster, https://www.merriam-webster.com/thesaurus/standardized. Accessed 17 Jan. 2024.

⧉ Copy Citation

## More from Merriam-Webster on *standardized*

Nglish: Translation of *standardized* for Spanish Speakers

Britannica English: Translation of *standardized* for Arabic Speakers

Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

Merriam-Webster unabridged

cited in Paul Snitko, et al v. USA, et al
No. 20-70272 archived on January 18, 2024

## Popular in Grammar & Usage

See All

5/5

## Popular in Wordplay

See All

© 2024 Merriam-Webster, Incorporated

cited in Paul Snitko, et al v. USA, et al
No. 20-70272 archived on January 18, 2024

5/5