E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture and Recovery Sections
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269
    E-mail: Andrew.Brown@usdoj.gov
          Victor.Rodgers@usdoj.gov
          Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS' STATUS REPORT REGARDING ISSUANCE OF ORDER FOR THE FEDERAL BUREAU OF INVESTIGATION TO SEQUESTER OR DESTROY THE RECORDS OF ITS INVENTORY SEARCH PERTAINING TO CLASS MEMBERS** |

1  In light of the Ninth Circuit's mandate filed March 18, 2024 (Ninth Circuit case
2  number 22-56050, ECF 53) and decision filed January 23, 2024 (ECF 51) relative to this
3  case, defendants United States of America, et al. hereby file this status report.  Pursuant
4  to the Ninth Circuit's ruling, defendants request that the "district court order the 'FBI to
5  sequester or destroy the records of its inventory search pertaining to class members' . . .
6  including copies of the records kept on the Sentinel database." See <u>Snitko v. United
7  States</u>, 90 F.4th 1250, 1266 (9th Cir. 2024) and ECF 51 at 33-34.   In addition,
8  defendants request that the district court retain jurisdiction over this case and the parties
9  hereto so that the government may apply, as necessary, to seek modification of the order
10 to the extent necessary for the government to defend against any claims or lawsuits
11 related to the inventory search.

Dated: March 19, 2024                        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

    /s/
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

1