E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture and Recovery Sections
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569/1785
    Facsimile: (213) 894-6269
    E-mail: Andrew.Brown@usdoj.gov
           Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**DEFENDANTS' STATEMENT REGARDING THEIR INTENT TO FILE BY FRIDAY A REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' STATUS REPORT REGARDING ISSUANCE OF ORDER FOR THE FEDERAL BUREAU OF INVESTIGATION TO SEQUESTER OR DESTROY THE RECORDS OF ITS INVENTORY SEARCH PERTAINING TO CLASS MEMBERS** |

Defendants United States of America, et al., have received today plaintiffs' response in opposition to defendants' status report regarding issuance of order for the Federal Bureau of Investigation to sequester or destroy the records of its inventory search pertaining to class members. ECF 151. Defendants intend to file a reply to the plaintiffs' opposition by Friday, March 29, 2024.

Dated: March 27, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____/s/_____
ANDREW BROWN
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.