closed

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC, and TRAVIS MAY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, E. MARTIN ESTRADA, in his official capacity as United States Attorney for the Central District of California, and AMIR EHSAEI, in his official capacity as an Acting Assistant Director of the Federal Bureau of Investigation,<br><br>Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**MODIFIED JUDGMENT** |

Consistent with the mandate from the Ninth Circuit Court of Appeals, and its decision resolving the appeal in this matter, the Court enters judgment as follows:

IT IS HEREBY ORDERED ADJUDGED and DECREED that Defendants shall sequester or destroy all records containing information regarding the contents of class members' safe deposit boxes seized during the FBI's inventory at U.S. Private Vaults, including copies of the records kept on the Sentinel database.

As to these sequestered records, the Court **PROHIBITS** Defendants from accessing or otherwise making use of them other than to evaluate and process claims brought by Plaintiffs and other class members alleging that Defendants have failed to return all the property contained in those class members' boxes. The Court shall retain jurisdiction over this case and the parties hereto so that they may apply, as necessary, to seek modification of this judgment.

Dated this __4TH__ day of __APRIL__, 2024.

_____
The Honorable R. Gary Klausner
United States District Judge

**cc: appeals**