E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (Cal. Bar No. 172009)
VICTOR A. RODGERS (Cal. Bar No. 101281)
Assistant United States Attorneys
Major Frauds/Asset Forfeiture and Recovery Sections
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102/2569
    Facsimile: (213) 894-6269
    E-mail: Andrew.Brown@usdoj.gov
        Victor.Rodgers@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL SNITKO, JENNIFER SNITKO, JOSEPH RUIZ, TYLER GOTHIER, JENI VERDON-PEARSONS, MICHAEL STORC and TRAVIS MAY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No. 2:21-cv-04405-RGK-MAR<br><br>**STIPULATION TO SET BRIEFING SCHEDULE ON MOTION OR APPLICATION FOR ATTORNEY FEES; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER** |

1 | Counsel for defendants United States of America, et al. ("Defendants") and
2 | plaintiffs Paul Snitko, et al. ("Plaintiffs") hereby enter into the following stipulation to
3 | set the briefing schedule on Plaintiffs' anticipated motion or application for attorney
4 | fees.  The stipulation is based on the following:
5 |     1.    The Court filed a modified judgment in this case on April 4, 2024 (ECF No.
6 | 159).
7 |     2.    Plaintiffs intend to file a motion or an application for attorney fees under the
8 | Equal Access to Justice Act (also known as "the EAJA").
9 |     3.    The parties hereby stipulate to a briefing schedule in order to provide
10 | sufficient time to properly address and brief the issues relative to plaintiffs' anticipated
11 | motion or application.  There have been no prior requests to extend the deadlines relative
12 | to this matter.
13 |     4.    The proposed briefing schedule would not change the initial deadline for
14 | Plaintiffs' motion but would extend the deadline for the response and reply.
15 |     Accordingly, plaintiffs and defendants hereby stipulate and agree, subject to the
16 | Court's approval, that plaintiffs' anticipated motion or application for attorney fees shall
17 | be briefed and heard on the following schedule:
18 | / / /
19 | / / /
20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

1. Plaintiffs' Motion filing deadline: July 3, 2024-the parties are not requesting that the time for filing the application or motion for attorney fees be extended.

2. Defendants' Opposition Deadline: July 26, 2024-the time for filing the opposition would be extended for eleven days, from July 15 to July 26, 2024.

3. Plaintiffs' Reply Deadline: August 5, 2024- the time for filing the reply would be extended for three days, with plaintiffs having ten rather than the normal seven days to file their reply after the opposition brief is filed.

4. Hearing: August 19, 2024 at 9:00 a.m., or any date thereafter as is convenient to the Court's schedule.

Dated: June 28, 2024             Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

_____/S/_____
ANDREW BROWN
VICTOR A. RODGERS

Assistant United States Attorneys
Attorneys for Defendants
UNITED STATES OF AMERICA, et al.

Dated: June 24, 2024             Respectfully submitted,

_____/S/_____
THE INSTITUTE FOR JUSTICE
Robert Frommer*
rfrommer@ji.org
Joseph Gay*
jgay@ij.org
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
Tel. (703) 682-9320

Robert E. Johnson
rjohnson@ij.org
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
Tel. (703) 682-9320

2

*Admitted pro hac vice.

THE VORA LAW FIRM, P.C.
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@vora.aw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
Tel. (424) 258-5190

Attorneys for Plaintiffs

3